UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 12-cv-24408-CMA

TAB LANKFORD, MARIA
OSORIOCANO, and ANDREW
SMITH, on behalf of themselves
and other similarly situated,

        Plaintiffs,

v.

CARNIVAL CORP., d/b/a
CARNIVAL CRUISE LINES, INC.

        Defendant.
_____/

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE AN AMENDED MOTION TO DISMISS THE CLASS ACTION COMPLAINT

Plaintiffs file their Response to Defendant's Motion for Leave to File an Amended Motion to Dismiss the Class Action Complaint.

1. Plaintiffs concede that the Court has broad discretion to grant a motion to amend; however, in objecting, Plaintiffs were preserving any and all of their own arguments to the revised motion to dismiss, including that Defendant waived the defense it currently wishes to raise. Further, at the time Plaintiffs' counsel received Defendant's counsel's call Plaintiffs were in the process of finalizing their Response to the original Motion to Dismiss.

2. Accordingly, upon further reflection, Plaintiffs concede that such motions are typically granted and do not oppose the Court granting the Motion to Amend, while also preserving all of Plaintiffs' arguments.

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the clerk of Court via the CM/ECF system this 25th day of February, 2013, which will send a notice of electronic filing to Curtis J. Mase and Cameron W. Eubanks, Esq., Mase Lara Eversole, P.A., 2601 South Bayshore Drive, Suite 800, Miami, FL. 33133 and also be delivered to the following counsel of record herein.

        **LAW OFFICES OF SEAN M. CLEARY, P.A.**
        19 West Flagler St., Suite 618
        Miami, Florida 33130
        Telephone: (305) 416-9805
        Facsimile: (305) 416-9807
        Email: sean@clearypa.com

        By: */s/Sean M. Cleary*
         Sean M. Cleary, Esquire
         Florida Bar No. 146341

| | |
|---|---|
| John F. Billera, Esq. | Philip D. Parrish, Esq. |
| John@billeralaw.com | phil@parrishappeals.com |
| BILLERA LAW, PLLC | PHILIP D. PARRISH, PA |
| 2201 NW Corporate Boulevard, Suite 103 | 7301 SW 57th Court, Suite 430 |
| Boca Raton, Fl 33431 | Miami, Fl 33143 |
| Tel: 561-218-4639 | Tel: 305-670-5550 |
| Fax: 561-826-7847 | Fax: 305-670-5552 |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |
| | |
| Alexander R. Menajovsky, Esq. | Alan S. Neufeld, Esq. |
| Alex@pnpclaw.com | Aneufeld@nkplaw.com |
| PHILLIPS & NEMAJOVSKY, PC | NEUFELD, KLEINBERG & PINKIERT, PA |
| 532 Pine Avenue | 2641 NE 207th Street |
| Albany, Ga 31702 | aventura, Fl 33180 |
| Tel: 229-439-9100 | Tel: 305-931-6666 |
| Fax: 229-439-0048 | Fax: 305-931-7848 |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |