UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-24408-CIV-ALTONAGA/Simonton

**TAB LANKFORD**, *et al.*,

    Plaintiffs,

v.

**CARNIVAL CORP.**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendant's Motion for Leave to File an Amended Motion to Dismiss . . . ("Motion") [ECF No. 23], filed February 22, 2013. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 23]** is **GRANTED**. Defendant shall file a supplemental memorandum of law by February 28, 2013, not to exceed three pages, addressing the class action waiver argument. Plaintiffs shall have until March 4, 2013 to respond to that memorandum, to which Defendant may reply by March 7, 2013.

**DONE AND ORDERED** in Miami, Florida, this 26th day of February, 2013.

 

*[signature: Cecilia M. Altonaga]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record