IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-24408-CIV-ALTONAGA/SIMONTON

TAB LANKFORD, MARIA
OSORIOCANO, and ANDREW SMITH,
on behalf of themselves and others
similarly situated,

    Plaintiffs,
vs.

CARNIVAL CORPORATION
d/b/a CARNIVAL CRUISE LINES,

    Defendant.
_____/

*PROPOSED*
ORDER ON PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE EXPERT WITNESS SUMMARIES [D.E. 74]

THIS CAUSE having come on before the Court on Plaintiffs, TAB LANKFORD, MARIA OSORIOCANO, and ANDREW SMITH's Motion for Extension of Time to File Expert Witness Summaries [D.E. 72], and the Court being otherwise advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby GRANTED.

DONE AND ORDERED in Chambers, at Miami-Dade County, Florida on this ____ day of _____, 2013.

                                               _____
                                               UNITED STATES DISTRICT COURT JUDGE

Copies Furnished: Counsel of Record