

**063761-00003-052799**

Printed: 10:45:25  Friday, 25 Jun, 1999   # 16 / 3467

**Systems Integration Group, Inc.**

PM31 63761 - 3 5/27/99 1 of 8



U.S. ENVIRONMENTAL PROTECTION AGENCY
Office of Pesticide Programs
Registration Division (H7505C)
401 "M" St., S.W.
Washington, D.C. 20460

| EPA Reg. Number: | Date of Issuance: |
|---|---|
| 63761-3 | 5/27/99 |

NOTICE OF PESTICIDE:

    x    Registration

       Reregistration

(under FIFRA, as amended)

**Term of Issuance:**

Conditional

**Name of Pesticide Product:**

Ultra Kleen Solution 1

---

Name and Address of Registrant (include ZIP Code):

Sterilex Corporation
7-1 Gywnns Mill Court
Owings Mill, MD 21117

---

**Note:** Changes in labeling differing in substance from that accepted in connection with this registration must be submitted to and accepted by the Registration Division prior to use of the label in commerce. In any correspondence on this product always refer to the above EPA registration number.

On the basis of information furnished by the registrant, the above named pesticide is hereby registered/reregistered under the Federal Insecticide, Fungicide and Rodenticide Act.

Registration is in no way to be construed as an endorsement or recommendation of this product by the Agency. In order to protect health and the environment, the Administrator, on his motion, may at any time suspend or cancel the registration of a pesticide in accordance with the Act. The acceptance of any name in connection with the registration of a product under this Act is not to be construed as giving the registrant a right to exclusive use of the name or to its use if it has been covered by others.

This product is conditionally registered in accordance with FIFRA sec. 3(c)(7)(A) provided that you:

1. Submit and/or cite all data required for registration/ reregistration of your product under FIFRA sec. 3(c)(5) when the Agency requires all registrants of similar products to submit such data; and submit acceptable responses required for reregistration of your product under FIFRA section 4.

2. Make the following label changes:

   a. Revise the EPA Registration Number to read, "EPA Reg. No. 63761-3.

   b. Page 1: Remove "The" from the statement, "KEEP OUT OF **THE** REACH OF CHILDREN".

---

Signature of Approving Official:

*Tracy Lanty*

Velma Noble
Product Manager 31
Regulatory Management Branch I
Antimicrobials Division (7510C)

Date:

5/27/99

Page 2
EPA Reg. No. 63761-3

     b.    The statement, "Hazard to Humans and Domestic Animals," should be placed on a separate line after the "Precautionary Statements" heading.

     c.    Under Pulp and Paper Mills "Routine Dose" directions, you can not use both terms, biofilm and microbial. You will need to use one or the other.

     d.    Remove the heading (it's in bold), **Storage and Disposal of Pesticide,** that precedes the storage and pesticide disposal statements.

     e.    Change the "**Container Disposal**" heading to be in the same font and capital letters as the "STORAGE" and "PESTICIDE DISPOSAL" headings.

3.    Submit two copies of the revised final printed label for the record.

    If these conditions are not complied with, the registration will be subject to cancellation in accordance with FIFRA sec. 6(e). Your release for shipment of the product constitutes acceptance of these conditions.

    A stamped copy of the label is enclosed for your records.

Velma Noble
Product Manager 31
Regulatory Management Branch I
Antimicrobials Division (7510C)

# Ultra-Kleen Solution 1

Penetrates and Removes Biofilm and other organic contaminants.  Use as a Bactericide, Slimicide and Algicide in:
- Recirculating Cooling Water Systems
- Air Washers
- Brewery Pasteurizing Systems
- Pulp and Paper Mills producing pulp and paper that will not come in contact with food products
- Dye Machines
- Water-Jet Looms
- Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures not related to food processing.
- Deionized Water Supply Systems not used in food processing, for human drinking water, or dental lines

May be used with **Ultra-Kleen Solution 2** to adjust pH, to inhibit corrosion and to enhance cleaning.  Please consult directions for use for specific recommendations.

Active Ingredients:

| | |
|---|---|
| n-Alkyl($C_{14}$ 60%, $C_{16}$ 30%, $C_{12}$ 5%, $C_{18}$ 5%)dimethylbenzylammonium chloride | 3.00% |
| n- Alkyl($C_{12}$ 68%, $C_{14}$ 32%)dimethylethylbenzylammonium chloride | 3.00% |
| Inert Ingredients: | 94.00% |
| TOTAL | 100.00% |

## KEEP OUT OF THE REACH OF CHILDREN

# DANGER

### STATEMENT OF PRACTICAL TREATMENT

IF IN EYES:  Hold eyelids open and flush with a steady, gentle stream of water for 15 minutes.  Get medical attention.

IF ON SKIN: Wash with plenty of soap and water.  Get medical attention.

IF SWALLOWED:   Call a doctor or get medical attention.  Do not induce vomiting or give anything by mouth to an unconscious person.  Drink promptly a large quantity of milk, egg whites, gelatin, or if these are not available, drink large quantities of water.  Avoid alcohol.

NOTE TO PHYSICIAN:   Probable mucosal damage may contraindicate the use of gastric lavage.

NET WEIGHT_____

LOT NO._____

**ACCEPTED with COMMENTS in EPA Letter Dated:**

**MAY 2 7 1999**

Under the Federal Insecticide, Fungicide, and Rodenticide Act as amended, for the pesticide, registered under EPA Reg. No.

63761-3

EPA REG. NO.  63761-XXXXX

EPA EST. NO.  4875-NJ-001

STERILEX CORPORATION
1450 SOUTH ROLLING ROAD
4TH FLOOR
BALTIMORE, MD 21227

NOTE:  Seller warrants that this product complies with the specifications expressed in this label.  Seller makes no other warranties; and disclaims all other warranties, express or implied, including but not limited to warranties of merchantability and fitness for the intended purpose.  Seller's liability for default, breach or failure under this label shall be limited to the amount of the purchase price.  Seller shall have no liability for consequential damages.

## PRECAUTIONARY STATEMENTS

**HAZARDS TO HUMANS AND DOMESTIC ANIMALS.  DANGER.** CORROSIVE.
Causes irreversible eye damage and skin burns.  Harmful if swallowed or absorbed through skin.  Do not get in eyes, on skin, or on clothing.  Wear goggles and/or face shield, protective clothing and rubber gloves.  Wash thoroughly with soap and water after handling.  Remove contaminated clothing and wash clothing before reuse.
**ENVIRONMENTAL HAZARDS.**  This product is toxic to fish.  Do not discharge effluent containing this product into lakes, streams, ponds, estuaries, ocean or other waters unless in accordance with the requirements of a National Pollution Discharge Elimination System (NPDES) permit and the permitting authority has been notified in writing prior to discharge.  Do not discharge effluent containing this product to sewer systems without previously consulting the local sewage treatment plant authority.  For guidance contact your local State Water Board or Regional Office of the EPA.
**PHYSICAL AND CHEMICAL HAZARDS.** When exposed to fire Ultra-Kleen Solution 1 may release oxygen and oxides of carbon and/or nitrogen.

## DIRECTIONS FOR USE

It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

RECIRCULATING COOLING WATER SYSTEMS, INCLUDING COOLING TOWERS, EVAPORATIVE CONDENSERS AND BREWERY PASTEURIZERS.  Effectively removes and controls biofilm and other organic contaminants in commercial and industrial cooling towers; influent water systems such as flow-through filters; and heat exchange water systems.
DOSAGE RATES.  **Initial Dose for badly fouled systems:**  Add 1 to 4 gal. Ultra-Kleen Solution 1 per 1000 gallons of water in the system.  If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1.  Repeat until control is evident.
**Routine Dose, when microbial control is evident:**  Subsequent slug additions of 28 to 64 oz. Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume

with COMMENTS
in EPA Letter Dated:
MAY 27 1999

Under the Federal Insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No.

63161-3

04/28/99

of Ultra-Kleen Solution 1) should be employed every 2 to 5 days or as needed. The frequency of addition depends on the relative amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants. Slug additions should be made in the sump of water cooling towers.

AIR WASHERS. For use only in industrial air washing systems that maintain effective mist eliminating components. Effectively removes and controls biofilm and other organic contaminants in Industrial Water Scrubbing Systems.
DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 3 to 16 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. If necessary, apply a solution containing 0.4 to 2 oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto interior surfaces of the system that are not continuously submerged. Repeat until control is evident.
**Routine Dose, when microbial control is evident:** Subsequent slug additions of 28 to 128 oz. Ultra-Kleen Solution 1 per 1000 gallons of water and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 should be employed every 1 to 5 days or as needed. The frequency of addition depends on the relative amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants. Slug additions should be made in the sump of Industrial Water Scrubbing Systems.

PULP AND PAPER MILLS. **For use only in the production of pulp and paper that will not come in contact with food.** Effectively removes and controls biofilm and other organic contaminants in pulp and paper mill fresh and seawater influent water systems, wastewater treatment systems, nonpotable water systems, and other process water.
DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 3 to 16 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. If necessary, apply a solution containing 0.4 to 2 oz. Ultra-Kleen Solution 1 per gallon of water (and if cleaning is desired or if the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) onto interior surfaces of the system that are not continuously submerged.
**Routine Dose, when biofilm and microbial control are evident:** Subsequent slug additions of 8 to 50 oz. Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or if the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) should be employed every 1 to 5 days, or as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

DYE MACHINES. Effectively removes and controls biofilm and other organic contaminants in Textile Dyeing Machines.

**ACCEPTED**
with COMMENTS
in EPA Letter Dated:
**MAY 27 1999**

Under the Federal Insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No. 63761-3

DOSAGE RATES. Add 16 to 40 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in a dye storage tank. If cleaning is desired or the pH of the mixture is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Circulate the mixture from the dye storage tank through the dye machine and all associated piping and other dye storage tanks. If necessary, apply a solution containing 2 to 5 oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.

WATER-JET LOOMS. Effectively removes and controls biofilm and other organic contaminants in Water-Jet Looms.
DOSAGE RATES. **Initial Dose for badly fouled systems:** Prepare a mixture of 2 to 5 oz. of Ultra-Kleen Solution 1 per gallon of water. If cleaning is desired or if the pH of the mixture is below 8, add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Pump the mixture through the Water-Jet Loom and all associated piping. If necessary, apply a solution containing 2 to 5 oz. of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.
**Subsequent Dose, when microbial control is evident:** Subsequent slug additions of 5 to 25 oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of daily water use should be employed every 1 to 5 days or as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

TANKS, PIPING AND INDUSTRIAL EQUIPMENT USED TO STORE AND CONVEY INDUSTRIAL PROCESS WATER OR AQUEOUS MIXTURES. **Do Not Use in equipment that will contact food.** Effectively removes and controls biofilm and other organic contaminants in Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures.
DOSAGE RATES. Fill equipment as completely as possible with a solution of 8 to 80 gal. of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of system capacity. Circulate for at least 4 hours and then drain system. Rinse system with 6 volumes of water. If necessary, apply a solution containing 1 to 10 oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.

DEIONIZED WATER SUPPLY SYSTEMS NOT USED IN FOOD PROCESSING, FOR HUMAN DRINKING WATER OR DENTAL LINES. Effectively removes and controls biofilm and other organic contaminants in Tanks, Filters and Piping used to store and convey Deionized Water.

**ACCEPTED**
**with COMMENTS**
**in EPA Letter Dated:**
**MAY 2 7 1999**

Under the Federal Insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No. 63761-3

04/28/99

DOSAGE RATES.  Add 3 to 16 gal. of Ultra-Kleen Solution 1 and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 per 1000 gallons of system capacity.  Circulate for at least 4 hours and then drain system.  Rinse system with 6 volumes of water.  If necessary, apply a solution containing 0.4 to 2 oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.

**When mixtures of Ultra-Kleen Solution 1 and Ultra-Kleen Solution 2 are prepared in a batch process, always use the mixtures the same day they are prepared.**

## STORAGE AND DISPOSAL

**Pesticide Storage and Disposal**
Do not contaminate water, food or feed by improper storage or disposal.
STORAGE:  Keep product in closed original container when not in use.  Store in a cool area away from potential sources of heat, open flames, sunlight or other chemicals.  Product should be stored below 90°F.
PESTICIDE DISPOSAL:  Pesticide wastes are acutely hazardous.  Improper disposal of excess pesticide, spray mixture or rinsate is a violation of Federal Law.  If these wastes cannot be disposed of by use according to label instructions, contact your State Pesticide or Environmental Control Agency, or the Hazardous Waste Representative at the nearest EPA Regional Office for guidance.

**Container Disposal**
Completely empty and triple-rinse container into application equipment.  Dispose of empty container in a sanitary landfill, or incinerate.  Burn only if allowed by state and local authorities.

**ACCEPTED**
with **COMMENTS**
in EPA Letter Dated:

**MAY 2 7 1999**

Under the Federal Insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No.

63761-3



05/06/99

# Ultra-Kleen Solution 2

Use as an Adjuvant for Ultra-Kleen Solution 1 to adjust pH, inhibit corrosion and enhance cleaning

## KEEP OUT OF REACH OF CHILDREN

## STATEMENT OF PRACTICAL TREATMENT

IF IN EYES:  Hold eyelids open and flush with a steady, gentle stream of water for 15 minutes.  Get medical attention.

IF ON SKIN:  Wash with plenty of soap and water.  Get medical attention.

IF SWALLOWED:  Call a doctor or get medical attention.  Do not induce vomiting or give anything by mouth to an unconscious person.  Drink promptly a large quantity of milk, egg whites, gelatin, or if these are not available, drink large quantities of water.  Avoid alcohol.

NOTE TO PHYSICIAN:  Probable mucosal damage may contraindicate the use of gastric lavage.

## DIRECTIONS FOR USE

See Ultra-Kleen Solution 1 Label

## STORAGE AND DISPOSAL

STORAGE:  Keep product in closed original container when not in use.  Store in a cool area away from potential sources of heat, open flames, sunlight or other chemicals.
DISPOSAL:  Dispose of in approved facility in accordance with local, state and federal regulations.

NET WEIGHT: _____
LOT NO. _____

**STERILEX CORPORATION**
**1450 SOUTH ROLLING ROAD**
**4TH FLOOR**
**BALTIMORE, MD 21227**

ACCEPTED
with COMMENTS
in EPA Letter Dated:

MAY 2 7 1999

Under the Federal Insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No.

63 761-3

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

Mr. Bob MacDonald
Scientific & Regulatory Consultants, Inc.
P.O. Box 1014
Columbia City, IN   46725

JAN - 7 2002

Subject:   Ultra-Kleen Solution 1
           EPA Registration No.  63761-3
           Amendment Date: October 9, 2001
           EPA Receipt Date: October 11, 2001

Dear Mr. MacDonald:

The following amendment, submitted in connection with registration under the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA), as amended, is acceptable with the conditions listed below.

• Adding non-public health use sites: drains, chair evacuator traps, and pump filter traps

**Conditions**

Revise the label as follows:

1.   According to PR Notice 2001-1, the "Statements of Practical Treatment" must be revised to state :

## FIRST AID

If In Eyes: Hold eyes open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing the eyes. Call a poison control center or doctor for treatment advice.

If On Skin or Clothing: Take off contaminated clothing.  Rinse skin immediately with plenty of water for 15-20 minutes. Call a poison control center or doctor for treatment advice.

If Swallowed: Call a poison control center or doctor immediately for treatment advice. Have a person sip a glass of water if able to swallow.  Do not induce vomiting unless told to do so by the poison control center or doctor.  Do not give anything by mouth to an unconscious person.

| CONCURRENCES | | | | | | |
|---|---|---|---|---|---|---|
| SYMBOL   ngok | | | | | | |
| SURNAME   meralene | | | | | | |
| DATE   1\7\02 | | | | | | |

EPA Form 1320-1A (1/90)          *Printed on Recycled Paper*          **OFFICIAL FILE COPY**

Have the product container or label with you when calling a poison control center or doctor, or going for treatment.

2.  Under Storage/Disposal, Revise the "Disposal" heading to read "Pesticide Disposal."

**General Comments**

A stamped copy of the accepted labeling is enclosed.  Submit three (3) copies of your final printed labeling before distributing or selling the product bearing the revised labeling.  If you have any questions or comments concerning this letter, please contact Jacqueline McFarlane at (703) 308-6416.

Sincerely,

Velma Noble
Product Manager (31)
Regulatory Management Branch I
Antimicrobials Division (7510C)

## Ultra-Kleen Solution 1

Penetrates and Removes Biofilm and other Organic Contaminants.  Use as a Bactericide, Slimicide and Algicide in:

- Recirculating Cooling Water Systems
- Brewery Pasteurizing Systems
- Air Washers
- Pulp and Paper Mills producing pulp and paper that will not come in contact with food products
- Dye Machines
- Water-Jet Looms
- Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures not related to food processing
- Deionized Water Supply Systems not used in food processing, for human drinking water, or dental lines
- Drains and Filter Traps

May be used with Ultra-Kleen Solution 2 to adjust pH, to inhibit corrosion and to enhance cleaning. Please consult directions for use for specific recommendations.

Active Ingredients:
n-Alkyl ($C_{14}$ 60%, $C_{16}$ 30%, $C_{12}$ 5%, $C_{18}$ 5%) dimethyl benzyl ammonium chloride . . . . . . . . . 3.00%
n-Alkyl ($C_{12}$ 68%, $C_{14}$ 32%) dimethyl ethyl benzyl ammonium chloride  . . . . . . . . . . . . . . . . 3.00%
Inert Ingredients . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 94.00%

TOTAL    100.00%

## KEEP OUT OF REACH OF CHILDREN
# DANGER

### STATEMENT OF PRACTICAL TREATMENT

IF IN EYES:   Hold eyelids open and flush with a steady, gentle stream of water for 15 minutes. Get medical attention.

IF ON SKIN:   Wash with plenty of soap and water.  Get medical attention.

IF SWALLOWED:   Call a doctor or get medical attention.  Do not induce vomiting or give anything by mouth to an unconscious person.  Drink promptly a large quantity of milk, egg whites, gelatin, or if these are not available, drink large quantities of water.  Avoid alcohol.

NOTE TO PHYSICIAN:   Probable mucosal damage may contraindicate the use of gastric lavage.

NET WEIGHT_____                                EPA REG. NO.  63761-3
LOT NO._____        **ACCEPTED**           EPA EST. NO.  4875-NJ-001
                          **with COMMENTS**
                          **in EPA Letter Dated:**

                          JAN - 7 2002
                          Under the Federal Insecticide,
                          Fungicide, and Rodenticide Act as
                          amended, for the pesticide,
                          registered under EPA Reg. No. 63761-3

**STERILEX CORPORATION**
**1450 SOUTH ROLLING ROAD**
**4TH FLOOR**
**BALTIMORE, MD 21227**

NOTE: Seller warrants that this product complies with the specifications expressed in this label. Seller makes no other warranties; and disclaims all other warranties, express or implied, including but not limited to warranties of merchantability and fitness for the intended purpose. Seller's liability for default, breach, or failure under this label shall be limited to the amount of the purchase price. Sellers shall have no liability for consequential damages.

## PRECAUTIONARY STATEMENTS

HAZARDS TO HUMANS AND DOMESTIC ANIMALS. **DANGER**. CORROSIVE. Causes irreversible eye damage and skin burns. Harmful if swallowed or absorbed through skin. Do not get in eyes, on skin, or on clothing. Wear goggles and/or face shield, protective clothing, and rubber gloves. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash clothing before reuse.

ENVIRONMENTAL HAZARDS. This product is toxic to fish. Do not discharge effluent containing this product into lakes, streams, ponds, estuaries, ocean or other waters unless in accordance with the requirements of a National Pollution Discharge Elimination System (NPDES) permit and the permitting authority has been notified in writing prior to discharge. Do not discharge effluent containing this product to sewer systems without previously consulting the local sewage treatment plant authority. For guidance contact your local State Water Board or Regional Office of the EPA.

PHYSICAL AND CHEMICAL HAZARDS. When exposed to fire Ultra-Kleen Solution 1 may release oxygen and oxides of carbon and/or nitrogen.

## DIRECTIONS FOR USE

It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

RECIRCULATING COOLING WATER SYSTEMS, INCLUDING COOLING TOWERS, EVAPORATE CONDENSERS AND BREWERY PASTEURIZERS. Effectively removes and controls biofilm and other organic contaminants in commercial and industrial cooling towers; influent water systems such as flow-through filters; and heat exchange water systems.

DOSAGE RATES. **Initial Dose for badly fouled systems.** Add 1 to 4 gal. Ultra-Kleen Solution 1 per 1,000 gallons of water in the system. If cleaning is desired and pH of system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Repeat until control is evident.

**Routine Dose, when microbial control are evident:** Subsequent slug additions of 28 to 64 oz. Ultra-Kleen Solution 1 per 1,000 gallons of water (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) should be employed every 2 to 5 days or as needed. The frequency of addition depends on the relative amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants. Slug additions should be made in the sump of water cooling towers.

AIR WASHERS. For use only in industrial air washing systems that maintain effective mist

ACCEPTED
with COMMENTS
in EPA Letter Dated:

JAN – 7 2002

Under the Federal Insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No. **63761-3**

eliminating components. Effectively removes and controls biofilm and other organic contaminants in Industrial Water Scrubbing Systems.

DOSAGE RATES: **Initial Dose for badly fouled systems**. Add 3 to 16 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. If necessary, apply a solution containing 0.4 to 2 oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto interior surfaces of the system that are not continuously submerged. Repeat until control is evident

**Routine Dose, when biofilm and microbial control are evident**: Subsequent slug additions of 28 to 128 oz. Ultra-Kleen Solution 1 per 1000 gallons of water and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 should be employed every 1 to 5 days or as needed. The frequency of addition depends on the relative amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants. Slug additions should be made in the sump of Industrial Water Scrubbing Systems.

PULP AND PAPER MILLS. **For use only in the production of pulp and paper that will not come in contact with food.** Effectively removes and controls biofilm and other organic contaminants in pulp and paper mill fresh and seawater influent water systems, wastewater treatment systems, nonpotable water systems, and other process water.

DOSAGE RATES. **Initial Dose for badly fouled systems** Add 3 to 16 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. If necessary, apply a solution containing 0.4 to 2 oz. Ultra-Kleen Solution 1 per gallon of water (and if cleaning is desired or if pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) onto interior surfaces of the system that are not continuously submerged.

**Routine Dose, when microbial control is evident**: Subsequent slug additions of 8 to 50 oz. Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or if pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) should be employed every 1 to 5 days or as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

DYE MACHINES. Effectively removes and controls biofilm and other organic contaminants in Textile Dyeing Machines.

DOSAGE RATES. Add 16 to 40 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in a dye storage tank. If cleaning is desired or pH of the mixture is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Circulate the mixture from the dye storage tank through the dye machine and all associated piping and other dye storage tanks. If necessary, apply a solution containing 2 to 5 oz., Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.

WATER-JET LOOMS. Effectively removes and controls biofilm and other organic contaminants in Water-Jet Looms.

ACCEPTED
with COMMENTS
in EPA Letter Dated:

JAN - 7 2002

Under the Federal Insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No. 6 3761-3

DOSAGE RATES.  **Initial Dose for badly fouled systems**.  Prepare a mixture of 2 to 5 oz. of Ultra-Kleen Solution 1 per gallon of water. If cleaning is desired or if the pH of the mixture is below 8, add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Pump the mixture through the Water-Jet Loom and all associated piping.  If necessary, apply a solution containing 2 to 5 oz., of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.
**Subsequent Dose, when microbial control is evident**: Subsequent slug additions of 5 to 25 oz., of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of daily water use should be employed every 1 to 5 days or as needed.  The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

TANKS, PIPING, AND INDUSTRIAL EQUIPMENT USED TO STORE AND CONVEY INDUSTRIAL PROCESS WATER OR AQUEOUS MIXTURES.  **Do Not Use in equipment that will contact food.** Effectively removes and controls biofilm and other organic contaminants in Tanks, Piping, and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures.
DOSAGE RATE.  Fill equipment as completely as possible with a solution of 8 to 80 gal. of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of system capacity. Circulate for at least 4 hours and then drain system.  Rinse system with 6 volumes of water.  If necessary, apply a solution containing 1 to 10 oz. Ultra-Kleen Solution 1(and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.

DEIONIZED WATER SUPPLY SYSTEMS NOT USED IN FOOD PROCESSING, FOR HUMAN DRINKING WATER OR DENTAL LINES.  Effectively removes and controls biofilm and other organic contaminants in Tanks, Filters, and Piping used to store and convey Deionized Water.
DOSAGE RATES.  Add 3 to 16 gal. of Ultra-Kleen Solution 1 and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 per 1000 gallons of system capacity.  Circulate for at least 4 hours and then drain system. Rinse system with 6 volumes of water.  If necessary, apply a solution containing 0.4 to 2 oz., Ultra-Kleen Solution (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.

DRAINS.  Effectively removes and controls plugging and odors caused by accumulation of biofilm and other organic contaminants in drains.  Prevents stoppage and odors.
DOSAGE RATES.  **Initial Dose for badly fouled systems.**  Pour from 10 oz. Ultra-Kleen Solution 1 around or into one-inch diameter or smaller drains up to 90 oz. Ultra-Kleen Solution 1 around or into three-inch diameter drains.  Add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (10-90 oz). If the drain is not in use at the time, follow with one gallon of hot water for every 10 oz. of Ultra-Kleen Solution 1added.  Allow to stand for 30 minutes.  Repeat until control is evident.
**Subsequent Dose:**  When microbial control is evident, subsequent additions of 1.5 -2 oz Ultra-Kleen Solution 1 into one-inch diameter or smaller drains up to 15 oz Ultra-Kleen Solution 1 into three-inch

ACCEPTED
with COMMENTS
in EPA Letter Dated:

JAN - 7 2002

63761-3

diameter drains, should be employed every 7 days or as needed. Add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (1.5-15oz). If the drain is not in use at the time, follow with one gallon of hot water for every 1.5 oz of Ultra-Kleen Solution 1 added.

CHAIR SIDE EVACUATOR TRAPS AND PUMP FILTER TRAPS.  Effectively removes and controls plugging and odors caused by accumulation of biofilm in chair side evacuator traps and pump filter traps.  Prevents stoppage and odor
DOSAGE RATES.  **Initial Dose for badly fouled systems.**  Mix 10 oz. of Ultra-Kleen Solution 1 and 10 oz. Of Ultra-Kleen Solution 2 into one gallon of hot water at the end of the working day.  Draw all of the solution into the trap and allow to stand overnight.  Repeat until control is evident.
**Subsequent Dose:**  When microbial control is evident, subsequent slug additions of 1.5-2 oz. Ultra-Kleen Solution 1 and 1.5-2 oz of Ultra-Kleen Solution 2 mixed into one gallon of hot water should be employed every 7 days or as needed.

**When mixtures of Ultra-Kleen Solution 1 and Ultra-Kleen Solution 2 are prepared in a batch process, always use the mixture the same day it is prepared.**

# STORAGE AND DISPOSAL

Do not contaminate water, food or feed by improper storage or disposal.
STORAGE: Keep product in closed original container when not in use.  Store in a cool area away from potential sources of heat, open flames, sunlight or other chemicals.  Product should be stored below 90° F.
DISPOSAL: Pesticide wastes are acutely hazardous.  Improper disposal of excess pesticide, spray mixture or rinsate is a violation of Federal Law.  If these wastes cannot be disposed of by use according to label instructions, contact your State Pesticide or Environmental Control Agency, or the Hazardous Waste Representative at the nearest EPA Regional Office for guidance.
CONTAINER DISPOSAL: Completely empty and triple-rinse container into application equipment.  Dispose of empty container in a sanitary landfill, or incinerate.  Burn only if allowed by state and local authorities.

ACCEPTED
with COMMENTS
in EPA Letter Dated:

JAN - 7 2002

Under the Federal Insecticide,
Fungicide and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No.  *63761-3*

# Ultra-Kleen™ Solution 1

*Penetrates and Removes Biofilm and Other Organic Contaminants. Use as a Bactericide, Slimicide and Algicide in:*

- Recirculating Cooling Water Systems
- Brewery Pasteurizing Systems
- Air Washers
- Pulp and Paper Mills producing pulp and paper that will not come in contact with food products
- Dye Machines
- Water-Jet Looms
- Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures not related to food processing
- Deionized Water Supply Systems not used in food processing or for human drinking water or dental lines
- Drains and Filter Traps
- Chair Side Evacuator Traps and Pump Filter Traps

May be used with **Ultra-Kleen Solution 2** to adjust pH, to inhibit corrosion and to enhance cleaning.  Please consult directions for use for specific recommendations.

Active Ingredients:

| | |
|---|---|
| n-Alkyl(C₁₄ 60%, C₁₆ 30%, C₁₂ 5%, C₁₈ 5%) dimethylbenzylammonium chloride | 3.00% |
| n-Alkyl(C₁₂ 68%, C₁₄ 32%) dimethylbenzylammonium chloride | 3.00% |
| | 94.00% |
| TOTAL | 100.00% |

**ACCEPTED**

MAY 2 5 2004

Under the Federal Insecticide, Fungicide, and Rodenticide Act as amended, for the pesticide, registered under

EPA Reg. No. 63761-3

**KEEP OUT OF REACH OF CHILDREN**

**DANGER**

See Side Panel For Additional Precautionary Statements and First Aid

## DIRECTIONS FOR USE

It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

**RECIRCULATING COOLING WATER SYSTEMS, INCLUDING COOLING TOWERS, EVAPORATIVE CONDENSERS AND BREWERY PASTEURIZERS.** Subsequent slug additions of 28 to 64 oz. biofilm and other organic contaminants in commercial and industrial cooling towers; influent water systems such as flow-through filters; and heat exchange water systems. DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 1 to 4 gal. Ultra-Kleen Solution 1 per 1000 gallons of water in the system.  If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1.  Repeat until control is evident.
**Routine Dose, when microbial control is evident:** Subsequent slug additions of 28 to 64 oz. Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) should be employed every 2 to 5 days or as needed.  The frequency of addition depends on the relative amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants.  Slug additions should be made in the sump of water cooling towers.

**AIR WASHERS.** For use only in industrial air washing systems that maintain effective mist eliminating components.  Effectively removes and controls biofilm and other organic contaminants in Industrial Water Scrubbing Systems. DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 3 to 16 gal. Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the mixture is below 8, add simultaneously Ultra-Kleen Solution 2

at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1.  If necessary, apply a solution containing 0.4 to 2 oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto interior surfaces of the system that are not continuously submerged.  Repeat until control is evident.
**Routine Dose, when microbial control is evident:** Subsequent slug additions of 28 to 128 oz. Ultra-Kleen Solution 1 per 1000 gallons of water and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 should be employed every 1 to 5 days or as needed.  The frequency of addition depends on the relative amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants.  Slug additions should be made in the sump of Industrial Water Scrubbing Systems.

**PULP AND PAPER MILLS.  For use only in the production of pulp and paper that will not come in contact with food.** Effectively removes and controls biofilm and other organic contaminants in pulp and paper mill fresh and seawater influent water systems, wastewater treatment systems, nonpotable water systems, and other process water. DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 3 to 16 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1.  If necessary, apply a solution containing 0.4 to 2 oz. Ultra-Kleen Solution 1 per gallon of water (and if cleaning is desired or if the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) onto interior surfaces of the system that are not continuously submerged.
**Routine Dose, when microbial control is evident:** Subsequent slug additions of 8 to 50 oz. Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or if the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) should be employed every 1 to 5 days or as needed.  The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

**DYE MACHINES.** Effectively removes and controls biofilm and other organic contaminants in Textile Dyeing Machines. DOSAGE RATES.  Add 16 to 40 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in a dye storage tank.  If cleaning is desired or the pH of the mixture is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1.  Circulate the mixture from the dye storage tank through the dye machine and all associated piping and other dye storage tanks.  If necessary, apply a solution containing 2 to 5 oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.

**WATER-JET LOOMS.** Effectively removes and controls biofilm and other organic contaminants in Water-Jet Looms. DOSAGE RATES. **Initial Dose for badly fouled systems:** Prepare a mixture of 2 to 5 oz. of Ultra-Kleen Solution 1 per gallon of water.  If cleaning is desired or if tha pH of the mixture is below 8, add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1.  Pump the mixture through the Water-Jet Loom and all associated piping.  If necessary, apply a solution containing 2 to 5 oz. of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.
**Subsequent Dose, when microbial control is evident:** Subsequent slug additions of 5 to 25 oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of daily water use should be employed every 1 to 5 days or as needed.  The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

**TANKS, PIPING AND INDUSTRIAL EQUIPMENT USED TO STORE AND CONVEY INDUSTRIAL PROCESS WATER OR AQUEOUS MIXTURES. Do Not Use In equipment that will contact food.** Effectively removes and controls biofilm and other organic contaminants in Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures. DOSAGE RATES.  Fill equipment as completely as possible with a solution of 8 to 80 gal. of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of system capacity.  Circulate for at least 4 hours and then drain system.  Rinse system with 6 volumes of water.  If necessary, apply a solution containing 1 to 10 oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.

**DEIONIZED WATER SUPPLY SYSTEMS NOT USED IN FOOD PROCESSING, FOR HUMAN DRINKING WATER OR DENTAL LINES.** Effectively removes and controls biofilm and other organic contaminants in Tanks, Filters and Piping used to store and convey Deionized Water. DOSAGE RATES.  Add 3 to 16 gal. of Ultra-Kleen Solution 1 and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 per 1000 gallons of system capacity.  Circulate for at least 4 hours and then drain system.  Rinse system with 6 volumes of water.  If necessary, apply a solution containing 0.4 to 2 oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.

**DRAINS.** Effectively removes and controls plugging and odors caused by accumulation of biofilm and other organic contaminants in drains.  Prevents stoppage and odors.

DOSAGE RATES. <u>Initial Dose for badly fouled systems.</u> Pour from 10oz. Ultra-Kleen Solution 1 around or into one-inch diameter or smaller drains up to 90 oz. Ultra-Kleen Solution 1 around or into three-inch diameter drains. Add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (10-90 oz). If the drain is not in use at the time, follow with one gallon of hot water for every 10 oz. of Ultra-Kleen Solution 1 added. Allow to stand for 30 minutes. Repeat until control is evident.

<u>Subsequent Dose:</u> When microbial control is evident, subsequent additions of 1.5-2 oz Ultra-Kleen Solution 1 into one-inch diameter or smaller drains up to 15 oz Ultra-Kleen Solution 1 into three-inch diameter drains, should be employed every 7 days or as needed. Add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (1.5-15oz). If the drain is not in use at the time, follow with one gallon of hot water for every 1.5 oz of Ultra-Kleen Solution 1 added.

CHAIR SIDE EVACUATOR TRAPS AND PUMP FILTER TRAPS. Effectively removes and controls plugging and odors caused by accumulation of biofilm in chair side evacuator traps and pump filter traps. Prevents stoppage and odor.
DOSAGE RATES. <u>Initial Dose for badly fouled systems.</u> Mix 10 oz. of Ultra-Kleen Solution 1 and 10 oz. of Ultra-Kleen Solution 2 into one gallon of hot water at the end of the working day. Draw all of the solution into the trap and allow to stand overnight. Repeat until control is evident.

<u>Subsequent Dose:</u> When microbial control is evident, subsequent slug additions of 1.5-2 oz. Ultra-Kleen Solution 1 and 1.5-2 oz of Ultra-Kleen Solution 2 mixed into one gallon of hot water should be employed every 7 days or as needed.

**When mixtures of Ultra-Kleen Solution 1 and Ultra-Kleen Solution 2 are prepared in a batch process, always use the mixtures the same day they are prepared.**

## PRECAUTIONARY STATEMENTS

**HAZARDS TO HUMANS AND DOMESTIC ANIMALS**

**DANGER. CORROSIVE.** Causes irreversible eye damage and skin burns. Harmful if swallowed or absorbed through skin. Do not get in eyes, on skin, or on clothing. Wear goggles and/or face shield, protective clothing and rubber gloves. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash clothing before reuse.
**ENVIRONMENTAL HAZARDS.** This product is toxic to fish. Do not discharge effluent containing this product into lakes, streams, ponds, estuaries, ocean or other waters unless in accordance with the requirements of a National Pollution Discharge Elimination System (NPDES) permit and the permitting authority has been notified in writing prior to discharge. Do not discharge effluent containing this product to sewer systems without previously consulting the local sewage treatment plant authority. For guidance contact your local State Water Board or Regional Office of the EPA.
**PHYSICAL AND CHEMICAL HAZARDS.** When exposed to fire Ultra-Kleen Solution 1 may release oxygen and oxides of carbon and/or nitrogen.

| FIRST AID | |
|---|---|
| IF IN EYES: | Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing the eyes. Call a poison control center or doctor for treatment advice. |
| IF ON SKIN OR CLOTHING: | Take off contaminated clothing. Rinse skin immediately with plenty of water for 15-20 minutes. Call a poison control center or doctor for treatment advice. |
| IF SWALLOWED: | Call a poison control center or doctor immediately for treatment advice. Have a person sip a glass of water if able to swallow. Do not induce vomiting unless told to do so by the poison control center or doctor. Do not give anything by mouth to an unconscious person. |
| Have the product container or label with you when calling a poison control center or doctor, or going for treatment. | |
| NOTE TO PHYSICIAN: | Probable mucosal damage may contraindicate the use of gastric lavage. |

NOTE: Seller warrants that this product complies with the specifications expressed in this label. Seller makes no other warranties; and disclaims all other warranties, express or implied, including but not limited to warranties of merchantability and fitness for the intended purpose. Seller's liability for default, breach or failure under this label shall be limited to the amount of the purchase price. Seller shall have no liability for consequential damages.

## STORAGE AND DISPOSAL

Do not contaminate water, food or feed by improper storage or disposal.
STORAGE: Keep product in closed original container when not in use. Store in a cool area away from potential sources of heat, open flames, sunlight or other chemicals. Product should be stored below 90°F.
PESTICIDE DISPOSAL: Pesticide wastes are acutely hazardous. Improper disposal of excess pesticide, spray mixture or rinsate is a violation of Federal Law. If these wastes cannot be disposed of by use according to label instructions, contact your State Pesticide or Environmental Control Agency, or the Hazardous Waste Representative at the nearest EPA Regional Office for guidance.
CONTAINER DISPOSAL: Completely empty and triple-rinse container into application equipment. Dispose of empty container in a sanitary landfill, or incinerate. Burn only if allowed by state and local authorities.

NET WEIGHT_____     EPA REG. NO. 63761-3
LOT NO. _____     EPA EST. NO. 4875-NJ-001

Sold By:
STERILEX CORPORATION
11409 Cronhill Drive Ste L
Owings Mills, MD 21117
Phone: 1-800-511-1659 Fax: 410-581-8864





## UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

JAN 1 0 2006

Dr. April Zambelli-Weiner
Sterilex Corporation
11409 Cronhill Drive, Sutie L
Owings Mills, MD 21117

Subject:   Ultra-Kleen Solution 1
           EPA Registration No. 63761-3
           Notification Date: December 7, 2005
           EPA Receipt Date: December 12, 2005

Dear Dr. Weiner,

        The following notification submitted in connection with the provisions under FIFRA section 3(c)9 and PR Notice 98-10 is acceptable.

- Add nonpublic health claims

**General Comments**

        Based on the submitted materials, the notification to add nonpublic health claims, mildewstat and controls mold and mildew, is acceptable and apart of the records on file.

Please Note:  Delete the term, biofilm, from the label.  Biofilm is a public health claim and this product is for nonpublic health use only.

        Should you have any questions regarding this letter, please contact Jacqueline McFarlane at (703) 308-6416.

Sincerely,

Velma Noble
Product Manager (31)
Regulatory Management Branch I
Antimicrobials Division (7510C)

| CONCURRENCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SYMBOL** | | | | | | | |
| **SURNAME** | | | | | | | |
| **DATE** | | | | | | | |

EPA Form 1320-1A (1/90)          *Printed on Recycled Paper*          **OFFICIAL FILE COPY**



**STERILEX**®

12/7/2005

Document Processing Desk [NOTIFICATION]
Office of Pesticide Programs (7504C)
US Environmental Protection Agency
Room 266A, Crystal Mall 2
1801 Bell Street South
Arlington, VA 22202

**ATTENTION:**      **Velma Noble**
**Product Manager, Team 31**

*SUBJECT:*       *Sterilex Corporation*
*Sterilex Ultra-Kleen Solution 1*
*EPA Registration Number 63761-3*
*Notification to add Non-Public Health Pest*

Dear Ms. Noble:

We are submitting a notification for **Sterilex Ultra-Kleen Solution 1** per PR notice 98-10 and in accordance with DIS/TSS-16. The sole purpose of this notification is to inform the agency of the addition of a non-public health pest claim to the above referenced product label. As such, "Mildewstat" and "Controls Mold and Mildew" has been added to the product label. Please find enclosed a copy of the revised label with the above changes highlighted in yellow.

If you have any questions, please contact me at 410-581-8860 or by email at april@sterilex.com.

Sincerely,

April Zambelli-Weiner, Ph.D.
Senior Research Scientist
Sterilex Corporation

Please read instructions on reverse before completing form. Form Approved, OMB No. 2070-0060

| ![EPA logo] **EPA** | United States **Environmental Protection Agency** Washington, DC 20460 | ☐ **Registration** ☐ **Amendment** ☒ **Other** | OPP Identifier Number |
|---|---|---|---|

## Application for Pesticide – Section I

| 1. Company/Product Number **63761-3** | 2. EPA Product Manager **Velma Noble** | 3. Proposed Classification |
|---|---|---|
| 4. Company/Product (Name) **Sterilex Ultra-Kleen Solution 1** | PM# **31** | ☐ None   ☐ Restricted |

| 5. Name and Address of Applicant *(Include ZIP Code)* **Sterilex Corporation** **11409 Cronhill Drive, Suite L** **Owings Mills, MD 21117** ☐ *Check if this is a new address* | 6. **Expedited Review.** In accordance with FIFRA Section 3(c)(3) (b)(I), my product is similar or identical in composition and labeling to: |
|---|---|

## Section - II

| ☐ Amendment – Explain below. | ☐ Final printed labels in response to Agency letter dated _____ |
|---|---|
| ☐ Resubmission in response to Agency letter dated _____ | ☐ "Me Too" Application |
| ☒ Notification - Explain below. | ☐ Other - Explain below |

Explanation: Use additional page(s) if necessary. (For section I and Section II.)

Notification of minor label changes per PR Notice 98-10 consisting of the addition of non-public health pest to the label.

This notification is consistent with the provisions of PR Notice 98-10 and EPA regulations at 40 CFR 152.46, and no other changes have been made to the labeling or the confidential statement of formula of this product. I understand that it is a violation of 18 U.S.C. Sec. 1001 to willfully make any false statement to EPA. I further understand that if this notification is not consistent with the terms of PR Notice 98-10 and 40 CFR 152.46, this product may be in violation of FIFRA and I may be subject to enforcement action and penalties under sections 12 and 14 of FIFRA.

## Section - III

1. Material This Product Will Be Packaged In:

| Child-Resistant Packaging ☐ Yes* ☐ No ***Certification must be submitted** | Unit Packaging ☐ Yes ☐ No | Water Soluble Packaging ☐ Yes ☐ No | 2. Type of Container ☐ Metal ☐ Plastic ☐ Glass ☐ Paper ☐ Other (Specify) |
|---|---|---|---|
| | If "Yes" Unit Packaging wgt. ___  No. per container ___ | If "Yes" Package wgt ___  No. per container ___ | |

| 3. Location of Net Contents Information ☐ Label   ☐ Container | 4. Size(s) Retail Container **5, 30 and 55 gallons** | 5. Location of Label Directions ☐ On Label ☐ On labeling accompanying product |
|---|---|---|

| 6. Manner in Which Label is Affixed to Product | ☐ Lithograph ☐ Paper glued ☐ Stenciled | ☐ Other _____ |
|---|---|---|

## Section - IV

1. Contact Point *(Complete items directly below for identification of individual to be contacted, if necessary, to process this application.)*

| Name **April Zambelli-Weiner** | Title **Senior Research Scientist, Sterilex Corporation** | Telephone No. (Include Area Code) **410-581-8860** |
|---|---|---|

### Certification

I certify that the statements I have made on this form and all attachments thereto are true, accurate and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine or imprisonment or both under applicable law.

| 2. Signature | 3. Title **Senior Research Scientist, Sterilex Corporation** | 6. Date Application Received (Stamped) |
|---|---|---|
| 4. Typed Name **April Zambelli-Weiner** | 5. Date **12/7/05** | |

EPA Form 8570-1 (Rev. 8-94) Previous editions are obsolete     White- EPA File Copy (original)     Yellow- Applicant Copy

# Ultra-Kleen™ Solution 1

**Penetrates and Removes Biofilm and Other Organic Contaminants. Use as a Bactericide, Slimicide, Mildewstat, and Algicide in:**

- Recirculating Cooling Water Systems
- Brewery Pasteurizing Systems
- Air Washers
- Pulp and Paper Mills producing pulp and paper that will not come in contact with food products
- Dye Machines
- Water-Jet Looms
- Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures not related to food processing
- Deionized Water Supply Systems not used in food processing or for human drinking water or dental lines
- Drains and Filter Traps
- Chair Side Evacuator Traps and Pump Filter Traps

May be used with Ultra-Kleen Solution 2 to adjust pH, to inhibit corrosion and to enhance cleaning. Please consult directions for use for specific recommendations.

**Controls Mold and Mildew**

Active Ingredients:
n-Alkyl($C_{14}$ 60%, $C_{16}$ 30%, $C_{12}$ 5%, $C_{18}$ 5%)
dimethylbenzylammonium chloride ........ 3.00%
n- Alkyl($C_{12}$ 68%, $C_{14}$ 32%)
dimethylethylbenzylammonium chloride .... 3.00%
Inert Ingredients ........................ 94.00%
TOTAL ................................... 100.00%

## KEEP OUT OF REACH OF CHILDREN

# DANGER

See Side Panel For Additional Precautionary Statements and Statement of Practical Treatment

### DIRECTIONS FOR USE

It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

RECIRCULATING COOLING WATER SYSTEMS, INCLUDING COOLING TOWERS, EVAPORATIVE CONDENSERS AND BREWERY PASTEURIZERS. Effectively removes and controls biofilm and other organic contaminants on commercial and industrial cooling towers' influent water systems such as flow-through filters and heat exchange water systems. DOSAGE RATES. Initial Dose for badly fouled systems: Add 3 to 4 gal. Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Repeat until control is evident.
Routine Dose, when microbial control is evident: Subsequent slug additions of 28 to 64 oz. Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) should be

employed every 2 to 5 days as needed. The frequency of addition depends on the relative amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants. Slug additions should be made in the sump of water cooling towers.

AIR WASHERS. For use only in industrial air washing systems that maintain effective mist eliminating components. Effectively removes and controls biofilm and other organic contaminants in Industrial Water Scrubbing Systems.
DOSAGE RATES. Initial Dose for badly fouled systems: Add 3 to 16 gal of Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. If necessary, apply a solution containing 0.4 to 2 oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto interior surfaces of the system that are not continuously submerged. Repeat until control is evident.
Routine Dose, when microbial control is evident: Subsequent slug additions of 28 to 128 oz. Ultra-Kleen Solution 1 per 1000 gallons of water and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 should be employed every 1 to 5 days or as needed. The frequency of addition depends on the relative amount of bleedoff. The quality of the makeup water and rate of inflow of airborne or other contaminants. Slug additions should be made in the sump of Industrial Water Scrubbing Systems.

PULP AND PAPER MILLS. For use only in the production of pulp and paper that will not come in contact with food. Effectively removes and controls biofilm and other organic contaminants in pulp and paper mill fresh and seawater influent water systems, wastewater treatment systems, nonpotable water systems, and other process water.
DOSAGE RATES. Initial Dose for badly fouled systems: Add 3 to 16 gal of Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. If necessary, apply a solution containing 0.4 to 2 oz. Ultra-Kleen Solution 1 per gallon of water (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) onto interior surfaces of the system that are not continuously submerged.
Routine Dose, when microbial control is evident Subsequent slug additions of 8 to 50 oz. Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or if the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) should be employed every 1 to 5 days or as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

DYE MACHINES. Effectively removes and controls biofilm and other organic contaminants in Textile Dyeing Machines
DOSAGE RATES. Add 16 to 40 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in a dye storage tank. If cleaning is desired or the pH of the mixture is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 time the volume of Ultra-Kleen Solution 1. Circulate the mixture from the dye storage tank through the dye machine and all associated piping and other dye storage tanks. If necessary, apply a solution containing 2 to 5 oz Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.

WATER-JET LOOMS. Effectively removes and controls biofilm and other organic contaminants in Water-Jet Looms
DOSAGE RATES. Initial Dose for badly fouled systems: Prepare a mixture of 2 to 5 oz. of Ultra-Kleen Solution 1 per gallon of water. If cleaning is desired or if the pH of the mixture is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Pump the mixture through the Water-Jet Loom and all associated piping. If necessary, apply a solution containing 2 to 5 oz. of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.
Subsequent Dose, when microbial control is evident: Subsequent slug add of 5 to 25 oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3

times the volume of Ultra-Kleen Solution 1 per 1000 gallons of daily use should be employed every 1 to 5 days or as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow airborne or other contaminants

TANKS, PIPING AND INDUSTRIAL EQUIPMENT USED TO STORE CONVEY INDUSTRIAL PROCESS WATER OR AQUEOUS MIXTURES Not Use in equipment that will contact food. Effectively removes controls biofilm and other organic contaminants in Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water Aqueous Mixtures.
DOSAGE RATES. Fill equipment as completely as possible with a su 8 to 80 gal. of Ultra-Kleen Solution 1 (and if cleaning is desired or the the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 time volume of Ultra-Kleen Solution 1) per 1000 gallons of system capacity Circulate for at least 4 hours and then drain system. Rinse system w volumes of water. If necessary apply a solution containing 1 to 10 oz. Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra Solution 1 per gallon onto surfaces of the equipment that are not subm

DEIONIZED WATER SUPPLY SYSTEMS NOT USED IN FOOD PROCESSING FOR HUMAN DRINKING WATER OR DENTAL LINE Effectively removes and controls biofilm and other organic contaminant Tanks, Piping and Industrial Equipment used to store and convey Deionized Water DOSAGE RATES. Add 3 to 16 gal. of Ultra-Kleen Solution 1 and if clea is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 per 1000 gallo system capacity. Circulate for at least 4 hours and then drain system, system with 5 volumes of water. If necessary apply a solution conta to 2 oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times th volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equip that are not submerged.

DRAINS. Effectively removes and controls plugging and odors cause accumulation of biofilm and other organic contaminants in drains. Prev stoppage and odors
DOSAGE RATES. Initial Dose for badly fouled systems. Pour from Ultra-Kleen Solution 1 around or into one-inch diameter or smaller dra to 99 oz. Ultra-Kleen Solution 1 around or into three-inch diameter d Add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra Solution 1 (10-90 oz). If the drain is not in use at the time, follow with c gallon of hot water for every 10 oz. of Ultra-Kleen Solution 1 added. A stand for 30 minutes. Repeat until control is evident.
Subsequent Dose: When microbial control is evident, subsequent add of 1.5-2 oz Ultra-Kleen Solution 1 into one-inch diameter or smaller dr to 15 oz Ultra-Kleen Solution 1 into three-inch diameter drains. should employed every 7 days or as needed. Add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (1.5-15oz) drain is not in use at the time. follow with one gallon of hot water for e oz of Ultra-Kleen Solution 1 added

CHAIR SIDE EVACUATOR TRAPS AND PUMP FILTER TRAPS. E removes and controls plugging and odors caused by accumulation of b in chair side evacuator traps and pump filter traps. Prevents stoppage odor
DOSAGE RATES. Initial Dose for badly fouled systems. Mix 10 oz Kleen Solution 1 and 10 oz. of Ultra-Kleen Solution 2 into one gallon o water at the end of the working day. Draw all of the solution into the tra allow to stand overnight. Repeat until control is evident.
Subsequent Dose: When microbial control is evident. subsequent slug additions of 1.5-2 oz. Ultra-Kleen Solution 1 and 1.5 2 oz of Ultra-Kle Solution 2 mixed into one gallon of hot water should be employed eve days or as needed

When mixtures of Ultra-Kleen Solution 1 and Ultra-Kleen Solution prepared in a batch process, always use the mixtures the same day are prepared

## P

HAZARDS

DANGER,
Harmful if sw or on clothing rubber glove contaminate
ENVIRON
discharge a estuaries, o of a Nation permitting a discharge a consulting t your local S
PHYSICAL
Solution 1

Have the pr

IF IN EYE
minutes. R
rinsing the e

IF ON SK
immediately
doctor for tr

IF POWDE
for treatmen
induce vomi
unconscious
NOTE TO
gastric lava
after proper

NOTE: Se
expressed
other warra
merchantab
default, bre
purchase p

## STO

Do not con
STORAGE
in a cool a
other chem
PESTICID
disposal of
Law. If the
instruction
the Hazard
guidance.
CONTAIN
application
incinerate.

NET WEI
LOT NO.


STERILEX
Solutions for Biofilm.

63761-3

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**Washington, D.C. 20460**

OFFICE OF
PREVENTION, PESTICIDES
AND TOXIC SUBSTANCES

JAN - 9 2008

Judy Cornman
Regulatory Specialist
Sterilex Corporation
11409 Cronhill Drive Ste. L
Owings Mills, Md 21117

Subject:     Sterilex Ultra-Kleen™ Solution 1
             EPA Reg. No.63761-3
             Application Dated: December 13, 2007
             Receipt Date: December 13, 2007

Dear Ms. Cornman,

The following notification submitted in connection with registration under the provisions of PR Notice 98-10, Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) section 3(c) 9 is acceptable.

**Proposed Notification**

· Add EPA Establishment Numbers.

**Comments**

Based on a review of the material submitted, the following comments apply:
This application for notification to add EPA Establishment Numbers is acceptable. A copy has been placed in our records for future reference.

Should you have any questions or comments concerning this letter, please contact Velma Noble at (703) 308-6233.

Sincerely,

Velma Noble
Product Manager (31)
Regulatory Management Branch1
Antimicrobial Division (7510P)

| CONCURRENCES | | | | | | |
|---|---|---|---|---|---|---|
| SYMBOL ▶ 7510P | | | | | | |
| SURNAME ▶ | | | | | | |
| DATE ▶ 1/9/08 | | | | | | |

EPA Form 1320-1A (1/90)          Printed on Recycled Paper          OFFICIAL FILE COPY

Please read instructions on reverse before completing form.

Form Approved, OMB No. 070-0060

| ⬡ **EPA** | United States<br>**Environmental Protection Agency**<br>Washington, DC 20460 | ☐ Registration<br>☐ Amendment<br>☒ Other | OPP Identifier Number |
|---|---|---|---|

## Application for Pesticide - Section I

| 1. Company/Product Number<br>**63761-3** | 2. EPA Product Manager<br>**Velma Noble** | 3. Proposed Classification |
|---|---|---|
| 4. Company/Product (Name)<br>**Sterilex Ultra-Kleen Solution 1** | PM#<br>**31** | ☐ None ☐ Restricted |

| 5. Name and Address of Applicant (Include ZIP Code)<br>**Sterilex Corporation**<br>**11409 Cronhill Drive, Suite L**<br>**Owings Mills, MD 21117**<br><br>*NOTE: PLEASE SEND ALL CORRESPONDENCE*<br>*TO "CONTACT POINT" LISTED BELOW*<br>☐ Check if this is a new address | 6. **Expedited Review**. In accordance with FIFRA Section 3(c)(3)(b)(I), my product is similar or identical in composition and labeling to: |
|---|---|

## Section - II

| ☐ Amendment – Explain below. | ☐ Final printed labels in response to Agency letter dated _ |
|---|---|
| ☐ Resubmission in response to Agency letter dated ___ | ☐ "Me Too" Application |
| ☒ Notification - Explain below. | ☐ Other - Explain below |

**Explanation**: Use additional page(s) if necessary. (For section I and Section II.)

We are submitting a Notification regarding one of our registered products, **Sterilex Ultra-Kleen Solution 1 (63761-3)**. The purpose of the notification is to inform the agency of the addition of Multiple EPA Establishment Numbers to that product's label.

## Section - III

| 1. Material This Product Will Be Packaged In: | | | | 2. Type of Container |
|---|---|---|---|---|
| Child-Resistant Packaging<br>☐ Yes*<br>☐ No<br><br>**\*Certification must be submitted** | Unit Packaging<br>☐ Yes<br>☐ No<br>If "Yes"<br>Unit Packaging wgt.  No. per container | Water Soluble Packaging<br>☐ Yes<br>☐ No<br>If "Yes"<br>Package wgt  No. per container | | ☐ Metal<br>☐ Plastic<br>☐ Glass<br>☐ Paper<br>☐ Other (Specify) |

| 3. Location of Net Contents Information<br>☐ Label ☐ Container | 4. Size(s) Retail Container | 5. Location of Label Directions<br>☐ On Label<br>☐ On labeling accompanying product |
|---|---|---|

| 6. Manner in Which Label is Affixed to Product | ☐ Lithograph<br>☐ Paper glued<br>☐ Stenciled | ☐ Other _____ |
|---|---|---|

## Section - IV

**1. Contact Point** (Complete items directly below for identification of individual to be contacted, if necessary, to process this application)

| Name<br>**Judy Cornman** | Title<br>**Regulatory Specialist** | Telephone No. (Include Area Code)<br>**410.581.8860** |
|---|---|---|

### Certification

I certify that the statements I have made on this form and all attachments thereto are true, accurate and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine or imprisonment or both under applicable law.

| 2. Signature | 3. Title<br>**Regulatory Specialist** | 6. Date Application Received |
|---|---|---|
| 4. Typed Name<br>**Judy Cornman** | 5. Date<br>**December 13, 2007** | |

EPA Form 8570-1 (Rev. 8-94) Previous editions are obsolete       White- EPA File Copy (original)       Yellow- Applicant Copy



# STERILEX®

12/13/2007

Document Processing Desk
Office of Pesticide Programs (7504P)
US Environmental Protection Agency
Room S4900, One Potomac Yard
2777 S. Crystal Drive
Arlington, VA  22202

**ATTENTION:**    **Velma Noble**
                          **Product Manager, Team 31**

**SUBJECT:**        *Sterilex Corporation*
                          *Sterilex Ultra-Kleen Solution 1*
                          *EPA Registration Number 63761-3*
                          *Notification to add Multiple EPA Establishment Numbers*

Dear Ms. Noble:

We are submitting a notification for **Sterilex Ultra-Kleen Solution 1**; the sole purpose of this notification is to inform the agency of the addition of Multiple Environmental Protection Agency (EPA) Establishment Numbers to the above referenced product label. At each facility the appropriate establishment number will be clearly identified with a check mark.  Please find enclosed,

1. An EPA Application for Pesticide (8570-1)

2. A copy of the revised label for **Sterilex Ultra-Kleen Solution 1(63761-3)**

If you have any questions, please contact me at 410-581-8860 or by email at
judy@sterilex.com

Sincerely,

Judy Cornman
Regulatory Specialist
Sterilex Corporation

# Ultra-Kleen™ Solution 1



**STERILEX**
*Solutions for Biofilm.*

**Penetrates and Removes Biofilm and Other Organic Contaminants.  Use as a Bactericide, Slimicide, Mildewstat, and Algicide in:**

- Recirculating Cooling Water Systems
- Brewery Pasteurizing Systems
- Air Washers
- Dye Machines
- Water-Jet Looms
- Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures not related to food processing
- Deionized Water Supply Systems not used in food processing or for human drinking water or dental lines
- Drains and Filter Traps
- Chair Side Evacuator Traps and Pump Filter Traps

May be used with **Ultra-Kleen Solution 2** to adjust pH, to inhibit corrosion and to enhance cleaning. Please consult directions for use for specific recommendations.

**Active Ingredients:**

n-Alkyl(C₁₄ 60%, C₁₆ 30%, C₁₂ 5%, C₁₈ 5%)

dimethylbenzylammonium chloride...................3.00%

n- Alkyl(C₁₂ 68%, C₁₄ 32%)

dimethylethylbenzylammonium chloride............3.00%

Inert Ingredients...................................94.00%

TOTAL......................................100.00%

**Controls Mold and Mildew**

## KEEP OUT OF REACH OF CHILDREN

## DANGER

See Side Panel for Additional Precautionary Statements and First Aid

---

## DIRECTIONS FOR USE

It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

**RECIRCULATING COOLING WATER SYSTEMS, INCLUDING COOLING TOWERS, EVAPORATIVE CONDENSERS AND BREWERY PASTEURIZERS.** Effectively removes and controls biofilm and other organic contaminants in commercial and industrial cooling towers: influent water systems such as flow-through filters; and heat exchange water systems.
DOSAGE RATES.  Initial Dose for badly fouled systems:  Add 1 to 4 gal. Ultra-Kleen Solution 1 per 1000 gallons of water in the system.  If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1.  Repeat until control is evident.

Routine Dose, when microbial control is evident:  Subsequent slug additions of 28 to 64 fl. oz. Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) should be employed every 2 to 5 days or as needed. The frequency of addition depends on the relative amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants.  Slug additions should be made in the sump of water cooling towers.

**AIR WASHERS.**  For use only in industrial air washing systems that maintain effective mist eliminating components.  Effectively removes and controls biofilm and other organic contaminants in Industrial Water Scrubbing Systems.
DOSAGE RATES.  Initial Dose for badly fouled systems:  Add 3 to 16 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1.  If necessary, apply a solution containing 0.4 to 2 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto interior surfaces of the system that are not continuously submerged.  Repeat until control is evident.

Routine Dose, when microbial control is evident:  Subsequent slug additions of 28 to 128 fl. oz. Ultra-Kleen Solution 1 per 1000 gallons of water and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 should be employed every 1 to 5 days or as needed.  The frequency of addition depends on the relative amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants.  Slug additions should be made in the sump of Industrial Water Scrubbing Systems.

**DYE MACHINES.**  Effectively removes and controls biofilm and other organic contaminants in Textile Dyeing Machines.
DOSAGE RATES.  Add 16 to 40 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in a dye storage tank.  If cleaning is desired or the pH of the mixture is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1.  Circulate the mixture from the dye storage tank through the dye machine and all associated piping and other dye storage tanks.  If necessary, apply a solution containing 2 to 5 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.

**WATER-JET LOOMS.**  Effectively removes and controls biofilm and other organic contaminants in Water-Jet Looms.
DOSAGE RATES.  Initial Dose for badly fouled systems:  Prepare a mixture of 2 to 5 fl. oz. Ultra-Kleen Solution 1 per gallon of water.  If cleaning is desired or if the pH of the mixture is below 8, add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1.  Pump the mixture through the Water-Jet Loom and all associated piping.  If necessary, apply a solution containing 2 to 5 fl. oz. of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1)  per gallon of water onto surfaces of the system that are not continuously submerged.

---

**Subsequent Dose, when microbial control is evident**:  Subsequent slug additions of 5 to 25 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of daily water use should be employed every 1 to 5 days or as needed.  The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

**TANKS, PIPING AND INDUSTRIAL EQUIPMENT USED TO STORE AND CONVEY INDUSTRIAL PROCESS WATER OR AQUEOUS MIXTURES. Do Not Use in equipment that will contact food.** Effectively removes and controls biofilm and other organic contaminants in Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures.
DOSAGE RATES.  Fill equipment as completely as possible with a solution of 8 to 80 gal. of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of system capacity.  Circulate for at least 4 hours and then drain system.  Rinse system with 6 volumes of water.  If necessary, apply a solution containing 1 to 10 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.

**DEIONIZED WATER SUPPLY SYSTEMS NOT USED IN FOOD PROCESSING, FOR HUMAN DRINKING WATER OR DENTAL LINES.** Effectively removes and controls biofilm and other organic contaminants in Tanks, Filters and Piping used to store and convey Deionized Water.
DOSAGE RATES.  Add 3 to 16 gal. of Ultra-Kleen Solution 1 and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 per 1000 gallons of system capacity.  Circulate for at least 4 hours and then drain system.  Rinse system with 6 volumes of water.  If necessary, apply a solution containing 0.4 to 2 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.

**Penetrates and Removes Biofilm and Other Organic Contaminants.  Use as a Bactericide, Slimicide, Mildewstat, and Algicide in:**

**DRAINS.** Effectively removes and controls plugging and odors caused by accumulation of biofilm and other organic contaminants in drains. Prevents stoppage and odors.
DOSAGE RATES.  Initial Dose for badly fouled systems.  Pour from 10 fl. oz. Ultra-Kleen Solution 1 around or into one-inch diameter or smaller drains up to 90 fl. oz.  Ultra-Kleen Solution 1 around or into three-inch diameter drains.  Add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (10-90 fl. oz).  If the drain is not in use at the time, follow with one gallon of hot water for every 10 fl. oz. of Ultra-Kleen Solution 1 added.  Allow to stand for 30 minutes.  Repeat until control is evident.
Subsequent Dose:  When microbial control is evident, subsequent additions of 1.5-2 fl. oz Ultra-Kleen Solution 1 into one-inch diameter or smaller drains up to 15 fl. oz Ultra-Kleen Solution 1 into three-inch diameter drains, should be employed every 7 days or as needed.  Add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (1.5-15fl. oz).  If the drain is not in use at the time, follow with one gallon of hot water for every 1.5 fl. oz of Ultra-Kleen Solution 1 added.

**CHAIR SIDE EVACUATOR TRAPS AND PUMP FILTER TRAPS.**  Effectively removes and controls plugging and odors caused by accumulation of biofilm in chair side evacuator traps and pump filter traps.  Prevents stoppage and odor.
DOSAGE RATES.  Initial Dose for badly fouled systems.  Mix 10 fl. oz. of Ultra-Kleen Solution 1 and 10 fl. oz. of Ultra-Kleen Solution 2 into one gallon of hot water at the end of the working day.  Draw all of the solution into the trap and allow  to stand overnight.  Repeat until control is evident.
Subsequent Dose:  When microbial control is evident, subsequent slug additions of 1.5-2 fl. oz. Ultra-Kleen Solution 1 and 1.5-2 fl. oz of Ultra-Kleen Solution 2 mixed into one gallon of hot water should be employed every 7 days or as needed.

---

**EPA Reg. No. 63761-2**

Reorder Number:  203E
Net Weight _____
Lot No _____  11/07 AZW/JC

**Call 1-800-511-1659 for Technical Information**
**Sterilex Corporation**
Owings Mills, MD 21117
www.sterilex.com

**EPA Est. No.**



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**WASHINGTON, D.C.  20460**

OFFICE OF PREVENTION, PESTICIDES AND TOXIC SUBSTANCES

SEP 1 9 2008

Mr. Mark Wozniak
Sterilex
11409 Cronhill Drive, Suite L
Owings Mills, MD  21117

Subject:     Sterilex Ultra Kleen Solution 1
             EPA Registration No.:  63761-3
             Notification Date:  August 12, 2008
             EPA Receipt Date:  August 21, 2008

Dear Mr. Wozniak,

    This letter acknowledges receipt of your notification submitted under the provisions of FIFRA section 3(c)9, as amended, and PR Notice 98-10.

- Add Dairy Sweet Water Systems descriptor
- Add establishment number

**General Comments**

    Based on a review of the submitted information, your notification is acceptable and a part of the records on file.

    Should you have any questions regarding this letter, please contact Jacqueline McFarlane at (703) 308-6416 or Velma Noble at (703) 308-6233.

                                        Sincerely,

                                        Velma Noble
                                        Product Manager (31)
                                        Regulatory Management Branch I
                                        Antimicrobials Division (7510P)

2/5

Please read instructions on reverse before completing form.   Form Approved. OMB No. 2070-0060

| EPA | United States Environmental Protection Agency Washington, DC 20460 | ☐ Registration ☐ Amendment ☒ Other: Notification | OPP Identifier Number |
| --- | --- | --- | --- |

## Application for Pesticide - Section I

| 1. Company/Product Number **63761-3** | 2. EPA Product Manager **Velma Noble** | 3. Proposed Classification |
| --- | --- | --- |
| 4. Company/Product (Name) **Sterilex Ultra-Kleen Solution 1** | PM# **31** | ☒ None   ☐ Restricted |

| 5. Name and Address of Applicant *(Include ZIP Code)* **Sterilex Corporation** **11409 Cronhill Drive** **Suite L** **Owings Mills, MD 21117** ☐ Check if this is a new address | 6. **Expedited Review.** In accordance with FIFRA Section 3(c)(3) (b)(I), my product is similar or identical in composition and labeling to: EPA Reg. No. _____ Product Name _____ |
| --- | --- |

## Section - II

☐ Amendment – Explain below.
☐ Resubmission in response to Agency letter dated _____
☒ Notification - Explain below.

☐ Final printed labels in response to Agency letter dated _____
☐ "Me Too" Application
☐ Other - Explain below

**Explanation**: Use additional page(s) if necessary.  (For section I and Section II.)

### NOTIFICATION to add market specific descriptive language under the Recirculating cooling heading.

### *This submission is NOT subject to a PRIA fee*

## Section - III

1. Material This Product Will Be Packaged In:

| Child-Resistant Packaging | Unit Packaging | Water Soluble Packaging | 2. Type of Container |
| --- | --- | --- | --- |
| ☐ Yes* ☐ No | ☐ Yes ☐ No | ☐ Yes ☐ No | ☐ Metal ☒ Plastic ☐ Glass ☐ Paper ☐ Other (Specify) |
| ***Certification must be submitted*** | If "Yes" Unit Packaging wgt.         No. per container | If "Yes" Package wgt         No. per container | |

| 3. Location of Net Contents Information ☐ Label   ☐ Container | 4. Size(s) Retail Container 5, 30 and 55 gallons | 5. Location of Label Directions ☐ On Label ☐ On labeling accompanying product |
| --- | --- | --- |

| 6. Manner in Which Label is Affixed to Product | ☐ Lithograph ☐ Paper glued ☐ Stenciled | ☐ Other _____ |
| --- | --- | --- |

## Section - IV

1. Contact Point *(Complete items directly below for identification of individual to be contacted, if necessary, to process this application)*

| Name **Mark Wozniak (m.wozniak@sterilex.com)** | Title **Director, R&D** | Telephone No. (Include Area Code) **(410) 581-8860** |
| --- | --- | --- |

### Certification

I certify that the statements I have made on this form and all attachments thereto are true, accurate and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine or imprisonment or both under applicable law.

| 2. Signature | 3. Title **Director, R&D** | 6. Date Application Received **(Stamped)** |
| --- | --- | --- |
| 4. Typed Name **Mark Wozniak** | 5. Date 06/19/2008 | |

3/5

## STERILEX®
*Solutions for Biofilm.*

---

**CONTAINS CONFIDENTIAL BUSINESS INFORMATION PROTECTED
FROM DISCLOSURE UNDER FIFRA § 10 (d)(1)(C)**

---

August 12, 2008

Antimicrobials Division (Mail Code 7504P)
Office of Pesticide Programs
Document Processing Desk [NOTIF]
U.S. Environmental Protection Agency
Room S-4900, One Potomac Yard
2777 South Crystal Drive
Arlington, VA 22202

**ATTENTION:**     **Velma Noble
Product Manager, Team 31
Antimicrobials Division**

**SUBJECT:**     ***Sterilex Corporation
Sterilex Ultra-Kleen Solution 1 (EPA Reg. No. 63761-3)
Notification under PR98-10: Addition of a nonfood site for an Antimicrobial Product***

Dear Ms. Noble:

We are submitting to you a notification to add the descriptive phrase "Dairy Sweet Water Systems" under the use site Recirculating Cooling Systems. Dairy Sweet Water Systems is a market specific phrase for water cooling systems in the dairy industry.

In addition, we are adding an additional EPA Establishment Number to our label.

Please find enclosed the following documents to support the minor formulation amendment for ***Sterilex* Ultra-Kleen Solution 1**:

1)   Pesticide Application Form;
2)   One copy of the full label with the changes marked.
3)   Two copies of the full label (unmarked)
4)   A copy of EPA approved label for a similar product with the desired descriptive phrase highlighted. (pg. 2 of 4).

The objective of this change is to add market specific terminology to the ***Sterilex* Ultra-Kleen Solution 1** label and notify the EPA the addition of an EPA establishment number to the same label. This change does not require additional data because it's a non-public health site. It is also a site that is within an already registered use pattern category for the product. In addition there are no changes in the dosage, concentration, frequency or method of application is not changed.

If you have any questions, please contact me by telephone at 410-581-8860 or by e-mail at m.wozniak@sterilex.com.

Thank you very much for your cooperation.

Sincerely,

Mark Wozniak, Ph.D.
Director, R&D

Enclosures

---

# Ultra-Kleen™ Solution



## STERILEX®
*Innovative Solutions for Microbial Control*

**Penetrates and Removes Biofilm and Other Organic Contaminants. Use as a Bactericide, Slimicide, Mildewstat, and Algicide in:**

- Recirculating Cooling Water Systems
- Brewery Pasteurizing Systems
- Pulp and Paper Mills producing pulp and paper that will not come in contact with food products
- Air Washers
- Dye Machines
- Water-Jet Looms
- Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures not related to food processing
- Deionized Water Supply Systems not used in food processing or for human drinking water or dental lines
- Drains and Filter Traps
- Chair Side Evacuator Traps and Pump Filter Traps

May be used with **Ultra-Kleen Solution 2** to adjust pH, to inhibit corrosion and to enhance cleaning. Please consult directions for use for specific recommendations.

Active Ingredients:
n-Alkyl(C₁₄ 60%, C₁₆ 30%, C₁₂ 5%, C₁₈ 5%)
dimethylbenzylammonium chloride.................. 3.00%
n- Alkyl(C₁₂ 68%, C₁₄ 32%)
dimethylethylbenzylammonium chloride............. 3.00%
Inert Ingredients........................................ 94.00%
TOTAL ........100.00%

## Controls Mold and Mildew

## KEEP OUT OF REACH OF CHILDREN

## DANGER

**See Side Panel for Additional Precautionary Statements and First Aid**

## DIRECTIONS FOR USE

It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

---

**RECIRCULATING COOLING WATER SYSTEMS, INCLUDING COOLING TOWERS, EVAPORATIVE CONDENSERS, DAIRY SWEET WATER SYSTEMS AND BREWERY PASTEURIZERS.** Effectively removes and controls biofilm and other organic contaminants in commercial and industrial cooling towers: influent water systems such as flow-through filters; and heat exchange water systems.
DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 1 to 4 gal. Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Repeat until control is evident.
**Routine Dose, when microbial control is evident:** Subsequent slug additions of 28 to 64 fl. oz. Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) should be employed every 2 to 5 days or as needed. The frequency of addition depends on the relative amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants. Slug additions should be made in the sump of water cooling towers.

**PULP AND PAPER MILLS.** For use only in the production of pulp and paper that will not come in contact with food. Effectively removes and controls biofilm and other organic contaminants in pulp and paper mill fresh and seawater influent, water systems, wastewater treatment systems, nonpotable water systems, and other process water.
**Routine Dose, when microbial control is evident:** Subsequent slug additions of 8 to 50 oz. Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) should be employed every 1 to 5 days as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

**AIR WASHERS.** For use only in industrial air washing systems that maintain effective mist eliminating components. Effectively removes and controls biofilm and other organic contaminants in Industrial Water Scrubbing Systems.
DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 3 to 16 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. If necessary, apply a solution containing 0.4 to 2 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto interior surfaces of the system that are not continuously submerged. Repeat until control is evident.
**Routine Dose, when microbial control is evident:** Subsequent slug additions of 28 to 128 fl. oz. Ultra-Kleen Solution 1 per 1000 gallons of water and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 should be employed every 1 to 5 days or as needed. The frequency of addition depends on the amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants. Slug additions should be made in the sump of Industrial Water Scrubbing Systems.

**DYE MACHINES.** Effectively removes and controls biofilm and other organic contaminants in Textile Dyeing Systems.
DOSAGE RATES. Add 16 to 40 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in a dye storage tank. If cleaning is desired or the pH of the mixture is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Circulate the mixture from the dye storage tank through the dye machine and all associated piping and other dye storage tanks. If necessary, apply a solution containing 2 to 5 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.

**WATER-JET LOOMS.** Effectively removes and controls biofilm and other organic contaminants in Water-Jet Looms.
DOSAGE RATES. **Initial Dose for badly fouled systems:** Prepare a mixture of 2 to 5 fl. oz. of Ultra-Kleen Solution 1 per gallon of water. If cleaning is desired or if the pH of the mixture is below 8, add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Pump the mixture through the Water-Jet Loom and all associated piping. If necessary, apply a solution containing 2 to

---

5 fl. oz. Ultra-Kleen Solution [...]
system is below 8, Ultra-Kleen Solution [...]

Ultra-Kleen Solution 1) per gall[...]
not continuously submerged [...]
**Subsequent Dose, when micr[...]**
additions of 5 to 25 fl. oz. Ultra-Kle[...]
pH of the mixture is below 8, Ul[...]
volume of Ultra-Kleen Solution [...]
employed every 1 to 5 days or [...]
the quality of the makeup water [...]
contaminants.

**TANKS, PIPING AND INDUSTR[...]
CONVEY INDUSTRIAL PROCE[...]
Not Use in equipment that wil[...]**
biofilm and other organic contam[...]
to store and convey Industrial [...]
DOSAGE RATES. Fill equipme[...]
80 gal. of Ultra-Kleen Solution 1 [...]
mixture is below 8, Ultra-Kleen 1[...]
Ultra-Kleen Solution 1) per 100[...]
4 hours and then drain system. [...]
necessary, apply a solution con[...]
cleaning is desired or the pH of [...]
the rate of 1 to 3 times the volu[...]
surfaces of the equipment that [...]

**DEIONIZED WATER SUPPLY [...]
FOR HUMAN DRINKING WATI[...]**
controls biofilm and other organi[...]
to store and convey Deionized V[...]
DOSAGE RATES. Add 3 to 16 [...]
desired or the pH of the mixture [...]
to 3 times the volume of Ultra-Kl[...]
capacity. Circulate for at least 4[...]
6 volumes of water. If necessar[...]
Kleen Solution 1 (and if cleaning[...]
Ultra-Kleen Solution 2 at the rat[...]
Solution 1) per gallon onto surfa[...]

*Penetrates and Removes Biol[...]
a Bactericide, Slimicide, Mild[...]*

**DRAINS.** Effectively removes a[...]
accumulation of biofilm and othe[...]
stoppage and odors.
DOSAGE RATES. **Initial Dose [...]**
Ultra-Kleen Solution 1 around o[...]
fl. oz. Ultra-Kleen Solution 1 an[...]
simultaneously Ultra-Kleen Solu[...]
1 (10-90 fl. oz.). If the drain is n[...]
water for every 10 fl. oz. of Ultra[...]
minutes. Repeat until control is [...]
**Subsequent Dose:** When micr[...]
1.5-2 fl. oz. Ultra-Kleen Solution [...]
15 fl. oz. Ultra-Kleen Solution 1 [...]
employed every 7 days or as ne[...]
at the same volume as Ultra-Kle[...]
use at the time, follow with one [...]
Kleen Solution 1 added.

**CHAIR SIDE EVACUATOR TR[...]**
removes and controls plugging [...]
chair side evacuator traps and p[...]
DOSAGE RATES. **Initial Dose [...]**
Kleen Solution 1 and 10 fl. oz. o[...]
water at the end of the working [...]
allow to stand overnight. Repe[...]
**Subsequent Dose:** When micr[...]
of 1.5-2 fl. oz. Ultra-Kleen Soluti[...]

---

**EPA Reg. No. 63761-3**
Reorder Number: 203E
Net Weight _____
Lot No_____ 08/08 MEW

Call 1-800-511-1659 for Technical Information
Sterilex Corporation
Owings Mills, MD 21117
www.sterilex.com

# a-Kleen™  Solution 1

**CLUDING COOLING**
**WEET WATER SYSTEMS**
es and controls biofilm and
al cooling towers: influent
xchange water systems.
tems:  Add 1 to 4 gal.
system.  If cleaning is
ltaneously Ultra-Kleen
a-Kleen Solution 1. Repeat

Subsequent slug additions
ns of water (and if cleaning
en Solution 2 at the rate of
uld be employed every 2 to
nds on the relative amount
f inflow of airborne or other
sump of water cooling

ction of pulp and paper that
s and controls biofilm and
ah and seawater influent,
otable water systems, and

Subsequent slug additions of
water (and if cleaning is
en Solution 2 at the rate of
ould be employed every 1 to
s on the quality of the
contaminants.

ng systems that maintain
moves and controls biofilm
le system.  If cleaning is
ultaneously Ultra-Kleen
tra-Kleen Solution 1.  If
Ultra-Kleen Solution 1 (and if
8, Ultra-Kleen Solution 2 at
lution 1) per gallon of water
inuously submerged.

:  Subsequent slug additions
gallons of water and if cleaning
Kleen Solution 2 at the rate of
ould be employed every 1 to 5
nds on the relative amount
f inflow of airborne or other
e sump of Industrial Water

: biofilm and other organic

 Solution 1 per 1000 gallons of
or the pH of the mixture is
: at the rate of 1 to 3 times the
ture from the dye storage tank
and other dye storage tanks.
z. Ultra-Kleen Solution 1 (and if
r 8, Ultra-Kleen Solution 2 at
olution 1) per gallon of water
uly submerged.

ontrols biofilm and other organic

ystems:  Prepare a mixture of
water.  If cleaning is desired or
r Solution 2 at the rate of 1 to 3
the mixture through the Water-
apply a solution containing 2 to

---

5 fl. oz. of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the
system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of

Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are
not continuously submerged.
**Subsequent Dose, when microbial control is evident:** Subsequent slug
additions of 5 to 25 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the
pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the
volume of Ultra-Kleen Solution 1) per 1000 gallons of daily water use should be
employed every 1 to 5 days or as needed. The frequency of addition depends on
the quality of the makeup water and rate of inflow of airborne or other
contaminants.

**TANKS, PIPING AND INDUSTRIAL EQUIPMENT USED TO STORE AND
CONVEY INDUSTRIAL PROCESS WATER OR AQUEOUS MIXTURES. Do
Not Use in equipment that will contact food.** Effectively removes and controls
biofilm and other organic contaminants in Tanks, Piping and Industrial Equipment
used to store and convey Industrial Process Water or Aqueous Mixtures.
DOSAGE RATES. Fill equipment as completely as possible with a solution of 8 to
80 gal. of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the
mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of
Ultra-Kleen Solution 1) per 1000 gallons of system capacity. Circulate for at least
4 hours and then drain system. Rinse system with 6 volumes of water. If
necessary, apply a solution containing 1 to 10 fl. oz. Ultra-Kleen Solution 1 (and if
cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at
the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto
surfaces of the equipment that are not submerged.

**DEIONIZED WATER SUPPLY SYSTEMS NOT USED IN FOOD PROCESSING,
FOR HUMAN DRINKING WATER OR DENTAL LINES.** Effectively removes and
controls biofilm and other organic contaminants in Tanks, Filters and Piping used
to store and convey Deionized Water.
DOSAGE RATES. Add 3 to 16 gal. of Ultra-Kleen Solution 1 and if cleaning is
desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1
to 3 times the volume of Ultra-Kleen Solution 1 per 1000 gallons of system
capacity. Circulate for at least 4 hours and then drain system. Rinse system with
6 volumes of water. If necessary, apply a solution containing 0.4 to 2 fl. oz. Ultra-
Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8,
Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen
Solution 1) per gallon onto surfaces of the equipment that are not submerged.

*Penetrates and Removes Biofilm and Other Organic Contaminants. Use as
a Bactericide, Slimicide, Mildewstat, and Algicide in:*

**DRAINS.** Effectively removes and controls plugging and odors caused by
accumulation of biofilm and other organic contaminants in drains. Prevents
stoppage and odors.
DOSAGE RATES. **Initial Dose for badly fouled systems.** Pour from 10 fl. oz.
Ultra-Kleen Solution 1 around or into one-inch diameter or smaller drains up to 90
fl. oz. Ultra-Kleen Solution 1 around or into three-inch diameter drains. Add
simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution
1 (10-90 fl. oz.). If the drain is not in use at the time, follow with one gallon of hot
water for every 10 fl. oz. of Ultra-Kleen Solution 1 added. Allow to stand for 30
minutes. Repeat until control is evident.
**Subsequent Dose:** When microbial control is evident, subsequent additions of
1.5-2 fl. oz Ultra-Kleen Solution 1 into one-inch diameter or smaller drains up to
15 fl. oz Ultra-Kleen Solution 1 into three-inch diameter drains, should be
employed every 7 days or as needed. Add simultaneously Ultra-Kleen Solution 2
at the same volume as Ultra-Kleen Solution 1 (1.5-15fl. oz). If the drain is not in
use at the time, follow with one gallon of hot water for every 1.5 fl. oz of Ultra-
Kleen Solution 1 added.

**CHAIR SIDE EVACUATOR TRAPS AND PUMP FILTER TRAPS.** Effectively
removes and controls plugging and odors caused by accumulation of biofilm in the
chair side evacuator traps and pump filter traps. Prevents stoppage and odor.
DOSAGE RATES. **Initial Dose for badly fouled systems.** Mix 10 fl. oz. of Ultra-
Kleen Solution 1 and 10 fl. oz. of Ultra-Kleen Solution 2 into one gallon of hot
water at the end of the working day. Draw all of the solution into the trap and
allow to stand overnight. Repeat until control is evident.
**Subsequent Dose:** When microbial control is evident, subsequent slug additions
of 1.5-2 fl. oz. Ultra-Kleen Solution 1 and 1.5-2 fl. oz of Ultra-Kleen Solution 2

---

mixed into one gallon of hot water should be employed every 7 days or as
needed.

**FOR PRE-CLEANING OF WHIRLPOOL BATHTUBS** circulate a solution of 0.5 fl.
oz. of Ultra-Kleen Solution 1 and 0.5 fl. oz. of Ultra-Kleen Solution 2 per 1 gal.
tap water through tub and associated piping and filters at a temperature ≥ 90° F.

**When mixtures of Ultra-Kleen Solution 1 and Ultra-Kleen Solution 2 are
prepared in a batch process, always use the mixtures the same day they are
prepared.**

This product is water-based.

## PRECAUTIONARY STATEMENTS

**HAZARDS TO HUMANS AND DOMESTIC ANIMALS**
**DANGER. CORROSIVE.** Causes irreversible eye damage and skin burns.
Harmful if swallowed or absorbed through skin. Do not get in eyes, on skin, or on
clothing. Wear goggles and/or face shield, protective clothing and rubber gloves.
Wash thoroughly with soap and water after handling. Remove contaminated
clothing and wash clothing before reuse.
**ENVIRONMENTAL HAZARDS.** This product is toxic to fish. Do not discharge
effluent containing this product into lakes, streams, ponds, estuaries, ocean or
other waters unless in accordance with the requirements of a National Pollution
Discharge Elimination System (NPDES) permit and the permitting authority has
been notified in writing prior to discharge. Do not discharge effluent containing
this product to sewer systems without previously consulting the local sewage
treatment plant authority. For guidance contact your local State Water Board or
Regional Office of the EPA.
**PHYSICAL AND CHEMICAL HAZARDS.** When exposed to fire Ultra-Kleen
Solution 1 may release oxygen and oxides of carbon and/or nitrogen.

## FIRST AID
Have the product container or label with you when calling a poison control center
or doctor, or going for treatment.

**IF IN EYES:** Hold eye open and rinse slowly and gently with water for 15-20
minutes.  Remove contact lenses, if present, after the first 5 minutes, then
continue rinsing the eyes.  Call a poison control center or doctor for treatment
advice.
**IF ON SKIN OR CLOTHING:** Take off contaminated clothing.  Rinse skin
immediately with plenty of water for 15-20 minutes.  Call a poison control center
or doctor for treatment advice.
**IF SWALLOWED:** Call a poison control center or doctor immediately for
treatment advice. Have a person sip a glass of water if able to swallow.  Do not
induce vomiting unless told to do so by the poison control center or doctor.  Do
not give anything by mouth to an unconscious person.
**NOTE TO PHYSICIAN:** Probable mucosal damage may contraindicate the use of
gastric lavage.
**NOTE:** Seller warrants that this product complies with the specifications
expressed in this label.  Seller makes no other warranties; and disclaims all other
warranties, express or implied, including but not limited to warranties of
merchantability and fitness for the intended purpose.  Seller's liability for default,
breach or failure under this label shall be limited to the amount of the purchase
price. Seller shall have no liability for consequential damages.

## STORAGE AND DISPOSAL
Do not contaminate water, food or feed by improper storage or disposal.
**STORAGE:** Keep product in closed original container when not in use. Store in a
cool area away from potential sources of heat, open flames, sunlight or other
chemicals. Product should be stored below 90°F.
**PESTICIDE DISPOSAL:** Pesticide wastes are acutely hazardous. Improper
disposal of excess pesticide, spray mixture or rinsate is a violation of Federal
Law. If these wastes cannot be disposed of by use according to label
instructions, contact your State Pesticide or Environmental Control Agency, or the
Hazardous Waste Representative at the nearest EPA Regional Office for
guidance.
**CONTAINER DISPOSAL:** Completely empty and triple-rinse container into
application equipment. Dispose of empty container in a sanitary landfill, or
incinerate. Burn only if allowed by state and local authorities.

---

**Call 1-800-511-1659 for Technical Information**
**Sterilex Corporation**
**Owings Mills, MD 21117**
**www.sterilex.com**

| EPA Est. | | |
|---|---|---|
| No. | ☐ 4875-NJ-001 | ☐ 60156-IL-001 |
| | ☐ 44636-CA-001 | |
| | ☐ 21737-MN-01 | |
| | ☐ 062788-AL-01 | |

63761-3                          3/19/2009                                    1/8



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**WASHINGTON, D.C.  20460**

OFFICE OF PREVENTION, PESTICIDES AND TOXIC SUBSTANCES

MAR 1 9 2009

Mr. Mark Wozniak
Sterilex
11409 Cronhill Drive, Suite L
Owings Mills, MD  21117

Subject:        Sterilex Ultra Kleen Solution 1
                EPA Registration No.:  63761-3
                Notification Date:  February 10, 2009
                EPA Receipt Date:  February 17, 2009

Dear Mr. Wozniak,

    This letter acknowledges receipt of your notification submitted under the provisions of
FIFRA section 3(c)9, as amended, and PR Notice 98-10.

    •   Clarify "Drain" directions application methods

**General Comments**

    Based on a review of the submitted materials, your notification to clarify "Drain" directions
application methods is acceptable and apart of the records on file.

    Should you have any questions regarding this letter, please contact Jacqueline McFarlane at
(703) 308-6416 or Velma Noble at (703) 308-6233.

                                    Sincerely,

                                    Velma Noble
                                    Product Manager (31)
                                    Regulatory Management Branch I
                                    Antimicrobials Division (7510P)

| CONCURRENCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| SYMBOL | | | | | | | |
| SURNAME | | | | | | | |
| DATE | | | | | | | |

EPA Form 1320-1A (1/90)          Printed on Recycled Paper                    OFFICIAL FILE CO

Please read instructions on reverse before completing form.                                  Form Approved, OMB No. 2070-0060

| | United States | ☐ Registration | OPP Identifier Number |
|---|---|---|---|
| **EPA** | **Environmental Protection Agency**<br>Washington, DC 20460 | ☐ Amendment<br>☒ **Other** NOTIFICATION | |

## Application for Pesticide - Section I

| 1. Company/Product Number<br>**63761-3** | 2. EPA Product Manager<br>**Velma Noble** | 3. Proposed Classification |
|---|---|---|
| 4. Company/Product (Name)<br>**Ultra Kleen Solution 1** | PM#<br>**31** | ☒ None ☐ Restricted |

| 5. Name and Address of Applicant *(Include ZIP Code)*<br>**Sterilex Corporation**<br>**11409 Cronhill Drive**<br>**Suite L**<br>**Owings Mills, MD 21117**<br><br>☐ *Check if this is a new address* | 6. **Expedited Review**. In accordance with FIFRA Section 3(c)(3)(b)(l), my product is similar or identical in composition and labeling to:<br><br>EPA Reg. No._____<br><br>Product Name _____ |
|---|---|

## Section - II

| ☐ Amendment – Explain below. | ☐ Final printed labels in response to Agency letter dated _____ |
|---|---|
| ☐ Resubmission in response to Agency letter dated _____ | ☐ "Me Too" Application |
| ☒ Notification - Explain below. | ☐ Other - Explain below |

**Explanation**:  Use additional page(s) if necessary.  (For Section I and Section II.)

### Notification to add clarification to use directions. Please reference cover letter for details.

### Notification of MINOR LABEL CHANGES in Accordance With PR Notice 98-10 Section II-M

This notification is consistent with the provisions of PR Notice 98-10 and regulations at 40 CFR 152.46, and no other changes have been made to the labeling or the confidential statement of formula of this product.  I understand that it is a violation of 18 U.S.C. Sec 1001 to willfully make any false statement to EPA.  I further understand that if this notification is not consistent with the terms of PR Notice 95-2 and 40 CFR 152.46, this product may be in violation of FIFRA and I may be the subject to enforcement action and penalties under sections 12 and 14 of FIFRA.

Signature: _[signature]_                                             Date: 10 FEB 2009

## Section - III

1. Material This Product Will Be Packaged In:

| Child-Resistant Packaging | Unit Packaging | Water Soluble Packaging | 2. Type of Container |
|---|---|---|---|
| ☐ Yes* | ☐ Yes | ☐ Yes | ☐ Metal |
| ☐ No | ☒ No | ☐ No | ☐ Plastic |
| ***Certification must be submitted*** | If "Yes"<br>Unit Packaging wgt. \| No. per container | If "Yes"<br>Package wgt \| No. per container | ☐ Glass<br>☐ Paper<br>☐ Other (Specify) |

| 3. Location of Net Contents Information<br>☐ Label  ☐ Container | 4. Size(s) Retail Container<br><br>5, 30 and 55 gallons | 5. Location of Label Directions<br>☐ On Label<br>☐ On labeling accompanying product |
|---|---|---|

| 6. Manner in Which Label is Affixed to Product | ☐ Lithograph<br>☐ Paper glued<br>☐ Stenciled | ☐ Other |
|---|---|---|

## Section - IV

| 1. Contact Point *(Complete items directly below for identification of individual to be contacted, if necessary, to process this application.)* | | |
|---|---|---|
| Name<br>**Mark Wozniak** (m.wozniak@sterilex.com) | Title<br>**Senior Scientist/R&D Manager** | Telephone No. (Include Area Code)<br>**(410) 581-8860** |

### Certification

| I certify that the statements I have made on this form and all attachments thereto are true, accurate and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine or imprisonment or both under applicable law. | | 6. Date Application Received<br>**(Stamped)** |
|---|---|---|
| 2. Signature<br>_[signature]_ | 3. Title<br>**Agent for Sterilex Corporation** | |
| 4. Typed Name<br>**Wendy A. McCombie** | 5. Date<br>February 10, 2009 | |

EPA Form 8570-1 (Rev. 8-94) Previous editions are obsolete                White- EPA File Copy (original)        Yellow- Applicant Copy



**LEWIS &**
**HARRISON**
**Consultants in Government Affairs**

122 C Street, N.W., Suite 740
Washington, D.C. 20001

telephone 202.393.3903
fax 202.393.3906

direct 202.393.3903 ext. 11
wmccombie@lewisharrison.com

February 10, 2009                                                                 *HAND DELIVERED*

Document Processing Desk [NOTIFY]
Office of Pesticide Programs (7504P)
U. S. Environmental Protection Agency
Room S-4900, One Potomac Yard
2777 South Crystal Drive
Arlington, VA  22202-4501

**ATTENTION:**      Velma Noble
                              **Product Manager, Team 33 31**

**SUBJECT:**          *Sterilex Corporation*
                              *Ultra Kleen Solution 1 (EPA Reg. No. 63761-3)*
                              *Application For Notification of Minor Label Changes*
                              *Per the Provisions of PR Notice 98-10 Section II-M*
                              *This Submission is NOT Subject to PRIA fees*

Dear Ms. Noble:

On behalf Sterilex Corporation, I am submitting an Application for Notification for **Ultra Kleen Solution 1 (EPA Reg. No. 63761-3)** pursuant to the provisions of PR Notice 98-10, Section II, Part M. The changes to the label are highlighted on the enclosed product label. The label revisions include the following, and do not affect the dilution ratio or the minimum or maximum use dilutions:

1)  Clarification within the use directions section for "Drains" to indicate the product can also be applied by foaming, wiping, brushing, clean in place ("CIP"), pumping and mopping. The current directions for use only include application by pouring.

2)  Addition of explanatory language within the use directions section for "Drains" to use the product in a foaming device.

The label is otherwise <u>identical</u> to that approved by the Agency on January 9, 2008.

Please find enclosed the following documents in support of this Notification:

1)  Application for Pesticide Notification, which includes a signed statement certifying compliance with   PR Notice 98-10; and,

2)  Three (3) copies of the proposed product label, with changes highlighted in yellow.

Thank you in advance for your assistance with this submission.

Sincerely,

Wendy A. McCombie
Agent for,
Sterilex Corporation

Enclosures

cc:    Mark Wozniak, Sterilex Corporation

5/8

# Ultra-Kleen™ Solution 1

**Penetrates and Removes Biofilm and Other Organic Contaminants. Use as a Bactericide, Slimicide, Mildewstat, and Algicide in:**

- Recirculating Cooling Water Systems
- Brewery Pasteurizing Systems
- Pulp and Paper Mills producing pulp and paper that will not come in contact with food products
- Air Washers
- Dye Machines
- Water-Jet Looms
- Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures not related to food processing
- Deionized Water Supply Systems not used in food processing or for human drinking water or dental lines
- Drains and Filter Traps
- Chair Side Evacuator Traps and Pump Filter Traps

May be used with **Ultra-Kleen Solution 2** to adjust pH, to inhibit corrosion and to enhance cleaning. Please consult directions for use for specific recommendations.

Active Ingredients:
n-Alkyl($C_{14}$ 60%, $C_{16}$ 30%, $C_{12}$ 5%, $C_{18}$ 5%) dimethylbenzylammonium chloride  3.00%
n- Alkyl($C_{12}$ 68%, $C_{14}$ 32%) dimethylethylbenzylammonium chloride  3.00%
Inert Ingredients  94.00%
TOTAL  100.00%

**Controls Mold and Mildew**

## KEEP OUT OF REACH OF CHILDREN

# DANGER

SEE SIDE PANEL FOR ADDITIONAL PRECAUTIONARY STATEMENTS AND FIRST AID

Manufactured by
Sterilex Corporation
11409 Cronhill Drive Suite L
Owings Mills, MD 21117
phone 1-800-511-1659, fax 410-581-8864

EPA Reg. No. 63761-3

NOTIFICATION
Date Reviewed: _____
Reviewed By: _____

EPA Est. No. 4875-NJ-001
EPA Est. No. 44636-CA-001
EPA Est. No. 21737-MN-01
EPA Est. No. 062788-AL-01
EPA Est. No. 60156-IL-001
EPA Est. No. 085684-AL-001

Net Content:

**PRECAUTIONARY STATEMENTS**

**HAZARDS TO HUMANS AND DOMESTIC ANIMALS**
**DANGER.** CORROSIVE. Causes irreversible eye damage and skin burns. Harmful if swallowed or absorbed through skin. Do not get in eyes, on skin, or on clothing. Wear goggles and/or face shield, protective clothing and rubber gloves. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash clothing before reuse.

**ENVIRONMENTAL HAZARDS**. This product is toxic to fish. Do not discharge effluent containing this product into lakes, streams, ponds, estuaries, ocean or other waters unless in accordance with the requirements of a National Pollution Discharge Elimination System (NPDES) permit and the permitting authority has been notified in writing prior to discharge. Do not discharge effluent containing this product to sewer systems without previously consulting the local sewage treatment plant authority. For guidance contact your local State Water Board or Regional Office of the EPA.

**PHYSICAL AND CHEMICAL HAZARDS**. When exposed to fire Ultra-Kleen Solution 1 may release oxygen and oxides of carbon and/or nitrogen.

## FIRST AID

Have the product container or label with you when calling a poison control center or doctor, or going for treatment.

**IF IN EYES**: Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing the eyes. Call a poison control center or doctor for treatment advice.

**IF ON SKIN OR CLOTHING**: Take off contaminated clothing. Rinse skin immediately with plenty of water for 15-20 minutes. Call a poison control center or doctor for treatment advice.

**IF SWALLOWED**: Call a poison control center or doctor immediately for treatment advice. Have a person sip a glass of water if able to swallow. Do not induce vomiting unless told to do so by the poison control center or doctor. Do not give anything by mouth to an unconscious person.

**NOTE TO PHYSICIAN**: Probable mucosal damage may contraindicate the use of gastric lavage.

NOTE: Seller warrants that this product complies with the specifications expressed in this label. Seller makes no other warranties; and disclaims all other warranties, express or implied, including but not limited to warranties of merchantability and fitness for the intended purpose. Seller's liability for default, breach or failure under this label shall be limited to the amount of the purchase price. Seller shall have no liability for consequential damages.

## STORAGE AND DISPOSAL

Do not contaminate water, food or feed by improper storage or disposal.

**STORAGE**: Keep product in closed original container when not in use. Store in a cool area away from potential sources of heat, open flames, sunlight or other chemicals. Product should be stored below 90°F.

**PESTICIDE DISPOSAL**: Pesticide wastes are acutely hazardous. Improper disposal of excess pesticide, spray mixture or rinsate is a violation of Federal Law. If these wastes cannot be disposed of by use according to label instructions, contact your State Pesticide or Environmental Control Agency, or the Hazardous Waste Representative at the nearest EPA Regional Office for guidance.

**CONTAINER DISPOSAL**: Completely empty and triple-rinse container into application equipment. Dispose of empty container in a sanitary landfill, or incinerate. Burn only if allowed by state and local authorities.

## DIRECTIONS FOR USE

It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

**RECIRCULATING COOLING WATER SYSTEMS, INCLUDING COOLING TOWERS, EVAPORATIVE CONDENSERS, DAIRY SWEET WATER SYSTEMS AND BREWERY PASTEURIZERS.** Effectively removes and controls biofilm and other organic contaminants in commercial and industrial cooling towers: influent water systems such as flow-through filters; and heat exchange water systems.

DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 1 to 4 gal. Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Repeat until control is evident.

**Routine Dose, when microbial control is evident:** Subsequent slug additions of 28 to 64 fl. oz. Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) should be employed every 2 to 5 days or as needed. The frequency of addition depends on the relative amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants. Slug additions should be made in the sump of water cooling towers.

**PULP AND PAPER MILLS.** For use only in the production of pulp and paper that will not come in contact with food. Effectively removes and controls biofilm and other organic contaminants in pulp and paper mill fresh and seawater influent, water systems, wastewater treatment systems, nonpotable water systems, and other process water.

**Routine Dose, when microbial control is evident:** Subsequent slug additions of 8 to 50 oz. Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or if the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) should be employed every 1 to 5 days as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

**AIR WASHERS.**  For use only in industrial air washing systems that maintain effective mist eliminating components.  Effectively removes and controls biofilm and other organic contaminants in Industrial Water Scrubbing Systems.
DOSAGE RATES.  **Initial Dose for badly fouled systems:**  Add 3 to 16 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1.  If necessary, apply a solution containing 0.4 to 2 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto interior surfaces of the system that are not continuously submerged.  Repeat until control is evident.
**Routine Dose, when microbial control is evident:**  Subsequent slug additions of 28 to 128 fl. oz. Ultra-Kleen Solution 1 per 1000 gallons of water and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 should be employed every 1 to 5 days or as needed.  The frequency of addition depends on the relative amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants.  Slug additions should be made in the sump of Industrial Water Scrubbing Systems.

**DYE MACHINES.**  Effectively removes and controls biofilm and other organic contaminants in Textile Dyeing Machines.
DOSAGE RATES.  Add 16 to 40 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in a dye storage tank.  If cleaning is desired or the pH of the mixture is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1.  Circulate the mixture from the dye storage tank through the dye machine and all associated piping and other dye storage tanks.  If necessary, apply a solution containing 2 to 5 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.

**WATER-JET LOOMS.**  Effectively removes and controls biofilm and other organic contaminants in Water-Jet Looms.
DOSAGE RATES.  **Initial Dose for badly fouled systems:**  Prepare a mixture of 2 to 5 fl. oz. of Ultra-Kleen Solution 1 per gallon of water.  If cleaning is desired or if the pH of the mixture is below 8, add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1.  Pump the mixture through the Water-Jet Loom and all associated piping.  If necessary, apply a solution containing 2 to 5 fl. oz. of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of  Ultra-Kleen Solution 1)  per gallon of water onto surfaces of the system that are not continuously submerged.
**Subsequent Dose, when microbial control is evident:**  Subsequent slug additions of 5 to 25 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of daily water use should be employed every 1 to 5 days or as needed.  The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

**TANKS, PIPING AND INDUSTRIAL EQUIPMENT USED TO STORE AND CONVEY INDUSTRIAL PROCESS WATER  OR AQUEOUS MIXTURES. Do Not Use in equipment that will contact food**.  Effectively removes and controls biofilm and other organic contaminants in Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures.
DOSAGE RATES.  Fill equipment as completely as possible with a solution of 8 to 80 gal. of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of system capacity.  Circulate for at least 4 hours and then drain system.  Rinse system with 6 volumes of water.  If necessary, apply a solution containing 1 to 10 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.

**DEIONIZED WATER SUPPLY SYSTEMS NOT USED IN FOOD PROCESSING, FOR HUMAN DRINKING WATER OR DENTAL LINES.** Effectively removes and controls biofilm and other organic contaminants in Tanks, Filters and Piping used to store and convey Deionized Water.
DOSAGE RATES.  Add 3 to 16 gal. of Ultra-Kleen Solution 1 and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 per 1000 gallons of system capacity.  Circulate for at least 4 hours and then drain system.  Rinse system with 6 volumes of water.  If necessary, apply a solution containing 0.4 to 2 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.

***Penetrates and Removes Biofilm  Other Organic Contaminants. Use as Bactericide, Slimicide, Mildewstat, and Algicide in:***

**DRAINS.** Effectively removes and controls plugging and odors caused by accumulation of biofilm and other organic contaminants in drains. Prevents stoppage and odors.
DOSAGE RATES. Initial Dose for badly fouled systems. This product can be poured, foamed, wiped, brushed, applied using a clean in place CIP system, pumping it through the system or mopping. Apply from 6 fl. oz to 15 fl. oz Ultra-Kleen Solution 1 per gallon of water to drain. Repeat until control is evident. Optionally, pour from 1 fl. oz. Ultra-Kleen Solution 1 around or into one-inch diameter or smaller drains up to 90 fl. oz. Ultra-Kleen Solution 1 around or into three-inch diameter drains. If cleaning is desired, add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (1 – 90 fl. oz). If the drain is not in use at the time, follow with one gallon of hot water for every 10 fl. oz of Ultra-Kleen Solution 1 added.
For foam cleaning, add 6-15 oz. Sterilex Ultra-Kleen Solution 1 and an equal amount of Sterilex Ultra-Kleen Solution 2 per gallon of water to a foaming device and foam the mixture into the drain.
 **Subsequent Dose:** When microbial control is evident, subsequent additions of 1-6 fl. oz Ultra-Kleen Solution 1 per gallon of water should be employed every 7 days or as needed. This product can be poured, foamed, wiped, brushed, applied using a clean in place CIP system, pumping it through the system or mopping. If cleaning is desired, add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (1 – 6 fl. oz) per gallon of water. If the drain is not in use at the time, follow with one gallon of hot water for every 1.5 fl. oz of Ultra-Kleen Solution 1 added. Optionally, subsequent additions of 1 – 6 fl. oz Ultra-Kleen Solution 1 into one-inch diameter or smaller drains up to 6 fl. oz Ultra-Kleen Solution 1 into three-inch diameter drains, should be employed every 7 days or as needed. If cleaning is desired, add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (1 – 6 fl. oz). For foam cleaning, add 1 – 6 oz. Sterilex Ultra-Kleen Solution 1 and an equal amount of Sterilex Ultra-Kleen Solution 2 per gallon of water to a foaming device and foam the mixture into the drain.

**CHAIR SIDE EVACUATOR TRAPS AND PUMP FILTER TRAPS.** Effectively removes and controls plugging and odors caused by accumulation of biofilm in chair side evacuator traps and pump filter traps. Prevents stoppage and odor. DOSAGE RATES. Initial Dose for badly fouled systems. Mix 10 fl. oz. of Ultra-Kleen Solution 1 and 10 fl. oz. of Ultra-Kleen Solution 2 into one gallon of hot water at the end of the working day. Draw all of the solution into the trap and allow to stand overnight. Repeat until control is evident.
**Subsequent Dose:** When microbial control is evident, subsequent slug additions of 1.5-2 fl. oz. Ultra-Kleen Solution 1 and 1.5-2 fl. oz of Ultra-Kleen Solution 2 mixed into one gallon of hot water should be employed every 7 days or as needed.

**FOR PRE-CLEANING OF WHIRLPOOL BATHTUBS** circulate a solution of 0.5 fl. oz. of **Ultra-Kleen Solution 1** and 0.5 fl. oz. of Ultra-Kleen Solution 2 per 1 gal. tap water through tub and associated piping and filters at a temperature ≥ 90° F.

**When mixtures of Ultra-Kleen Solution 1 and Ultra-Kleen Solution 2 are prepared in a batch process, always use the mixtures the same day they are prepared**.

This product is water-based.

63761-3

3/19/2009

1/8



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**WASHINGTON, D.C. 20460**

OFFICE OF PREVENTION, PESTICIDES AND TOXIC SUBSTANCES

MAR 1 9 2009

Mr. Mark Wozniak
Sterilex
11409 Cronhill Drive, Suite L
Owings Mills, MD 21117

Subject:        Sterilex Ultra Kleen Solution 1
                EPA Registration No.: 63761-3
                Notification Date: February 10, 2009
                EPA Receipt Date: February 17, 2009

Dear Mr. Wozniak,

This letter acknowledges receipt of your notification submitted under the provisions of FIFRA section 3(c)9, as amended, and PR Notice 98-10.

• Clarify "Drain" directions application methods

**General Comments**

Based on a review of the submitted materials, your notification to clarify "Drain" directions application methods is acceptable and a part of the records on file.

Should you have any questions regarding this letter, please contact Jacqueline McFarlane at (703) 308-6416 or Velma Noble at (703) 308-6233.

Sincerely,

Velma Noble
Product Manager (31)
Regulatory Management Branch I
Antimicrobials Division (7510P)

| CONCURRENCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| YMBOL | | | | | | | |
| URNAME | | | | | | | |
| ATE | | | | | | | |

EPA Form 1320-1A (1/90)         Printed on Recycled Paper         OFFICIAL FILE CO

Please read instructions on reverse before completing form.　　　Form Approved, OMB No. 2070-0060

### EPA
**United States**
**Environmental Protection Agency**
Washington, DC 20460

☐ Registration
☐ Amendment
☒ Other NOTIFICATION

OPP Identifier Number

## Application for Pesticide - Section I

| 1. Company/Product Number | 2. EPA Product Manager | 3. Proposed Classification |
|---|---|---|
| 63761-3 | Velma Noble | ☒ None　☐ Restricted |

| 4. Company/Product (Name) | PM# |
|---|---|
| Ultra Kleen Solution 1 | 31 |

5. Name and Address of Applicant *(Include ZIP Code)*
**Sterilex Corporation**
**11409 Cronhill Drive**
**Suite L**
**Owings Mills, MD 21117**

☐ Check if this is a new address

6. **Expedited Review**. In accordance with FIFRA Section 3(c)(3)(b)(l), my product is similar or identical in composition and labeling to:

EPA Reg. No._____

Product Name _____

## Section - II

☐ Amendment – Explain below.
☐ Resubmission in response to Agency letter dated _____
☒ Notification - Explain below.
☐ Final printed labels in response to Agency letter dated _____
☐ "Me Too" Application
☐ Other - Explain below

**Explanation**: Use additional page(s) if necessary. (For Section I and Section II.)

### Notification to add clarification to use directions. Please reference cover letter for details.
### Notification of MINOR LABELCHANGES in Accordance With PR Notice 98-10 Section II-M

This notification is consistent with the provisions of PR Notice 98-10 and regulations at 40 CFR 152.46, and no other changes have been made to the labeling or the confidential statement of formula of this product. I understand that it is a violation of 18 U.S.C. Sec 1001 to willfully make any false statement to EPA. I further understand that if this notification is not consistent with the terms of PR Notice 95-2 and 40 CFR 152.46, this product may be in violation of FIFRA and I may be the subject to enforcement action and penalties under sections 12 and 14 of FIFRA.

Signature: _____　　　Date: 10 FEB 2009

## Section - III

1. Material This Product Will Be Packaged In:

| Child-Resistant Packaging | Unit Packaging | Water Soluble Packaging | 2. Type of Container |
|---|---|---|---|
| ☐ Yes* | ☐ Yes | ☐ Yes | ☐ Metal |
| ☐ No | ☐ No | ☐ No | ☐ Plastic |
| ***Certification must be submitted*** | If "Yes" Unit Packaging wgt.　No. per container | If "Yes" Package wgt　No. per container | ☐ Glass ☐ Paper ☐ Other (Specify) |

| 3. Location of Net Contents Information | 4. Size(s) Retail Container | 5. Location of Label Directions |
|---|---|---|
| ☐ Label　☐ Container | 5, 30 and 55 gallons | ☐ On Label ☐ On labeling accompanying product |

6. Manner in Which Label is Affixed to Product
☐ Lithograph
☐ Paper glued
☐ Stenciled
☐ Other

## Section - IV

1. Contact Point *(Complete items directly below for identification of individual to be contacted, if necessary, to process this application.)*

| Name | Title | Telephone No. (Include Area Code) |
|---|---|---|
| Mark Wozniak (m.wozniak@sterilex.com) | Senior Scientist/R&D Manager | (410) 581-8860 |

### Certification

I certify that the statements I have made on this form and all attachments thereto are true, accurate and complete. I acknowledge that any knowingly false or misleading statement may be punishable by fine or imprisonment or both under applicable law.

6. Date Application Received

(Stamped)

| 2. Signature | 3. Title |
|---|---|
| | **Agent for Sterilex Corporation** |

| 4. Typed Name | 5. Date |
|---|---|
| **Wendy A. McCombie** | February 10, 2009 |

EPA Form 8570-1 (Rev. 8-94) Previous editions are obsolete　　White- EPA File Copy (original)　　Yellow- Applicant Copy



**LEWIS &**
**HARRISON**
**Consultants in Government Affairs**

122 C Street, N.W., Suite 740
Washington, D.C. 20001

telephone 202.393.3903
fax 202.393.3906

direct 202.393.3903 ext. 11
wmccombie@lewisharrison.com

February 10, 2009                                                    *HAND DELIVERED*

Document Processing Desk [NOTIFY]
Office of Pesticide Programs (7504P)
U. S. Environmental Protection Agency
Room S-4900, One Potomac Yard
2777 South Crystal Drive
Arlington, VA  22202-4501

**ATTENTION:**      **Velma Noble**
**Product Manager, Team 38 31**

**SUBJECT:**        ***Sterilex Corporation***
                    ***Ultra Kleen Solution 1 (EPA Reg. No. 63761-3)***
                    ***Application For Notification of Minor Label Changes***
                    ***Per the Provisions of PR Notice 98-10 Section II-M***
                    ***This Submission is NOT Subject to PRIA fees***

Dear Ms. Noble:

On behalf Sterilex Corporation, I am submitting an Application for Notification for **Ultra Kleen Solution 1 (EPA Reg. No. 63761-3)** pursuant to the provisions of PR Notice 98-10, Section II, Part M. The changes to the label are highlighted on the enclosed product label. The label revisions include the following, and do not affect the dilution ratio or the minimum or maximum use dilutions:

1)  Clarification within the use directions section for "Drains" to indicate the product can also be applied by foaming, wiping, brushing, clean in place ("CIP"), pumping and mopping. The current directions for use only include application by pouring.

2)  Addition of explanatory language within the use directions section for "Drains" to use the product in a foaming device.

The label is otherwise <u>identical</u> to that approved by the Agency on January 9, 2008.

Please find enclosed the following documents in support of this Notification:

1)  Application for Pesticide Notification, which includes a signed statement certifying compliance with   PR Notice 98-10; and,

2)  Three (3) copies of the proposed product label, with changes highlighted in yellow.

Thank you in advance for your assistance with this submission.

Sincerely,

Wendy A. McCombie
Agent for,
Sterilex Corporation

Enclosures

cc:    Mark Wozniak, Sterilex Corporation

# Ultra-Kleen™ Solution 1

**_Penetrates and Removes Biofilm and Other Organic Contaminants.  Use as a Bactericide, Slimicide, Mildewstat, and Algicide in:_**

- Recirculating Cooling Water Systems
- Brewery Pasteurizing Systems
- Pulp and Paper Mills producing pulp and paper that will not come in contact with food products
- Air Washers
- Dye Machines
- Water-Jet Looms
- Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures not related to food processing
- Deionized Water Supply Systems not used in food processing or for human drinking water or dental lines
- Drains and Filter Traps
- Chair Side Evacuator Traps and Pump Filter Traps

May be used with **Ultra-Kleen Solution 2** to adjust pH, to inhibit corrosion and to enhance cleaning.  Please consult directions for use for specific recommendations.

Active Ingredients:
n-Alkyl($C_{14}$ 60%, $C_{16}$ 30%, $C_{12}$ 5%, $C_{18}$ 5%) dimethylbenzylammonium chloride   3.00%
n- Alkyl($C_{12}$ 68%, $C_{14}$ 32%) dimethylethylbenzylammonium chloride         3.00%
Inert Ingredients                                        94.00%
                              TOTAL                      100.00%

**Controls Mold and Mildew**

## KEEP OUT OF REACH OF CHILDREN

# DANGER

SEE SIDE PANEL FOR ADDITIONAL PRECAUTIONARY STATEMENTS AND FIRST AID

Manufactured by
Sterilex Corporation
11409 Cronhill Drive Suite L
Owings Mills, MD 21117
phone 1-800-511-1659, fax 410-581-8864

EPA Reg. No. 63761-3

EPA Est. No. 4875-NJ-001
EPA Est. No. 44636-CA-001
EPA Est. No. 21737-MN-01
EPA Est. No. 062788-AL-01
EPA Est. No. 60156-IL-001
EPA Est. No. 085684-AL-001

Net Content:

NOTIFICATION
Date Reviewed: _____
Reviewed By: _____

## PRECAUTIONARY STATEMENTS

### HAZARDS TO HUMANS AND DOMESTIC ANIMALS
**DANGER.**  CORROSIVE.  Causes irreversible eye damage and skin burns.  Harmful if swallowed or absorbed through skin.  Do not get in eyes, on skin, or on clothing.  Wear goggles and/or face shield, protective clothing and rubber gloves.  Wash thoroughly with soap and water after handling.  Remove contaminated clothing and wash clothing before reuse.

**ENVIRONMENTAL HAZARDS.** This product is toxic to fish. Do not discharge effluent containing this product into lakes, streams, ponds, estuaries, ocean or other waters unless in accordance with the requirements of a National Pollution Discharge Elimination System (NPDES) permit and the permitting authority has been notified in writing prior to discharge. Do not discharge effluent containing this product to sewer systems without previously consulting the local sewage treatment plant authority. For guidance contact your local State Water Board or Regional Office of the EPA.

**PHYSICAL AND CHEMICAL HAZARDS.** When exposed to fire Ultra-Kleen Solution 1 may release oxygen and oxides of carbon and/or nitrogen.

## FIRST AID

Have the product container or label with you when calling a poison control center or doctor, or going for treatment.

**IF IN EYES**: Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing the eyes. Call a poison control center or doctor for treatment advice.

**IF ON SKIN OR CLOTHING**: Take off contaminated clothing. Rinse skin immediately with plenty of water for 15-20 minutes. Call a poison control center or doctor for treatment advice.

**IF SWALLOWED:** Call a poison control center or doctor immediately for treatment advice. Have a person sip a glass of water if able to swallow. Do not induce vomiting unless told to do so by the poison control center or doctor. Do not give anything by mouth to an unconscious person.

**NOTE TO PHYSICIAN:** Probable mucosal damage may contraindicate the use of gastric lavage.

NOTE: Seller warrants that this product complies with the specifications expressed in this label. Seller makes no other warranties; and disclaims all other warranties, express or implied, including but not limited to warranties of merchantability and fitness for the intended purpose. Seller's liability for default, breach or failure under this label shall be limited to the amount of the purchase price. Seller shall have no liability for consequential damages.

## STORAGE AND DISPOSAL

Do not contaminate water, food or feed by improper storage or disposal.

**STORAGE:** Keep product in closed original container when not in use. Store in a cool area away from potential sources of heat, open flames, sunlight or other chemicals. Product should be stored below 90°F.

**PESTICIDE DISPOSAL:** Pesticide wastes are acutely hazardous. Improper disposal of excess pesticide, spray mixture or rinsate is a violation of Federal Law. If these wastes cannot be disposed of by use according to label instructions, contact your State Pesticide or Environmental Control Agency, or the Hazardous Waste Representative at the nearest EPA Regional Office for guidance.

**CONTAINER DISPOSAL:** Completely empty and triple-rinse container into application equipment. Dispose of empty container in a sanitary landfill, or incinerate. Burn only if allowed by state and local authorities.

## DIRECTIONS FOR USE

It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

**RECIRCULATING COOLING WATER SYSTEMS, INCLUDING COOLING TOWERS, EVAPORATIVE CONDENSERS, DAIRY SWEET WATER SYSTEMS AND BREWERY PASTEURIZERS.** Effectively removes and controls biofilm and other organic contaminants in commercial and industrial cooling towers: influent water systems such as flow-through filters; and heat exchange water systems.

DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 1 to 4 gal. Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Repeat until control is evident.

**Routine Dose, when microbial control is evident:** Subsequent slug additions of 28 to 64 fl. oz. Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) should be employed every 2 to 5 days or as needed. The frequency of addition depends on the relative amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants. Slug additions should be made in the sump of water cooling towers.

**PULP AND PAPER MILLS.** For use only in the production of pulp and paper that will not come in contact with food. Effectively removes and controls biofilm and other organic contaminants in pulp and paper mill fresh and seawater influent, water systems, wastewater treatment systems, nonpotable water systems, and other process water.

**Routine Dose, when microbial control is evident:** Subsequent slug additions of 8 to 50 oz. Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or if the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) should be employed every 1 to 5 days as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

**AIR WASHERS.** For use only in industrial air washing systems that maintain effective mist eliminating components. Effectively removes and controls biofilm and other organic contaminants in Industrial Water Scrubbing Systems.

DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 3 to 16 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. If necessary, apply a solution containing 0.4 to 2 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto interior surfaces of the system that are not continuously submerged. Repeat until control is evident.

**Routine Dose, when microbial control is evident:** Subsequent slug additions of 28 to 128 fl. oz. Ultra-Kleen Solution 1 per 1000 gallons of water and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 should be employed every 1 to 5 days or as needed. The frequency of addition depends on the relative amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants. Slug additions should be made in the sump of Industrial Water Scrubbing Systems.


**DYE MACHINES.** Effectively removes and controls biofilm and other organic contaminants in Textile Dyeing Machines.

DOSAGE RATES. Add 16 to 40 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in a dye storage tank. If cleaning is desired or the pH of the mixture is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Circulate the mixture from the dye storage tank through the dye machine and all associated piping and other dye storage tanks. If necessary, apply a solution containing 2 to 5 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.


**WATER-JET LOOMS.** Effectively removes and controls biofilm and other organic contaminants in Water-Jet Looms.

DOSAGE RATES. **Initial Dose for badly fouled systems:** Prepare a mixture of 2 to 5 fl. oz. of Ultra-Kleen Solution 1 per gallon of water. If cleaning is desired or if the pH of the mixture is below 8, add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Pump the mixture through the Water-Jet Loom and all associated piping. If necessary, apply a solution containing 2 to 5 fl. oz. of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of  Ultra-Kleen Solution 1)  per gallon of water onto surfaces of the system that are not continuously submerged.

**Subsequent Dose, when microbial control is evident:** Subsequent slug additions of 5 to 25 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of daily water use should be employed every 1 to 5 days or as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.


**TANKS, PIPING AND INDUSTRIAL EQUIPMENT USED TO STORE AND CONVEY INDUSTRIAL PROCESS WATER  OR AQUEOUS MIXTURES. Do Not Use in equipment that will contact food**. Effectively removes and controls biofilm and other organic contaminants in Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures.

DOSAGE RATES. Fill equipment as completely as possible with a solution of 8 to 80 gal. of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of system capacity. Circulate for at least 4 hours and then drain system. Rinse system with 6 volumes of water. If necessary, apply a solution containing 1 to 10 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.


**DEIONIZED WATER SUPPLY SYSTEMS NOT USED IN FOOD PROCESSING, FOR HUMAN DRINKING WATER OR DENTAL LINES.** Effectively removes and controls biofilm and other organic contaminants in Tanks, Filters and Piping used to store and convey Deionized Water.

DOSAGE RATES. Add 3 to 16 gal. of Ultra-Kleen Solution 1 and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 per 1000 gallons of system capacity. Circulate for at least 4 hours and then drain system. Rinse system with 6 volumes of water. If necessary, apply a solution containing 0.4 to 2 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.

*Penetrates and Removes Biofilm ⬤ Other Organic Contaminants. Use as ⬤actericide, Slimicide,
Mildewstat, and Algicide in:*

**DRAINS.** Effectively removes and controls plugging and odors caused by accumulation of biofilm and other
organic contaminants in drains. Prevents stoppage and odors.
DOSAGE RATES. <u>Initial Dose for badly fouled systems.</u> This product can be poured, foamed, wiped, brushed,
applied using a clean in place CIP system, pumping it through the system or mopping. Apply from 6 fl. oz to 15 fl.
oz Ultra-Kleen Solution 1 per gallon of water to drain. Repeat until control is evident. Optionally, pour from 1 fl. oz.
Ultra-Kleen Solution 1 around or into one-inch diameter or smaller drains up to 90 fl. oz. Ultra-Kleen Solution 1
around or into three-inch diameter drains. If cleaning is desired, add simultaneously Ultra-Kleen Solution 2 at the
same volume as Ultra-Kleen Solution 1 (1 – 90 fl. oz). If the drain is not in use at the time, follow with one gallon of
hot water for every 10 fl. oz of Ultra-Kleen Solution 1 added.
For foam cleaning, add 6-15 oz. Sterilex Ultra-Kleen Solution 1 and an equal amount of Sterilex Ultra-Kleen
Solution 2 per gallon of water to a foaming device and foam the mixture into the drain.
 **Subsequent Dose:** When microbial control is evident, subsequent additions of 1-6 fl. oz Ultra-Kleen Solution 1
per gallon of water should be employed every 7 days or as needed. This product can be poured, foamed, wiped,
brushed, applied using a clean in place CIP system, pumping it through the system or mopping. If cleaning is
desired, add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (1 – 6 fl. oz) per
gallon of water. If the drain is not in use at the time, follow with one gallon of hot water for every 1.5 fl. oz of Ultra-
Kleen Solution 1 added. Optionally, subsequent additions of 1 – 6 fl. oz Ultra-Kleen Solution 1 into one-inch
diameter or smaller drains up to 6 fl. oz Ultra-Kleen Solution 1 into three-inch diameter drains, should be employed
every 7 days or as needed. If cleaning is desired, add simultaneously Ultra-Kleen Solution 2 at the same volume
as Ultra-Kleen Solution 1 (1 – 6 fl. oz). For foam cleaning, add 1 – 6 oz. Sterilex Ultra-Kleen Solution 1 and an
equal amount of Sterilex Ultra-Kleen Solution 2 per gallon of water to a foaming device and foam the mixture into
the drain.

**CHAIR SIDE EVACUATOR TRAPS AND PUMP FILTER TRAPS.** Effectively removes and controls plugging and
odors caused by accumulation of biofilm in chair side evacuator traps and pump filter traps. Prevents stoppage and
odor. DOSAGE RATES. <u>Initial Dose for badly fouled systems.</u> Mix 10 fl. oz. of Ultra-Kleen Solution 1 and 10 fl. oz.
of Ultra-Kleen Solution 2 into one gallon of hot water at the end of the working day. Draw all of the solution into the
trap and allow to stand overnight. Repeat until control is evident.
**Subsequent Dose:** When microbial control is evident, subsequent slug additions of 1.5-2 fl. oz. Ultra-Kleen
Solution 1 and 1.5-2 fl. oz of Ultra-Kleen Solution 2 mixed into one gallon of hot water should be employed every 7
days or as needed.

**FOR PRE-CLEANING OF WHIRLPOOL BATHTUBS** circulate a solution of 0.5 fl. oz. of **Ultra-Kleen Solution 1**
and 0.5 fl. oz. of Ultra-Kleen Solution 2 per 1 gal. tap water through tub and associated piping and filters at a
temperature ≥ 90° F.

**When mixtures of Ultra-Kleen Solution 1 and Ultra-Kleen Solution 2 are prepared in a batch process,
always use the mixtures the same day they are prepared.**

This product is water-based.



419 2010
63761-3

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

APR - 9 2010

Wendy McCombie
Agent for Sterilex Corporation
Lewis and Harrison
122 C Street, N.W., Suite 740
Washington, D.C. 20001

SUBJECT:        Ultra Kleen Solution 1
                EPA Registration Number: 63761-3

                Sterilex Liquid Ultra Solution 2
                EPA Registration Number: 63761-6

                Applications Dated: March 9, 2010
                Receipt Dates: March 10, 2010

Dear Ms. McCombie:

     This letter acknowledges receipt of the notification identified above submitted under the
provisions of the Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA), as amended and
PR Notice 98-10 and 2007-4.

   • Revise Storage and Disposal Statements

     Based on a review of the submitted information, this notification is acceptable. Your
proposed label language is in agreement with the Agency Guidance for Container Disposal. This
notification will be made part of the record for this file.



| CONCURRENCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| SYMBOL | 7510P | | | | | | |
| SURNAME | S. Lark | | | | | | |
| DATE | 4/9/10 | | | | | | |

EPA Form 1320-1A (1/90)        *Printed on Recycled Paper*        OFFICIAL FILE COPY

**General Comments**

Should you have any questions concerning this letter, please contact Tracy Lantz at (703) 308-6415.

Sincerely,

Velma Noble
Product Manager (31)
Regulatory Management Branch I
Antimicrobials Division (7510P)

7510P:T.Lantz:4/9/2010:63761-3 -6 acceptable notification

Please read instructions on reverse before completing form.    Form Approved, OMB No. 2070-0060

| United States | ☐ **Registration** | OPP Identifier Number |
|---|---|---|

**EPA**
**Environmental Protection Agency**
Washington, DC 20460

☐ **Registration**
☐ **Amendment**
☒ **Other** NOTIFICATION

## Application for Pesticide - Section I

| 1. Company/Product Number | 2. EPA Product Manager | 3. Proposed Classification |
|---|---|---|
| **63761-3** | **Velma Noble** | ☒ None   ☐ Restricted |
| 4. Company/Product (Name) | PM# | |
| **Ultra Kleen Solution 1** | **31** | |

5. Name and Address of Applicant *(Include ZIP Code)*

**Sterilex Corporation**
**11409 Cronhill Drive**
**Suite L**
**Owings Mills, MD 21117**

☐ *Check if this is a new address*

6. **Expedited Review**. In accordance with FIFRA Section 3(c)(3)
(b)(I), my product is similar or identical in composition and labeling to:

EPA Reg. No._____

Product Name_____

## Section - II

| ☐ Amendment – Explain below. | ☐ Final printed labels in response to Agency letter dated _____ |
|---|---|
| ☐ Resubmission in response to Agency letter dated _____ | ☐ "Me Too" Application |
| ☒ Notification - Explain below. | ☐ Other - Explain below. |

**Explanation:**  Use additional page(s) if necessary.  (For Section I and Section II.)

### APPLICATION FOR NOTIFICATION: MINOR LABEL CHANGES
### Notification of Minor Label Changes in Accordance With PR Notices 1998-10 and 2007-4: See Cover Letter

This notification is consistent with the provisions of PR Notice 98-10 and EPA regulations at 40 CFR 152.46, and no other changes have been made to the labeling or the confidential statement of formula of this product.  I understand that it is a violation of 18 U.S.C. Sec 1001 to willfully make any false statement to EPA.  I further understand that if this notification is not consistent with the terms of PR Notice 95-2 and 40 CFR 152.46, this product may be in violation of FIFRA and I may be the subject to enforcement action and penalties under sections 12 and 14 of FIFRA.

Signature:_____    Date:___March 9, 2010___

### THIS SUBMISSION IS NOT SUBJECT TO PRIA FEES

## Section - III

1. Material This Product Will Be Packaged In:

| Child-Resistant Packaging | Unit Packaging | Water Soluble Packaging | 2. Type of Container |
|---|---|---|---|
| ☐ Yes* | ☐ Yes | ☐ Yes | ☒ Metal |
| ☒ No | ☒ No | ☒ No | ☒ Plastic |
| ***Certification must*** | If "Yes" — No. per | If "Yes" — No. per | ☐ Glass |
| ***be submitted*** | Unit Packaging wgt.   container | Package wgt   container | ☐ Paper |
| | | | ☐ Other (Specify) |

| 3. Location of Net Contents Information | 4. Size(s) Retail Container | 5. Location of Label Directions |
|---|---|---|
| ☒ Label  -OR-  ☐ Container | 1, 2.5, 5, 15, 30, 55, 275 & 305 gallons | ☒ On Label   -AND/OR- |
| | | ☒ On labeling accompanying product |

6. Manner in Which Label is Affixed to Product
☒ Lithograph  -OR-
☒ Paper glued  -OR-   ☐ Other _____
☒ Stenciled

## Section - IV

1. Contact Point *(Complete items directly below for identification of individual to be contacted, if necessary, to process this application)*

| Name | Title | Telephone No. (Include Area Code) |
|---|---|---|
| **Mark Wozniak** (m.wozniak@sterilex.com) | **Senior Scientist/R&D Manager** | **(410) 581-8860** |

### Certification

I certify that the statements I have made on this form and all attachments thereto are true, accurate and complete.
I acknowledge that any knowingly false or misleading statement may be punishable by fine or imprisonment or both under applicable law.

6. Date Application
Received

**(Stamped)**

| 2. Signature | 3. Title |
|---|---|
| | **Agent for Sterilex Corporation** |
| 4. Typed Name | 5. Date |
| **Wendy A. McCombie** | March 9, 2010 |

EPA Form 8570-1 (Rev. 8-94) Previous editions are obsolete        White- EPA File Copy (original)        Yellow- Applicant Copy



# LEWIS & HARRISON

**Consultants in Government Affairs**

122 C Street, N.W., Suite 740
Washington, D.C. 20001

telephone 202.393.3903
fax 202.393.3906

direct 202.393.3903 ext. 11
wmccombie@lewisharrison.com

March 9, 2010

*HAND DELIVERED*

Document Processing Desk [NOTIFY]
Office of Pesticide Programs (7504P)
U. S. Environmental Protection Agency
Room S-4900, One Potomac Yard
2777 South Crystal Drive
Arlington, VA  22202-4501

**ATTENTION:**     **Velma Noble - Product Manager, Team 31**

**SUBJECT:**     *Sterilex Corporation*
*Ultra Kleen Solution 1 (EPA Reg. No. 63761-3)*
*Notification of Minor Label Changes per PR Notices 1998-10 and 2007-4*
*This Submission is NOT Subject to PRIA fees*

Dear Ms. Noble:

On behalf Sterilex Corporation, I am submitting a Notification application to make minor changes to the product label for **Ultra Kleen Solution 1 (EPA Reg. No. 63761-3)**. The changes are as follows:

1)  Add EPA Establishment Numbers for additional registered pesticide-producing establishments;

2)  Add container sizes, so that the range is now 1, 2.5, 5, 15, 30, 55, 275 and 305 gallons;

3)  Update the "Storage and Disposal" language in accordance with the requirements and provisions of PR Notice 2007-4; and,

4)  Add the appropriate container disposal language as indicated in the EPA letter dated January 28, 2010.

No other changes have been made, so the label is otherwise <u>identical</u> to that approved by EPA on March 19, 2009.

Please note that Sterilex would like to retain the option to omit "or pressure rinse" and associated directions for pressure rinsing from the labels for the smaller size range of containers. Therefore, the phrase "or pressure rinse" has been placed in brackets. The pressure rinse directions have also been placed in brackets for each range of container sizes following the triple rinse instructions associated with the appropriate range. A "Note To Reviewer" to this effect has been indicated on the Master label for informational purposes.



In addition to the aforementioned attachment, please find enclosed the following documents in support of this label Notification:

1)  Application for Pesticide Notification; and;

2)  Three (3) copies of the proposed product Master label, with changes highlighted and marked.

Thank you in advance for your assistance with this submission.

 Sincerely,

 Wendy A. McCombie
 Agent for,
 Sterilex Corporation

cc: Mark Wozniak, Sterilex Corporation

# Ultra-Kleen™ Solution 1

***Penetrates and Removes Biofilm and Other Organic Contaminants. Use as a Bactericide, Slimicide, Mildewstat, and Algicide in:***

- Recirculating Cooling Water Systems
- Brewery Pasteurizing Systems
- Pulp and Paper Mills producing pulp and paper that will not come in contact with food products
- Air Washers
- Dye Machines
- Water-Jet Looms
- Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures not related to food processing
- Deionized Water Supply Systems not used in food processing or for human drinking water or dental lines
- Drains and Filter Traps
- Chair Side Evacuator Traps and Pump Filter Traps

May be used with **Ultra-Kleen Solution 2** to adjust pH, to inhibit corrosion and to enhance cleaning. Please consult directions for use for specific recommendations.

Active Ingredients:
n-Alkyl($C_{14}$ 60%, $C_{16}$ 30%, $C_{12}$ 5%, $C_{18}$ 5%) dimethylbenzylammonium chloride  3.00%
n- Alkyl($C_{12}$ 68%, $C_{14}$ 32%) dimethylethylbenzylammonium chloride        3.00%
Inert Ingredients                                      94.00%
                        TOTAL                    100.00%

**Controls Mold and Mildew**

## KEEP OUT OF REACH OF CHILDREN
# DANGER

SEE SIDE PANEL FOR ADDITIONAL PRECAUTIONARY STATEMENTS AND FIRST AID

Manufactured by
Sterilex Corporation
11409 Cronhill Drive Suite L
Owings Mills, MD 21117
phone 1-800-511-1659, fax 410-581-8864

EPA Reg. No. 63761-3

EPA Est. No. 4875-NJ-001
EPA Est. No. 44636-CA-001
EPA Est. No. 21737-MN-01
EPA Est. No. 062788-AL-01
EPA Est. No. 60156-IL-001
EPA Est. No. 085684-AL-001
EPA Est. No. 56485-PA-001
EPA Est. No. 1270-GA-1
EPA Est. No. 1270-TX-1
EPA Est. No. 40849-GA-1

Net Contents: [1] [2.5] [5] [15] [30] [55] [275] [305] Gallons

[Lot Number:        ][Batch Number:        ] *(NOTE TO REVIEWER – this may be printed on container itself)*

## PRECAUTIONARY STATEMENTS
## HAZARDS TO HUMANS AND DOMESTIC ANIMALS
**DANGER. CORROSIVE.** Causes irreversible eye damage and skin burns. Harmful if swallowed or absorbed through skin. Do not get in eyes, on skin, or on clothing. Wear goggles and/or face shield, protective clothing and rubber gloves. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash clothing before reuse.

**ENVIRONMENTAL HAZARDS.** This product is toxic to fish. Do not discharge effluent containing this product into lakes, streams, ponds, estuaries, ocean or other waters unless in accordance with the requirements of a National Pollution Discharge Elimination System (NPDES) permit and the permitting authority has been notified in writing prior to discharge. Do not discharge effluent containing this product to sewer systems without previously consulting the local sewage treatment plant authority. For guidance contact your local State Water Board or Regional Office of the EPA.

**PHYSICAL AND CHEMICAL HAZARDS.** When exposed to fire Ultra-Kleen Solution 1 may release oxygen and oxides of carbon and/or nitrogen.

### FIRST AID
Have the product container or label with you when calling a poison control center or doctor, or going for treatment.
**IF IN EYES:** Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing the eyes. Call a poison control center or doctor for treatment advice.
**IF ON SKIN OR CLOTHING:** Take off contaminated clothing. Rinse skin immediately with plenty of water for 15-20 minutes. Call a poison control center or doctor for treatment advice.
**IF SWALLOWED:** Call a poison control center or doctor immediately for treatment advice. Have a person sip a glass of water if able to swallow. Do not induce vomiting unless told to do so by the poison control center or doctor. Do not give anything by mouth to an unconscious person.
**NOTE TO PHYSICIAN:** Probable mucosal damage may contraindicate the use of gastric lavage.
NOTE: Seller warrants that this product complies with the specifications expressed in this label. Seller makes no other warranties; and disclaims all other warranties, express or implied, including but not limited to warranties of merchantability and fitness for the intended purpose. Seller's liability for default, breach or failure under this label shall be limited to the amount of the purchase price. Seller shall have no liability for consequential damages.

### STORAGE AND DISPOSAL
Do not contaminate water, food or feed by improper storage or disposal.
**STORAGE:** Keep product in closed original container when not in use. Store in a cool area away from potential sources of heat, open flames, sunlight or other chemicals. Product should be stored below 90°F.
**PESTICIDE DISPOSAL:** Pesticide wastes are acutely hazardous. Improper disposal of excess pesticide, spray mixture or rinsate is a violation of Federal Law. If these wastes cannot be disposed of by use according to label instructions, contact your State Pesticide or Environmental Control Agency, or the Hazardous Waste Representative at the nearest EPA Regional Office for guidance.
**CONTAINER DISPOSAL:** Nonrefillable container. Do not reuse or refill this container. Offer for recycling, if available or puncture and dispose of in a sanitary landfill, or by other procedures approved by state and local authorities If rinsate cannot be used, follow pesticide disposal instructions. If not triple rinsed these containers are acute hazardous wastes and must be disposed in accordance with local, state and federal regulations. Triple rinse [or pressure rinse] container (or equivalent) promptly after emptying.

[(*NOTE TO REVIEWER: The following language is for nonrefillable containers having a capacity of 5 gallons or less*) Triple rinse as follows: Empty the remaining contents into application equipment or a mix tank and drain for 10 seconds after the flow begins to drip. Fill the container ¼ full with water and recap. Shake for 10 seconds. Pour rinsate into application equipment or mix tank or store rinsate for later use or disposal. Drain for 10 seconds after the flow begins to drip. Repeat this procedure two more times.]
[(*NOTE TO REVIEWER: The following language is optional for nonrefillable containers having a capacity of 5 gallons or less when "or pressure rinse" appears in the above Container Disposal statement)* Pressure rinse as follows: Empty the remaining contents into application equipment or a mix tank and continue to drain for 10 seconds after the flow begins to drip. Hold container upside down over application equipment or mix tank or collect rinsate for later use or disposal. Insert pressure rinsing nozzle in the side of the container, and rinse at about 40 PSI for at least 30 seconds. Drain for 10 seconds after the flow begins to drip.]

[(*NOTE TO REVIEWER: The following language is for nonrefillable containers having a capacity greater than 5 gallons*) Triple rinse as follows: Empty the remaining contents into application equipment or a mix tank. Fill the container ¼ full with water. Replace and tighten closures. Tip container on its side and roll it back and forth, ensuring at least one complete revolution, for 30 seconds. Stand the container on its end and tip it back and forth several times. Turn the container over onto its other end and tip it back and forth several times. Empty the rinsate into application equipment or a mix tank or store rinsate for later use or disposal. Repeat this procedure two more times.]

[(*NOTE TO REVIEWER: The following language is optional for nonrefillable containers having a capacity greater than 5 gallons when "or pressure rinse" appears in the above Container Disposal statement*) Pressure rinse as follows: Empty the remaining contents into application equipment or a mix tank and continue to drain for 10 seconds after the flow begins to drip. Hold container upside down over application equipment or mix tank or collect rinsate for later use or disposal. Insert pressure rinsing nozzle in the side of the container, and rinse at about 40 PSI for at least 30 seconds. Drain for 10 seconds after the flow begins to drip.]

## DIRECTIONS FOR USE
It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

**RECIRCULATING COOLING WATER SYSTEMS, INCLUDING COOLING TOWERS, EVAPORATIVE CONDENSERS, DAIRY SWEET WATER SYSTEMS AND BREWERY PASTEURIZERS.** Effectively removes and controls biofilm and other organic contaminants in commercial and industrial cooling towers: influent water systems such as flow-through filters; and heat exchange water systems.
DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 1 to 4 gal. Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Repeat until control is evident.
**Routine Dose, when microbial control is evident:** Subsequent slug additions of 28 to 64 fl. oz. Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) should be employed every 2 to 5 days or as needed. The frequency of addition depends on the relative amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants. Slug additions should be made in the sump of water cooling towers.

**PULP AND PAPER MILLS.** For use only in the production of pulp and paper that will not come in contact with food. Effectively removes and controls biofilm and other organic contaminants in pulp and paper mill fresh and seawater influent, water systems, wastewater treatment systems, nonpotable water systems, and other process water.
**Routine Dose, when microbial control is evident:** Subsequent slug additions of 8 to 50 oz. Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or if the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) should be employed every 1 to 5 days as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

**AIR WASHERS.** For use only in industrial air washing systems that maintain effective mist eliminating components. Effectively removes and controls biofilm and other organic contaminants in Industrial Water Scrubbing Systems.
DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 3 to 16 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. If necessary, apply a solution containing 0.4 to 2 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto interior surfaces of the system that are not continuously submerged. Repeat until control is evident.
**Routine Dose, when microbial control is evident:** Subsequent slug additions of 28 to 128 fl. oz. Ultra-Kleen Solution 1 per 1000 gallons of water and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 should be employed every 1 to 5 days or as needed. The frequency of addition depends on the relative amount of bleedoff, the quality of the makeup water and rate of inflow of airborne or other contaminants. Slug additions should be made in the sump of Industrial Water Scrubbing Systems.

**DYE MACHINES.** Effectively removes and controls biofilm and other organic contaminants in Textile Dyeing Machines.
DOSAGE RATES. Add 16 to 40 gal. of Ultra-Kleen Solution 1 per 1000 gallons of water in a dye storage tank. If cleaning is desired or the pH of the mixture is below 8, add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Circulate the mixture from the dye storage tank through the dye

machine and all associated piping and other dye storage tanks. If necessary, apply a solution containing 2 to 5 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.

**WATER-JET LOOMS.** Effectively removes and controls biofilm and other organic contaminants in Water-Jet Looms.
DOSAGE RATES. **Initial Dose for badly fouled systems:** Prepare a mixture of 2 to 5 fl. oz. of Ultra-Kleen Solution 1 per gallon of water. If cleaning is desired or if the pH of the mixture is below 8, add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Pump the mixture through the Water-Jet Loom and all associated piping. If necessary, apply a solution containing 2 to 5 fl. oz. of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.
**Subsequent Dose, when microbial control is evident:** Subsequent slug additions of 5 to 25 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of daily water use should be employed every 1 to 5 days or as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

**TANKS, PIPING AND INDUSTRIAL EQUIPMENT USED TO STORE AND CONVEY INDUSTRIAL PROCESS WATEROR AQUEOUS MIXTURES. Do Not Use in equipment that will contact food.** Effectively removes and controls biofilm and other organic contaminants in Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures.
DOSAGE RATES. Fill equipment as completely as possible with a solution of 8 to 80 gal. of Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of system capacity. Circulate for at least 4 hours and then drain system. Rinse system with 6 volumes of water. If necessary, apply a solution containing 1 to 10 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.

**DEIONIZED WATER SUPPLY SYSTEMS NOT USED IN FOOD PROCESSING, FOR HUMAN DRINKING WATER OR DENTAL LINES.** Effectively removes and controls biofilm and other organic contaminants in Tanks, Filters and Piping used to store and convey Deionized Water.
DOSAGE RATES. Add 3 to 16 gal. of Ultra-Kleen Solution 1 and if cleaning is desired or the pH of the mixture is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1 per 1000 gallons of system capacity. Circulate for at least 4 hours and then drain system. Rinse system with 6 volumes of water. If necessary, apply a solution containing 0.4 to 2 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the system is below 8, Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.

***Penetrates and Removes Biofilm and Other Organic Contaminants. Use as a Bactericide, Slimicide, Mildewstat, and Algicide in:***

**DRAINS.** Effectively removes and controls plugging and odors caused by accumulation of biofilm and other organic contaminants in drains. Prevents stoppage and odors.
DOSAGE RATES. Initial Dose for badly fouled systems. This product can be poured, foamed, wiped, brushed, applied using a clean in place CIP system, pumping it through the system or mopping. Apply from 6 fl. oz to 15 fl. oz Ultra-Kleen Solution 1 per gallon of water to drain. Repeat until control is evident. Optionally, pour from 1 fl. oz. Ultra-Kleen Solution 1 around or into one-inch diameter or smaller drains up to 90 fl. oz. Ultra-Kleen Solution 1 around or into three-inch diameter drains. If cleaning is desired, add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (1 – 90 fl. oz). For foam cleaning, add 6-15 oz. Sterilex Ultra-Kleen Solution 1 and an equal amount of Sterilex Ultra-Kleen Solution 2 per gallon of water to a foaming device and foam the mixture into the drain.
**Subsequent Dose:** When microbial control is evident, subsequent additions of 1-6 fl. oz Ultra-Kleen Solution 1 per gallon of water should be employed every 7 days or as needed. This product can be poured, foamed, wiped, brushed, applied using a clean in place CIP system, pumping it through the system or mopping. If cleaning is desired, add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (1 – 6 fl. oz) per gallon of water. Optionally, subsequent additions of 1 – 6 fl. oz Ultra-Kleen Solution 1 onto one-inch diameter or smaller drains up to 6 fl. oz Ultra-Kleen Solution 1 into three-inch diameter drains, should be employed every 7 days or as needed. If cleaning is desired, add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-

Kleen Solution 1 (1 – 6 fl. oz). For foam cleaning, add 1 – 6 oz. Sterilex Ultra-Kleen Solution 1 and an equal amount of Sterilex Ultra-Kleen Solution 2 per gallon of water to a foaming device and foam the mixture into the drain.

**CHAIR SIDE EVACUATOR TRAPS AND PUMP FILTER TRAPS.** Effectively removes and controls plugging and odors caused by accumulation of biofilm in chair side evacuator traps and pump filter traps. Prevents stoppage and odor. DOSAGE RATES.  Initial Dose for badly fouled systems.  Mix 10 fl. oz. of Ultra-Kleen Solution 1 and 10 fl. oz. of Ultra-Kleen Solution 2 into one gallon of hot water at the end of the working day.  Draw all of the solution into the trap and allow  to stand overnight.  Repeat until control is evident.
**Subsequent Dose:**  When microbial control is evident, subsequent slug additions of 1.5-2 fl. oz. Ultra-Kleen Solution 1 and 1.5-2 fl. oz of Ultra-Kleen Solution 2 mixed into one gallon of hot water should be employed every 7 days or as needed.

**FOR PRE-CLEANING OF WHIRLPOOL BATHTUBS** circulate a solution of 0.5 fl. oz. of **Ultra-Kleen Solution 1** and 0.5 fl. oz. of Ultra-Kleen Solution 2 per 1 gal. tap water through tub and associated piping and filters at a temperature ≥ 90° F.

**When mixtures of Ultra-Kleen Solution 1 and Ultra-Kleen Solution 2 are prepared in a batch process, always use the mixtures the same day they are prepared.**

This product is water-based.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

Wendy A. McCombie
Agent for Sterilex Corporation
Lewis and Harrison
122 C Street, N.W., Suite 740
Washington, DC 20001

JAN 25 2011

SUBJECT:     Ultra Kleen Solution 1
             EPA Registration Number: 63761-3
             Application Date: September 27, 2010
             Receipt Date: September 27, 2010

Dear Ms. McCombie:

        The following amendment, submitted in connection with registration under the
Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA), section 3 ( C ) 7 ( A ) as
amended, is acceptable subject to the conditions listed below:

**Conditions**

1.  Revise your label to be in agreement with your notification dated March 9, 2010 by
correcting the four sets of container disposal language on pages 2 and 3 to indicate that
these statements are for "*nonrefillable* containers".

2.  You have revised your labeling to include ppm levels associated with the various use
rates.  You have not calculated your rates in ppm active ingredient which is typical for
antimicrobial products.  Your calculations indicate the ppm of product which is added per
1000 gallons, not ppm active ingredient.  Thus your label must be revised to clearly
indicate that the ppm refer to the amount of product which has been added.  Also
identified below are those ppm references which have been calculated incorrectly and
must now be revised. Revise all references to ppm to follow this pattern:



| CONCURRENCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SYMBOL** ▶ 7610 P | | | | | | | |
| **SURNAME** ▶ | | | | | | | |
| **DATE** ▶ 1/25/11 | | | | | | | |

EPA Form 1320-1A (1/90)          *Printed on Recycled Paper*          OFFICIAL FILE COPY

Page 3: **Recirculating Cooling Water Systems**…Initial Dose for badly fouled systems: "Add 1 to 4 gallons Ultra-Kleen Solution I *per 1000 gallons of water in the system (1000-4000 ppm of this product.)* If cleaning is desired…"

Page 3: **Recirculating Cooling Water Systems**…Continuous Dosage: "add 1 oz. to 20 oz. Ultra-Kleen Solution I *per 1000 gallons of water in the system (8-156 ppm of this product.) (If* cleaning is desired…"

Page 3: **Pulp and Paper Mills**… Initial Dose for badly fouled systems:  "Add 3 to 16 gallons Ultra-Kleen Solution I *per 1000 gallons of water in the system (3000-16000 ppm of this product.)* If cleaning is desired…"

Page 3: **Pulp and Paper Mills**… Continuous Dosage: "add 1 oz. to 20 oz. Ultra-Kleen Solution I *per 1000 gallons of water in the system (8-156 ppm of this product.) (If* cleaning is desired…"

Page 3: **Air Washers**… Initial Dose for badly fouled systems:  "Add 3 to 16 gallons Ultra-Kleen Solution I *per 1000 gallons of water in the system (3000-16000 ppm of this product.)* If cleaning is desired…"

Page 4: **Air Washers**… Routine Dose when microbial control is evident:  "Subsequent slug additions of 28 to 128 fl. oz. of Ultra-Kleen Solution I *per 1000 gallons of water in the system (218-1000 ppm of this product)* and if cleaning is desired…"

Page 4: **Dye Machines**… Dosage rates: "Add 16 to 40 gallons Ultra-Kleen Solution I *per 1000 gallons of water in the dye storage tank (16000-40000 ppm of this product.)* If cleaning is desired…"

Page 4: **Water Jet Looms**… Subsequent Dose when microbial control is evident: "Subsequent slug additions of 5 to 25 fl. oz. of Ultra-Kleen Solution I *per 1000 gallons of water in the system (40-195 ppm of this product)* (and if cleaning is desired…"

Page 4: **Tanks, Sumps and Other Holding**… Dose for badly fouled systems:  "with a solution of 8 to 80 gallons Ultra-Kleen Solution I *per 1000 gallons of water in the system (8000 to 80,000 ppm of this product.)* (and if cleaning is desired…"



3/9

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

Page 4:  **Tanks, Sumps and Other Holding** … Subsequent Dose when microbial control is evident:  "Subsequent slug additions of 5 to 25 fl. oz. of Ultra-Kleen Solution I *per 1000 gallons of water in the system (40-195 ppm of this product)* (and if cleaning is desired…"

Page 4:  **Deionized Water Supply Systems**… Dose for badly fouled systems:  "Add 3 to 16 gallons Ultra-Kleen Solution I *per 1000 gallons of system capacity (3000-16000 ppm of this product)* and if cleaning is desired…"

3.  Revise your directions for use to include mandatory language as per PR Notice 2000-5 as follows:

   a.  Page 3:  **Recirculating Cooling Water Systems**…Routine dose, when microbial control is evident:  delete "should be employed" and replace with "*apply*" and replace "should be" with "are."

   b.  Page 3:  **Pulp and Paper Mills**… Routine dose, when microbial control is evident:  delete "should be employed" and replace with "*is applied*".

   c.  Page 4:  **Air Washers**… Routine Dose when microbial control is evident: delete "should be employed" and replace with "*apply*" and replace "should be" with "are."

   d.  Page 4:  **Water Jet Looms**… Subsequent Dose when microbial control is evident:   delete "should be employed" and replace with "*is applied*".

   e.  Page 5:  **Drains**… Subsequent Dose when microbial control is evident:  delete "should be employed" and replace with "*is applied*".

   f.  Page 4:  Tanks, Sumps, and other Holding Vessels… delete "should be employed" and replace with "*is applied*".

4.  Revise the **Deionized Water Supply Systems**…section to be in agreement with your last stamped label by deleting the references to circulate for at least one hour and replacing with circulate for at least **4** hours.

5.  Delete the entire section titled "**For Pre-Cleaning of Whirlpool Bathtubs, Spas, Pools, and Footbaths.**"  You may not add a site for cleaning which has not been approved for use of the product as a pesticide.  All cleaning claims must be in agreement with pesticidal claims.  It is misleading to add sites for cleaning where the product is not used as a pesticide as the user may infer that that pesticidal activity is achieved when the

| CONCURRENCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| SYMBOL | | | | | | | |
| SURNAME | | | | | | | |
| DATE | | | | | | | |

EPA Form 1320-1A (1/90)           *Printed on Recycled Paper*           OFFICIAL FILE COPY

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

product is used on these surfaces and that supporting testing has been reviewed and approved by the Agency.

**General Comments**

A stamped copy of the accepted labeling with conditions is enclosed. Submit 1 copy of your final printed label before distributing or selling the product bearing the revised labeling.

Submit and/or cite all data required for registration/reregistration of your product under FIFRA section 3 (c) (5) and section 4 (a) when the Agency requires all registrants of similar products to submit such data.

If the above conditions are not complied with, the registration will be subject to cancellation in accordance with FIFRA section 6 (e).  Your release for shipment of the product bearing the amended labeling constitutes acceptance of these conditions.  Should you have any questions concerning this letter, please contact Tracy Lantz at (703) 308-6415.

Sincerely,

Velma Noble
Product Manager (31)
Regulatory Management Branch I
Antimicrobials Division (7510P)

Enclosure:  Stamped Label
7510P:T.Lantz:1/25/11:63761-3: accepted label amendment



| CONCURRENCES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **SYMBOL** | | | | | | | | |
| **SURNAME** | | | | | | | | |
| **DATE** | | | | | | | | |

EPA Form 1320-1A (1/90)          *Printed on Recycled Paper*          OFFICIAL FILE COPY

# Ultra-Kleen™ Solution 1

***Penetrates and Removes Biofilm and Other Organic Contaminants.  Use as a Bactericide, Slimicide, Mildewstat, and Algicide in:***

- Recirculating Cooling Water Systems
- Brewery Pasteurizing Systems
- Pulp and Paper Mills producing pulp and paper that will not come in contact with food products
- Air Washers
- Dye Machines
- Water-Jet Looms
- Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures not related to food processing
- Deionized Water Supply Systems not used in food processing or for human drinking water or dental lines
- Drains and Filter Traps
- Chair Side Evacuator Traps and Pump Filter Traps

Optional Marketing Language
[(Based off of) (Based on) (Including) (Includes) (Using) patented PerQuat™ technology]

May be used with **Ultra-Kleen Solution 2** to adjust pH, to inhibit corrosion and to enhance cleaning.  Please consult directions for use for specific recommendations.

Active Ingredients:
n-Alkyl($C_{14}$ 60%, $C_{16}$ 30%, $C_{12}$ 5%, $C_{18}$ 5%) dimethylbenzylammonium chloride   3.00%
n- Alkyl($C_{12}$ 68%, $C_{14}$ 32%) dimethylethylbenzylammonium chloride          3.00%
Inert Ingredients                                                                94.00%
                       TOTAL                      100.00%

**Controls Mold and Mildew**

## KEEP OUT OF REACH OF CHILDREN

# DANGER

SEE SIDE PANEL FOR ADDITIONAL PRECAUTIONARY STATEMENTS AND FIRST AID

Manufactured for
Sterilex Corporation
11409 Cronhill Drive Suite L
Owings Mills, MD 21117
phone 1-800-511-1659, fax 410-581-8864

EPA Reg. No. 63761-3

EPA Est. No. 4875-NJ-001
EPA Est. No. 44636-CA-001
EPA Est. No. 21737-MN-01
EPA Est. No. 062788-AL-01
EPA Est. No. 60156-IL-001
EPA Est. No. 085684-AL-001
EPA Est. No. 56485-PA-001
EPA Est. No. 1270-GA-1
EPA Est. No. 1270-TX-1
EPA Est. No. 40849-GA-1

ACCEPTED
with COMMENTS
in EPA Letter Dated:

JAN 2 5 2011,

Under the Federal Insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No. 63761-3

Net Content: {1 2.5, 5, 15, 30, 55, 275, 305} Gallons,

## PRECAUTIONARY STATEMENTS

### HAZARDS TO HUMANS AND DOMESTIC ANIMALS
**DANGER. CORROSIVE.** Causes irreversible eye damage and skin burns. Harmful if swallowed or absorbed through skin. Do not get in eyes, on skin, or on clothing. Wear goggles and/or face shield, protective clothing and rubber gloves. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash clothing before reuse.
**ENVIRONMENTAL HAZARDS.** This product is toxic to fish. Do not discharge effluent containing this product into lakes, streams, ponds, estuaries, ocean or other waters unless in accordance with the requirements of a National Pollution Discharge Elimination System (NPDES) permit and the permitting authority has been notified in writing prior to discharge. Do not discharge effluent containing this product to sewer systems without previously consulting the local sewage treatment plant authority. For guidance contact your local State Water Board or Regional Office of the EPA.
**PHYSICAL AND CHEMICAL HAZARDS.** When exposed to fire Ultra-Kleen Solution 1 may release oxygen and oxides of carbon and/or nitrogen.

### FIRST AID
Have the product container or label with you when calling a poison control center or doctor, or going for treatment.

**IF IN EYES**: Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing the eyes. Call a poison control center or doctor for treatment advice.
**IF ON SKIN OR CLOTHING**: Take off contaminated clothing. Rinse skin immediately with plenty of water for 15-20 minutes. Call a poison control center or doctor for treatment advice.
**IF SWALLOWED:** Call a poison control center or doctor immediately for treatment advice. Have a person sip a glass of water if able to swallow. Do not induce vomiting unless told to do so by the poison control center or doctor. Do not give anything by mouth to an unconscious person.
**NOTE TO PHYSICIAN:** Probable mucosal damage may contraindicate the use of gastric lavage.
NOTE: Seller warrants that this product complies with the specifications expressed in this label. Seller makes no other warranties; and disclaims all other warranties, express or implied, including but not limited to warranties of merchantability and fitness for the intended purpose. Seller's liability for default, breach or failure under this label shall be limited to the amount of the purchase price. Seller shall have no liability for consequential damages.

### STORAGE AND DISPOSAL
Do not contaminate water, food or feed by improper storage or disposal.
**STORAGE:** Keep product in closed original container when not in use. Store in a cool area away from potential sources of heat, open flames, sunlight or other chemicals. Product should be stored below 90°F.
**PESTICIDE DISPOSAL:** Pesticide wastes are acutely hazardous. Improper disposal of excess pesticide, spray mixture or rinsate is a violation of Federal Law. If these wastes cannot be disposed of by use according to label instructions, contact your State Pesticide or Environmental Control Agency, or the Hazardous Waste Representative at the nearest EPA Regional Office for guidance.
**CONTAINER DISPOSAL:** Nonrefillable container. Do not reuse or refill this container. Offer for recycling, if available or puncture and dispose of in a sanitary landfill, or by other procedures approved by state and local authorities If rinsate cannot be used, follow pesticide disposal instructions. If not triple rinsed these containers are acute hazardous wastes and must be disposed in accordance with local, state and federal regulations. Triple rinse [or pressure rinse] container (or equivalent) promptly after emptying.

[(*NOTE TO REVIEWER: The following language is for containers having a capacity of 5 gallons or less)* Triple rinse as follows: Empty the remaining contents into application equipment or a mix tank and drain for 10 seconds after the flow begins to drip. Fill the container ¼ full with water and recap. Shake for 10 seconds. Pour rinsate into application equipment or mix tank or store rinsate for later use or disposal. Drain for 10 seconds after the flow begins to drip. Repeat this procedure two more times.]

[(*NOTE TO REVIEWER: The following language is optional for containers having a capacity of 5 gallons or less when "or pressure rinse" appears in the above Container Disposal statement)* Pressure rinse as follows: Empty the remaining contents into application equipment or a mix tank and continue to drain for 10 seconds after the flow begins to drip. Hold container upside down over application equipment or mix tank or collect rinsate for later use or disposal. Insert pressure rinsing nozzle in the side of the container, and rinse at about 40 PSI for at least 30 seconds. Drain for 10 seconds after the flow begins to drip.]

[(*NOTE TO REVIEWER: The following language is for containers having a capacity greater than 5 gallons)* Triple rinse as follows: Empty the remaining contents into application equipment or a mix tank. Fill the container ¼ full

with water. Replace and tighten closures. Tip container on its side and roll it back and forth, ensuring at least one complete revolution, for 30 seconds. Stand the container on its end and tip it back and forth several times. Turn the container over onto its other end and tip it back and forth several times. Empty the rinsate into application equipment or a mix tank or store rinsate for later use or disposal. Repeat this procedure two more times.]

[(NOTE TO REVIEWER: The following language is optional for containers having a capacity greater than 5 gallons when "or pressure rinse" appears in the above Container Disposal statement) Pressure rinse as follows: Empty the remaining contents into application equipment or a mix tank and continue to drain for 10 seconds after the flow begins to drip. Hold container upside down over application equipment or mix tank or collect rinsate for later use or disposal. Insert pressure rinsing nozzle in the side of the container, and rinse at about 40 PSI for at least 30 seconds. Drain for 10 seconds after the flow begins to drip.]

## DIRECTIONS FOR USE
It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

**RECIRCULATING COOLING WATER SYSTEMS, INCLUDING COOLING TOWERS, EVAPORATIVE CONDENSERS, DAIRY SWEET WATER SYSTEMS AND BREWERY PASTEURIZERS.** Effectively removes and controls biofilm and other organic contaminants in commercial and industrial cooling towers: influent water systems such as flow-through filters; and heat exchange water systems.
DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 1 to 4 gal. (1000-4000 ppm) **Ultra-Kleen Solution 1** per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, optionally add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1**. Repeat until control is evident.
**Routine Dose, when microbial control is evident:** Subsequent slug additions of 5 oz. to 64 fl. oz. (40-500 ppm) **Ultra-Kleen Solution 1** per 1000 gallons of water (and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1**) ~~should be employed~~ every 2 to 5 days or as needed. The frequency of addition depends on the relative amount of bleed-off, the quality of the makeup water and rate of inflow of airborne or other contaminants. Slug additions ~~should be~~ made in the sump of water cooling towers.
**Continuous Dosage:** For continuous, or semi-continuous, low level dosage of **Ultra-Kleen Solution 1**, add 1 oz. to 20 oz. (8-~~165~~ ppm) **Ultra-Kleen Solution 1** per 1000 gallons of water (and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1**).

**PULP AND PAPER MILLS.** For use only in the production of pulp and paper that will not come in contact with food. Effectively removes and controls biofilm and other organic contaminants in pulp and paper mill fresh and seawater influent, water systems, wastewater treatment systems, nonpotable water systems, and other process water.
DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 3 to 16 gal. (~~3400-16450~~ ppm) of Ultra-Kleen Solution 1 per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, optionally add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. If necessary, apply a solution containing 0.4 to 2 oz. Ultra-Kleen Solution 1 per gallon of water (and if cleaning is desired or if the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) onto interior surfaces of the system that are not continuously submerged.
**Routine Dose, when microbial control is evident:** Subsequent slug additions of 8 to 50 oz. (65-408 ppm) Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or if the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) ~~should be employed~~ every 1 to 5 days as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.
**Continuous Dosage:** For continuous low level dosage of Ultra-Kleen Solution 1, add 1 oz. to 20 oz. (0-~~165~~ ppm) Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1).

**AIR WASHERS.** For use only in industrial air washing systems that maintain effective mist eliminating components. Effectively removes and controls biofilm and other organic contaminants in Industrial Water Scrubbing Systems.
DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 3 to 16 gal. (~~3400-16450~~ ppm) of **Ultra-Kleen Solution 1** per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, optionally add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1**. If necessary, apply a solution containing 0.4 to 2 fl. oz. **Ultra-Kleen Solution 1** (and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1**) per gallon of water onto interior surfaces of the system that are not continuously submerged. Repeat until control is evident.

**Routine Dose, when microbial control is evident:** Subsequent slug additions of 28 to 128 fl. oz. (~~225-~~1000 ppm) **Ultra-Kleen Solution 1** per 1000 gallons of water and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1** ~~should be employed~~ every 1 to 5 days or as needed. The frequency of addition depends on the relative amount of bleed-off, the quality of the makeup water and rate of inflow of airborne or other contaminants. Slug additions ~~should be~~ made in the sump of Industrial Water Scrubbing Systems.

**DYE MACHINES.** Effectively removes and controls biofilm and other organic contaminants in Textile Dyeing Machines.
DOSAGE RATES. Add 16 to 40 gal. (~~13150-30500~~ ppm) of **Ultra-Kleen Solution 1** per 1000 gallons of water in a dye storage tank. If cleaning is desired or the pH of the mixture is below 8, optionally add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Circulate the mixture from the dye storage tank through the dye machine and all associated piping and other dye storage tanks. If necessary, apply a solution containing 2 to 5 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.

**WATER-JET LOOMS.** Effectively removes and controls biofilm and other organic contaminants in Water-Jet Looms.
DOSAGE RATES. **Initial Dose for badly fouled systems:** Prepare a mixture of 2 to 5 fl. oz. of Ultra-Kleen Solution 1 per gallon of water. If cleaning is desired or if the pH of the mixture is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1**. Pump the mixture through the Water-Jet Loom and all associated piping. If necessary, apply a solution containing 2 to 5 fl. oz. of **Ultra-Kleen Solution 1** (and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.
**Subsequent Dose, when microbial control is evident:** Subsequent slug additions of 5 to 25 fl. oz. (40-~~200~~ ppm) **Ultra-Kleen Solution 1** (and if cleaning is desired or the pH of the mixture is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of daily water use ~~should be employed~~ every 1 to 5 days or as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

**TANKS, SUMPS, AND OTHER HOLDING VESSELS, PIPING AND INDUSTRIAL EQUIPMENT USED TO STORE AND CONVEY INDUSTRIAL OR COMMERCIAL PROCESS WATER OR AQUEOUS MIXTURES~~TANKS,~~** Do Not Use in equipment that will contact food. Effectively removes and controls biofilm and other organic contaminants in Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures.
DOSAGE RATES. **Dose for badly fouled systems:** Fill equipment as completely as possible with a solution of 8 to 80 gal. (~~8215-78000~~ ppm) of **Ultra-Kleen Solution 1** (and if cleaning is desired or the pH of the mixture is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of system capacity. Circulate for at least 4 hours and then drain system. Rinse system with 6 volumes of water. If necessary, apply a solution containing 1 to 10 fl. oz. **Ultra-Kleen Solution 1** (and if cleaning is desired or the pH of the mixture is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.
**Subsequent Dose, when microbial control is evident:** Subsequent slug additions of 5 to 25 fl. oz. (40-~~200~~ ppm) **Ultra-Kleen Solution 1** (and if cleaning is desired or the pH of the mixture is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of daily water use ~~should be employed~~ every 1 to 5 days or as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

**DEIONIZED WATER SUPPLY SYSTEMS NOT USED IN FOOD PROCESSING, FOR HUMAN DRINKING WATER OR DENTAL LINES.** Effectively removes and controls biofilm and other organic contaminants in Tanks, Filters and Piping used to store and convey Deionized Water.
DOSAGE RATES. **Dose for badly fouled systems** : Add 3 to 16 gal. (~~3100-16100~~ ppm) of **Ultra-Kleen Solution 1** and if cleaning is desired or the pH of the mixture is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1** per 1000 gallons of system capacity. Circulate for at least one hour and then drain system. Rinse system with 6 volumes of water. If necessary, apply a solution containing 0.4 to 2 fl. oz. **Ultra-Kleen Solution 1** (and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.
**Subsequent Dose, when microbial control is evident:** Add subsequent slug additions of 5 oz. to 1 gal. (40-1000 ppm) **Ultra-Kleen Solution 1** (and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-

Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1**) per 1000 gallons of system capacity.  Circulate for at least one hour and then drain system.  Rinse system with 6 volumes of water.  If necessary, apply a solution containing 0.4 to 2 fl. oz. **Ultra-Kleen Solution 1** (and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1**) per gallon onto surfaces of the equipment that are not submerged.

*Penetrates and Removes Biofilm and Other Organic Contaminants.  Use as a Bactericide, Slimicide, Mildewstat, and Algicide in:*

**DRAINS.**  Effectively removes and controls plugging and odors caused by accumulation of biofilm and other organic contaminants in drains.  Prevents stoppage and odors.
DOSAGE RATES.  <u>Initial Dose for badly fouled systems.</u>  This product can be poured, foamed, wiped, brushed, applied using a clean in place CIP system, pumping it through the system or mopping. Apply from 6 fl. oz to 15 fl. oz Ultra-Kleen Solution 1 per gallon of water to drain. Repeat until control is evident. Optionally, pour from 1 fl. oz. Ultra-Kleen Solution 1 around or into one-inch diameter or smaller drains up to 90 fl. oz.  Ultra-Kleen Solution 1 around or into three-inch diameter drains.  If cleaning is desired, add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (1 – 90 fl. oz). For foam cleaning, add 6-15 oz. Sterilex Ultra-Kleen Solution 1 and an equal amount of Sterilex Ultra-Kleen Solution 2 per gallon of water to a foaming device and foam the mixture into the drain.
<u>**Subsequent Dose:**</u>  When microbial control is evident, subsequent additions of 1-6 fl. oz Ultra-Kleen Solution 1 per gallon of water ~~should be employed~~ every 7 days or as needed.  This product can be foamed, wiped, brushed, applied using a clean in place CIP system, pumping it through the system or mopping. If cleaning is desired, add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (1 – 6 fl. oz) per gallon of water. Optionally, subsequent additions of 1 – 6 fl. oz Ultra-Kleen Solution 1 into one-inch diameter or smaller drains up to 6 fl. oz Ultra-Kleen Solution 1 into three-inch diameter drains, should be employed every 7 days or as needed.  If cleaning is desired, add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (1 – 6 fl. oz). For foam cleaning, add 1 – 6 oz. Sterilex Ultra-Kleen Solution 1 and an equal amount of Sterilex Ultra-Kleen Solution 2 per gallon of water to a foaming device and foam the mixture into the drain.

**CHAIR SIDE EVACUATOR TRAPS AND PUMP FILTER TRAPS.**  Effectively removes and controls plugging and odors caused by accumulation of biofilm in chair side evacuator traps and pump filter traps.  Prevents stoppage and odor.  DOSAGE RATES.  <u>Initial Dose for badly fouled systems.</u>  Mix 10 fl. oz. of Ultra-Kleen Solution 1 and 10 fl. oz. of Ultra-Kleen Solution 2 into one gallon of hot water at the end of the working day.  Draw all of the solution into the trap and allow to stand overnight.  Repeat until control is evident.
<u>**Subsequent Dose:**</u>  When microbial control is evident, subsequent slug additions of 1.5-2 fl. oz. Ultra-Kleen Solution 1 and 1.5-2 fl. oz of Ultra-Kleen Solution 2 mixed into one gallon of hot water should be employed every 7 days or as needed.

**FOR PRE-CLEANING OF WHIRLPOOL BATHTUBS, SPAS, POOLS, AND FOOTBATHS** circulate a solution of 0.5 fl. oz. of **Ultra-Kleen Solution 1** and 0.5 fl. oz. of Ultra-Kleen Solution 2 per 1 gal. tap water through tub, spa, or pool and associated piping and filters at a temperature ≥ 90°F.  **Drain tub, spa or pool and rinse with water.**

**When mixtures of Ultra-Kleen Solution 1 and Ultra-Kleen Solution 2 are prepared in a batch process, always use the mixtures the same day they are prepared.**

This product is water-based.



Wendy A. McCombie
Sterilex Corporation
111 Lake Front Drive
Hunt Valley, MD 21030

JUL 19 2011

SUBJECT:      Ultra Kleen Solution 1
              EPA Registration Number: 63761-3
              Application Dated: April 11, 2011
              Receipt Date: April 22, 2011

Dear Ms. McCombie:

The following amendment, submitted in connection with registration under the Federal
Insecticide, Fungicide, and Rodenticide Act (FIFRA), as amended, is acceptable.

- Ultra Kleen Solution 1 (EPA Registration Number: 63761-3) in response to the
  conditions of the January 23, 2011 acceptance letter and stamped accepted label.

**General Comments**

Your accepted stamped label is attached. Should you have any questions concerning this
letter, please contact Emilia Oiguenblik at (703) 347-0109 or Velma Noble at (703) 308-6233.

Sincerely,

Velma Noble
Product Manager (31)
Regulatory Management Branch I
Antimicrobials Division (7510P)

| CONCURRENCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| SYMBOL | | | | | | | |
| SURNAME | | | | | | | |
| DATE | | | | | | | |

EPA Form 1320-1A (1/90)          *Printed on Recycled Paper*          OFFICIAL FILE COPY

# Ultra-Kleen™ Solution 1

***Penetrates and Removes Biofilm and Other Organic Contaminants.  Use as a Bactericide, Slimicide, Mildewstat, and Algicide in:***

- Recirculating Cooling Water Systems
- Brewery Pasteurizing Systems
- Pulp and Paper Mills producing pulp and paper that will not come in contact with food products
- Air Washers
- Dye Machines
- Water-Jet Looms
- Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures not related to food processing
- Deionized Water Supply Systems not used in food processing or for human drinking water or dental lines
- Drains and Filter Traps
- Chair Side Evacuator Traps and Pump Filter Traps

Optional Marketing Language
[(Based off of) (Based on) (Including) (Includes) (Using) patented PerQuat™ technology]

May be used with **Ultra-Kleen Solution 2** to adjust pH, to inhibit corrosion and to enhance cleaning.  Please consult directions for use for specific recommendations.

Active Ingredients:
n-Alkyl($C_{14}$ 60%, $C_{16}$ 30%, $C_{12}$ 5%, $C_{18}$ 5%) dimethylbenzylammonium chloride   3.00%
n- Alkyl($C_{12}$ 68%, $C_{14}$ 32%) dimethylethylbenzylammonium chloride         3.00%
Inert Ingredients                                                    94.00%
                            TOTAL                      100.00%

**Controls Mold and Mildew**

**KEEP OUT OF REACH OF CHILDREN**

# DANGER

SEE SIDE PANEL FOR ADDITIONAL PRECAUTIONARY STATEMENTS AND FIRST AID

Manufactured for
Sterilex Corporation
11409 Cronhill Drive Suite L
Owings Mills, MD 21117
phone 1-800-511-1659, fax 410-581-8864

EPA Reg. No. 63761-3

EPA Est. No. 4875-NJ-001
EPA Est. No. 44636-CA-001
EPA Est. No. 21737-MN-01
EPA Est. No. 062788-AL-01
EPA Est. No. 60156-IL-001
EPA Est. No. 085684-AL-001
EPA Est. No. 56485-PA-001
EPA Est. No. 1270-GA-1
EPA Est. No. 1270-TX-1
EPA Est. No. 40849-GA-1



Net Content: {1 2.5, 5, 15, 30, 55, 275, 305} Gallons,

## PRECAUTIONARY STATEMENTS

### HAZARDS TO HUMANS AND DOMESTIC ANIMALS
**DANGER. CORROSIVE.** Causes irreversible eye damage and skin burns. Harmful if swallowed or absorbed through skin. Do not get in eyes, on skin, or on clothing. Wear goggles and/or face shield, protective clothing and rubber gloves. Wash thoroughly with soap and water after handling. Remove contaminated clothing and wash clothing before reuse.
**ENVIRONMENTAL HAZARDS.** This product is toxic to fish. Do not discharge effluent containing this product into lakes, streams, ponds, estuaries, ocean or other waters unless in accordance with the requirements of a National Pollution Discharge Elimination System (NPDES) permit and the permitting authority has been notified in writing prior to discharge. Do not discharge effluent containing this product to sewer systems without previously consulting the local sewage treatment plant authority. For guidance contact your local State Water Board or Regional Office of the EPA.
**PHYSICAL AND CHEMICAL HAZARDS.** When exposed to fire Ultra-Kleen Solution 1 may release oxygen and oxides of carbon and/or nitrogen.

## FIRST AID
Have the product container or label with you when calling a poison control center or doctor, or going for treatment.

**IF IN EYES**: Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing the eyes. Call a poison control center or doctor for treatment advice.
**IF ON SKIN OR CLOTHING**: Take off contaminated clothing. Rinse skin immediately with plenty of water for 15-20 minutes. Call a poison control center or doctor for treatment advice.
**IF SWALLOWED:** Call a poison control center or doctor immediately for treatment advice. Have a person sip a glass of water if able to swallow. Do not induce vomiting unless told to do so by the poison control center or doctor. Do not give anything by mouth to an unconscious person.
**NOTE TO PHYSICIAN:** Probable mucosal damage may contraindicate the use of gastric lavage.
NOTE: Seller warrants that this product complies with the specifications expressed in this label. Seller makes no other warranties; and disclaims all other warranties, express or implied, including but not limited to warranties of merchantability and fitness for the intended purpose. Seller's liability for default, breach or failure under this label shall be limited to the amount of the purchase price. Seller shall have no liability for consequential damages.

## STORAGE AND DISPOSAL
Do not contaminate water, food or feed by improper storage or disposal.
**STORAGE:** Keep product in closed original container when not in use. Store in a cool area away from potential sources of heat, open flames, sunlight or other chemicals. Product should be stored below 90°F.
**PESTICIDE DISPOSAL:** Pesticide wastes are acutely hazardous. Improper disposal of excess pesticide, spray mixture or rinsate is a violation of Federal Law. If these wastes cannot be disposed of by use according to label instructions, contact your State Pesticide or Environmental Control Agency, or the Hazardous Waste Representative at the nearest EPA Regional Office for guidance.
**CONTAINER DISPOSAL:** Nonrefillable container. Do not reuse or refill this container. Offer for recycling, if available or puncture and dispose of in a sanitary landfill, or by other procedures approved by state and local authorities If rinsate cannot be used, follow pesticide disposal instructions. If not triple rinsed these containers are acute hazardous wastes and must be disposed in accordance with local, state and federal regulations. Triple rinse [or pressure rinse] container (or equivalent) promptly after emptying.

[(*NOTE TO REVIEWER: The following language is for nonrefillable containers having a capacity of 5 gallons or less*) Triple rinse as follows: Empty the remaining contents into application equipment or a mix tank and drain for 10 seconds after the flow begins to drip. Fill the container ¼ full with water and recap. Shake for 10 seconds. Pour rinsate into application equipment or mix tank or store rinsate for later use or disposal. Drain for 10 seconds after the flow begins to drip. Repeat this procedure two more times.]

[(*NOTE TO REVIEWER: The following language is optional for nonrefillable containers having a capacity of 5 gallons or less when "or pressure rinse" appears in the above Container Disposal statement*) Pressure rinse as follows: Empty the remaining contents into application equipment or a mix tank and continue to drain for 10 seconds after the flow begins to drip. Hold container upside down over application equipment or mix tank or collect rinsate for later use or disposal. Insert pressure rinsing nozzle in the side of the container, and rinse at about 40 PSI for at least 30 seconds. Drain for 10 seconds after the flow begins to drip.]

[(*NOTE TO REVIEWER: The following language is for nonrefillable containers having a capacity greater than 5 gallons*) Triple rinse as follows: Empty the remaining contents into application equipment or a mix tank. Fill the

container ¼ full with water. Replace and tighten closures. Tip container on its side and roll it back and forth, ensuring at least one complete revolution, for 30 seconds. Stand the container on its end and tip it back and forth several times. Turn the container over onto its other end and tip it back and forth several times. Empty the rinsate into application equipment or a mix tank or store rinsate for later use or disposal. Repeat this procedure two more times.]

[(*NOTE TO REVIEWER: The following language is optional for nonrefillable containers having a capacity greater than 5 gallons when "or pressure rinse" appears in the above Container Disposal statement)* Pressure rinse as follows: Empty the remaining contents into application equipment or a mix tank and continue to drain for 10 seconds after the flow begins to drip. Hold container upside down over application equipment or mix tank or collect rinsate for later use or disposal. Insert pressure rinsing nozzle in the side of the container, and rinse at about 40 PSI for at least 30 seconds. Drain for 10 seconds after the flow begins to drip.]

## DIRECTIONS FOR USE
It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

**RECIRCULATING COOLING WATER SYSTEMS, INCLUDING COOLING TOWERS, EVAPORATIVE CONDENSERS, DAIRY SWEET WATER SYSTEMS AND BREWERY PASTEURIZERS.** Effectively removes and controls biofilm and other organic contaminants in commercial and industrial cooling towers: influent water systems such as flow-through filters; and heat exchange water systems.
DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 1 to 4 gal. (1000-4000 ppm of this product)**Ultra-Kleen Solution 1** per 1000 gallons of water in the system.  If cleaning is desired or if the pH of the system is below 8, optionally add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1**.  Repeat until control is evident.
**Routine Dose, when microbial control is evident:** Subsequent slug additions of 5 oz. to 64 fl. oz.  (40-499 ppm of this product) **Ultra-Kleen Solution 1** per 1000 gallons of water   (and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1**) are applied every 2 to 5 days or as needed.  The frequency of addition depends on the relative amount of bleed-off, the quality of the makeup water and rate of inflow of airborne or other contaminants.  Slug additions are made in the sump of water cooling towers.
**Continuous Dosage:** For continuous, or semi-continuous, low level dosage of **Ultra-Kleen Solution 1**, add 1 oz. to 20 oz. (8-156 ppm of this product) **Ultra-Kleen Solution 1** per 1000 gallons of water (and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1**).

**PULP AND PAPER MILLS.** For use only in the production of pulp and paper that will not come in contact with food. Effectively removes and controls biofilm and other organic contaminants in pulp and paper mill fresh and seawater influent, water systems, wastewater treatment systems, nonpotable water systems, and other process water.
DOSAGE RATES. **Initial Dose for badly fouled systems**:  Add 3 to 16 gal. (3000-16000 ppm of this product) of Ultra-Kleen Solution 1 per 1000 gallons of water in the system.  If cleaning is desired or if the pH of the system is below 8, optionally add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1.  If necessary, apply a solution containing 0.4 to 2 oz. Ultra-Kleen Solution 1 per gallon of water (and if cleaning is desired or if the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) onto interior surfaces of the system that are not continuously submerged.
**Routine Dose, when microbial control is evident:** Subsequent slug additions of 8 to 50 oz. (62-390 ppm of this product) Ultra-Kleen Solution 1 per 1000 gallons of water (and if cleaning is desired or if the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) are applied every 1 to 5 days as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.
**Continuous Dosage:** For continuous low level dosage of Ultra-Kleen Solution 1, add 1 oz. to 20 oz. Ultra-Kleen Solution 1 per 1000 gallons of water (8-156 ppm of this product)  (and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1).

**AIR WASHERS.**  For use only in industrial air washing systems that maintain effective mist eliminating components.  Effectively removes and controls biofilm and other organic contaminants in Industrial Water Scrubbing Systems.
DOSAGE RATES. **Initial Dose for badly fouled systems:** Add 3 to 16 gal. (3000-16000 ppm of this product) of **Ultra-Kleen Solution 1** per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, optionally add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1**.  If necessary, apply a solution containing 0.4 to 2 fl. oz. **Ultra-Kleen Solution 1** (and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the

volume of **Ultra-Kleen Solution 1**) per gallon of water onto interior surfaces of the system that are not continuously submerged. Repeat until control is evident.

**Routine Dose, when microbial control is evident:** Subsequent slug additions of 28 to 128 fl. oz. (218-1000 ppm of this product) **Ultra-Kleen Solution 1** per 1000 gallons of water and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1** are applied every 1 to 5 days or as needed. The frequency of addition depends on the relative amount of bleed-off, the quality of the makeup water and rate of inflow of airborne or other contaminants. Slug additions are made in the sump of Industrial Water Scrubbing Systems.

**DYE MACHINES.** Effectively removes and controls biofilm and other organic contaminants in Textile Dyeing Machines.
DOSAGE RATES. Add 16 to 40 gal. (16000-40000 ppm of this product) **Ultra-Kleen Solution 1** per 1000 gallons of water in a dye storage tank. If cleaning is desired or the pH of the mixture is below 8, optionally add simultaneously Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1. Circulate the mixture from the dye storage tank through the dye machine and all associated piping and other dye storage tanks. If necessary, apply a solution containing 2 to 5 fl. oz. Ultra-Kleen Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon of water onto surfaces of the system that are not continuously submerged.

**WATER-JET LOOMS.** Effectively removes and controls biofilm and other organic contaminants in Water-Jet Looms.
DOSAGE RATES. **Initial Dose for badly fouled systems:** Prepare a mixture of 2 to 5 fl. oz. of Ultra-Kleen Solution 1 per gallon of water. If cleaning is desired or if the pH of the mixture is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1**. Pump the mixture through the Water-Jet Loom and all associated piping. If necessary, apply a solution containing 2 to 5 fl. oz. of **Ultra-Kleen Solution 1** (and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1**) per gallon of water onto surfaces of the system that are not continuously submerged.
**Subsequent Dose, when microbial control is evident:** Subsequent slug additions of 5 to 25 fl. oz. (40-195 ppm of this product) **Ultra-Kleen Solution 1** per 1000 gallons of water in the system (and if cleaning is desired or the pH of the mixture is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of daily water use are applied every 1 to 5 days or as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

**TANKS, SUMPS, AND OTHER HOLDING VESSELS, PIPING AND INDUSTRIAL EQUIPMENT USED TO STORE AND CONVEY INDUSTRIAL OR COMMERCIAL PROCESS WATER OR AQUEOUS MIXTURES~~TANKS,~~ Do Not Use in equipment that will contact food.** Effectively removes and controls biofilm and other organic contaminants in Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures.
DOSAGE RATES. **Dose for badly fouled systems:** Fill equipment as completely as possible with a solution of 8 to 80 gal. (8000-80000 ppm of this product) of **Ultra-Kleen Solution 1** per 1000 gallons of water in the system (and if cleaning is desired or the pH of the mixture is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1). Circulate for at least 4 hours and then drain system. Rinse system with 6 volumes of water. If necessary, apply a solution containing 1 to 10 fl. oz. **Ultra-Kleen Solution 1** (and if cleaning is desired or the pH of the mixture is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.
**Subsequent Dose, when microbial control is evident:** Subsequent slug additions of 5 to 25 fl. oz. (40-195 ppm of this product) **Ultra-Kleen Solution 1** per 1000 gallons of water in the system (and if cleaning is desired or the pH of the mixture is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per 1000 gallons of daily water use are applied every 1 to 5 days or as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

**DEIONIZED WATER SUPPLY SYSTEMS NOT USED IN FOOD PROCESSING, FOR HUMAN DRINKING WATER OR DENTAL LINES.** Effectively removes and controls biofilm and other organic contaminants in Tanks, Filters and Piping used to store and convey Deionized Water.
DOSAGE RATES. **Dose for badly fouled systems :** Add 3 to 16 gal. (3000-16000 ppm of this product) of **Ultra-Kleen Solution 1** per 1000 gallons of system capacity and if cleaning is desired or the pH of the mixture is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1** . Circulate for at least four hours and then drain system. Rinse system with 6 volumes of water. If necessary, apply a solution containing 0.4 to 2 fl. oz. **Ultra-Kleen Solution 1** (and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of Ultra-Kleen Solution 1) per gallon onto surfaces of the equipment that are not submerged.

**Subsequent Dose, when microbial control is evident:** Add subsequent slug additions of 5 oz. to 1 gal. (40-1000 ppm) **Ultra-Kleen Solution 1** (and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1)** per 1000 gallons of system capacity. Circulate for at least four hours and then drain system. Rinse system with 6 volumes of water. If necessary, apply a solution containing 0.4 to 2 fl. oz. **Ultra-Kleen Solution 1** (and if cleaning is desired or the pH of the system is below 8, optionally add Ultra-Kleen Solution 2 at the rate of 1 to 3 times the volume of **Ultra-Kleen Solution 1)** per gallon onto surfaces of the equipment that are not submerged.

*Penetrates and Removes Biofilm and Other Organic Contaminants. Use as a Bactericide, Slimicide, Mildewstat, and Algicide in:*

**DRAINS.** Effectively removes and controls plugging and odors caused by accumulation of biofilm and other organic contaminants in drains. Prevents stoppage and odors.
DOSAGE RATES. Initial Dose for badly fouled systems. This product can be poured, foamed, wiped, brushed, applied using a clean in place CIP system, pumping it through the system or mopping. Apply from 6 fl. oz to 15 fl. oz Ultra-Kleen Solution 1 per gallon of water to drain. Repeat until control is evident. Optionally, pour from 1 fl. oz. Ultra-Kleen Solution 1 around or into one-inch diameter or smaller drains up to 90 fl. oz. Ultra-Kleen Solution 1 around or into three-inch diameter drains. If cleaning is desired, add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (1 – 90 fl. oz). For foam cleaning, add 6-15 oz. Sterilex Ultra-Kleen Solution 1 and an equal amount of Sterilex Ultra-Kleen Solution 2 per gallon of water to a foaming device and foam the mixture into the drain.
**Subsequent Dose:** When microbial control is evident, subsequent additions of 1-6 fl. oz Ultra-Kleen Solution 1 per gallon of water is applied every 7 days or as needed. This product can be poured, foamed, wiped, brushed, applied using a clean in place CIP system, pumping it through the system or mopping. If cleaning is desired, add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (1 – 6 fl. oz) per gallon of water. Optionally, subsequent additions of 1 – 6 fl. oz Ultra-Kleen Solution 1 into one-inch diameter or smaller drains up to 6 fl. oz Ultra-Kleen Solution 1 into three-inch diameter drains, are applied every 7 days or as needed. If cleaning is desired, add simultaneously Ultra-Kleen Solution 2 at the same volume as Ultra-Kleen Solution 1 (1 – 6 fl. oz). For foam cleaning, add 1 – 6 oz. Sterilex Ultra-Kleen Solution 1 and an equal amount of Sterilex Ultra-Kleen Solution 2 per gallon of water to a foaming device and foam the mixture into the drain.

**CHAIR SIDE EVACUATOR TRAPS AND PUMP FILTER TRAPS.** Effectively removes and controls plugging and odors caused by accumulation of biofilm in chair side evacuator traps and pump filter traps. Prevents stoppage and odor. DOSAGE RATES. Initial Dose for badly fouled systems. Mix 10 fl. oz. of Ultra-Kleen Solution 1 and 10 fl. oz. of Ultra-Kleen Solution 2 into one gallon of hot water at the end of the working day. Draw all of the solution into the trap and allow to stand overnight. Repeat until control is evident.
**Subsequent Dose:** When microbial control is evident, subsequent slug additions of 1.5-2 fl. oz. Ultra-Kleen Solution 1 and 1.5-2 fl. oz of Ultra-Kleen Solution 2 mixed into one gallon of hot water are applied every 7 days or as needed.

**When mixtures of Ultra-Kleen Solution 1 and Ultra-Kleen Solution 2 are prepared in a batch process, always use the mixtures the same day they are prepared.**

This product is water-based.

63761-5

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

MAY  6 2013

Wendy A. McCombie
Agent for Sterilex Corporation
Sterilex Corporation
111 Lake Front Drive
Hunt Valley, MD  21030

Subject:   **Sterilex Ultra Powder**
             EPA Registration Number 63761-5
             Notification Dated April 9, 2013
             EPA Received Date April 9, 2013

     This will knowledge receipt of your notification,  submitted  under the provisions of FIFRA section 3c 9.  Based on a review of the submitted material the  following  comment  apply.

**Proposed Amendment**:

• Revised Storage and Disposal Language on master label

**General Comments**:

     Based on a review of the material submitted, the following comment  apply:

     The notification is acceptable.  A copy   has been inserted in your file for future reference.

          Should you have any questions or comments concerning this letter, please contact Drusilla Copeland at (703) 308-6224.

                              Sincerely,

                              Drusilla Copeland

                              Velma Noble
                              Product Manager (31)
                              Regulatory Management Branch I
                              Antimicrobials Division (7510P)



| CONCURRENCES | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SYMBOL** ▶ | | | | | | | |
| **SURNAME** ▶ | | | | | | | |
| **DATE** ▶ | | | | | | | |

EPA Form 1320-1A (1/90)              *Printed on Recycled Paper*                    **OFFICIAL FILE COPY**

Please read instructions on reverse before completing ☐   Form Approved, OMB 2070-0060, Approval expires 05-31-98

| | United States **Environmental Protection Agency** Washington, DC 20460 | ☐ Registration ☐ Amendment ☒ Other NOTIFICATION | OPP Identifier Number |
|---|---|---|---|

## Application for Pesticide - Section I

| 1. Company/Product Number **63761-5** | 2. EPA Product Manager **Velma Noble** | 3. Proposed Classification |
|---|---|---|
| 4. Company/Product (Name) **Sterilex Ultra Powder** | PM# **Team 31** | ☒ None  ☐ Restricted |
| 5. Name and Address of Applicant (Include ZIP Code) **Sterilex Corporation 111 Lake Front Drive Hunt Valley, MD 21030** ☐ Check if this is a new address | 6. **Expedited Review.** In accordance with FIFRA Section 3(c)(3) (b)(I), my product is similar or identical in composition and labeling to: EPA Reg. No._____ Product Name_____ | |

## Section - II

| ☐ Amendment – Explain below. | ☐ Final printed labels in response to Agency letter dated _____ |
|---|---|
| ☐ Resubmission in response to Agency letter dated _____ | ☐ "Me Too" Application |
| ☒ Notification - Explain below. | ☐ Other – Explain below. |

**Explanation**: Use additional page(s) if necessary.  (For Section I and Section II.)

### APPLICATION FOR NOTIFICATION: MINOR LABEL CHANGES
### Notification of Minor Label Changes in Accordance With PR Notices 1998-10 and 2007-4: See Cover Letter

This notification is consistent with the provisions of PR Notice 98-10 and EPA regulations at 40 CFR 152.46, and no other changes have been made to the labeling or the confidential statement of formula of this product.  I understand that it is a violation of 18 U.S.C. Sec 1001 to willfully make any false statement to EPA.  I further understand that if this notification is not consistent with the terms of PR Notice 95-2 and 40 CFR 152.46, this product may be in violation of FIFRA and I may be the subject to enforcement action and penalties under sections 12 and 14 of FIFRA.

Signature:_____   Date:____April 9, 2013____

*THIS SUBMISSION IS NOT SUBJECT TO PRIA FEES*

## Section – III

1. Material This Product Will Be Packaged In:

| Child-Resistant Packaging ☐ Yes* ☒ No ***Certification must be submitted** | Unit Packaging ☐ Yes ☒ No If "Yes" Unit Packaging wgt. No. per container | Water Soluble Packaging ☐ Yes ☒ No If "Yes" Package wgt. No. per container | 2. Type of Container ☐ Metal ☒ Plastic ☐ Glass ☐ Paper ☒ Other (Specify) Fiber drums with plastic liner bags |
|---|---|---|---|

| 3. Location of Net Contents Information ☒ Label  ☒ Container | 4. Size(s) Retail Container **0.44oz. to 10 lbs** | 5. Location of Label Directions ☒ On Label ☒ On labeling accompanying product |
|---|---|---|

| 6. Manner in Which Label is Affixed to Product | ☒ Lithograph ☒ Paper glued ☒ Stenciled | ☐ Other _____ |
|---|---|---|

## Section - IV

1. Contact Point (Complete items directly below for identification of individual to be contacted, if necessary, to process this application.)

| Name **Mark Wozniak (m.wozniak@sterilex.com)** | Title **Senior Scientist/ R&D Manager** | Telephone No. (Include Area Code) **(800) 511-1669 x 111** |
|---|---|---|

### Certification
I certify that the statements I have made on this form and all attachments thereto are true, accurate and complete.  I acknowledge that any knowingly false or misleading statement may be punishable by fine or imprisonment or both under applicable law.

| 2. Signature | 3. Title **Agent for Sterilex Corporation** | 6. Date Application Received **(Stamped)** |
|---|---|---|
| 4. Typed Name **Wendy A. McCombie** | 5. Date *April 9, 2013* | |



# LEWIS & HARRISON

**Consultants in Government Affairs**

122 C Street, N.W., Suite 505
Washington, D.C. 20001

telephone 202.393.3903
fax 202.393.3906

direct 202.393.3903 ext. 11
wmccombie@lewisharrison.com

April 9, 2013

*HAND DELIVERED*

Document Processing Desk [NOTIFY]
Office of Pesticide Programs (7504P)
U. S. Environmental Protection Agency
Room S-4900, One Potomac Yard
2777 South Crystal Drive
Arlington, VA 22202-4501

**ATTENTION:**     **Velma Noble**
                   **Product Manager, Team 31**

*SUBJECT:*        *Sterilex Corporation*
                  *Sterilex Ultra Powder (EPA Reg. No. 63761-5)*
                  *Notification of Minor Label Changes*
                  *PR Notices 1998-10 and 2007-4*
                  *This Submission is NOT Subject to PRIA fees*

Dear Ms. Noble:

On behalf Sterilex Corporation, I am submitting a Notification application to make minor changes to the product label for **Sterilex Ultra Powder (EPA Reg. No. 63761-5)**.

Customers have indicated to Sterilex that the arrangement of the Storage and Disposal language on the master label is confusing. The statements are currently listed in such a way that suggests the small packets and fiber drums could be triple rinsed, which is neither practical nor feasible. Therefore, Sterilex would like to rearrange and clarify the Storage and Disposal subsections, as well as make the changes indicated by the Agency letter dated April 5, 2013 (*see attached*).

A copy of the label with the changes highlighted and marked is included with this submission. No other changes have been made, so the label is otherwise identical to that accepted by EPA on January 15, 2013.

In addition to the aforementioned attachment, please find enclosed the following documents in support of this label Notification:

1)   Application for Pesticide Notification;

2)   One copy of the proposed product Master label, with changes highlighted and marked; and;

3)   Three (3) copies of the proposed product Master label.

Thank you in advance for your assistance with this submission.

Sincerely,

Wendy A. McCombie
Agent for,
Sterilex Corporation

cc: Mark Wozniak, Sterilex Corporation

*MARKED/HIGHLIGHTED*



# Sterilex Ultra Powder

**Think Pink Once A Week®**

- **Removes\* biofilm from dental unit water lines**
- **Prevents and suppresses formation of biofilm in dental unit water lines**
- **Kills biofilm bacteria in dental unit water lines**
- **Maintains dental unit water line effluent water <500 cfu/ml**

\* Laboratory studies have shown >90% removal

Active Ingredients:
N-Alkyl($C_{14}$95%,$C_{12}$3%,$C_{16}$2%) dimethylbenzylammonium chloride.... 10.00%
Sodium Carbonate Peroxyhydrate………………………………………… 29.75%
Other Ingredients…………………………………………………………… <u>60.25%</u>
TOTAL     100.00%

## KEEP OUT OF THE REACH OF CHILDREN
## DANGER
See [back] [side] panel for additional precautionary statements
*[Based off of] [Based on] [Including] [Includes] [Using] [patented] Perquat™ technology*

**Manufactured for**
**STERILEX CORPORATION**
111 Lake Front Drive Hunt Valley, MD
Phone:  1-800-511-1659 Fax:  410-581-8864

Made in USA

EPA Reg. No. 63761-5
EPA Est. No. 21737-MN-01
EPA Est. No. 44636-CA-001
EPA Est. No. 67441-IL-001

[NET CONTENTS: _____] (*NOTE TO REVIEWER – this may be printed on container itself)
[LOT NUMBER:_____][BATCH NUMBER:_____] (*NOTE TO REVIEWER – this may be printed on container itself)

NOTIFICATION
Date Reviewed: 5/6/13
Reviewed By: _____

## DIRECTIONS FOR USE

It is a violation of Federal law to use this product in a manner inconsistent with its labeling.

## TREATMENT OF DENTAL UNIT WATER LINES

Important Notice:
Before using Sterilex Ultra please read the following information.
1. This product is to be used in conjunction with regular testing of dental unit water.
2. The manufacturer of the dental unit should be consulted before use of this product about compatibility of Sterilex Ultra with the dental unit.

1. Initial Start-Up Treatment: Treat the Dental Unit Water Lines (DUWL) for three consecutive nights.
2. Routine Treatment: Treat DUWL one night/week (Monday-Thursday recommended) after Initial Start-up treatment.

## How To Apply Sterilex Ultra Powder:

1. At the end of the workday, add eight (8) ounces of **HOT** water to a Sterilex measuring cup or other empty container.
2. Add [0.44 ounces (12.5 grams)][one packet] of Sterilex Ultra to the hot water. Use stirrer to mix or swirl to dissolve. Be sure all powder is dissolved. Pour pink liquid into an empty external dental unit water bottle. Do not use PET Bottles (See note for bottle requirements). Use within 24 hours after powder has been dissolved in water.
3. Run Sterilex Ultra mixture through the system until the pink mixture appears at the end of the A/W Syringe and Handpiece Line. Always remove the Handpiece.
4. Allow the mixture to sit in the unit overnight (Place the ends of waterlines into a sink or cuspidor in case any pink mixture drips overnight).
5. At the beginning of the next workday, discard any remaining mixture in external water bottle. Rinse the external water bottle with hot water.
6. Fill the external water bottle with hot water. Flush each line (A/W Syringe, Handpiece) until the bottle is empty.

Note: Do Not Use Thin Walled Polyethylene Terephthalate (PET) Bottles. We Recommend Either A High Density Polyethylene Bottle With A Minimum Thickness Of 0.08 Inches Or A High/Low Density Polyethylene Blend With A Minimum Thickness Of 0.14 Inches.

## DISINEFCTION OF HARD NON-POROUS SURFACES

One-Step Disinfectant – Cleaner

Sanitizer

Solid Floor Sanitizer

Staphylocidal – Pseudomonacidal – Salmonellacidal

Use within 24 hours after powder has been dissolved in water

**Sterilex Ultra Powder** is a hospital-use disinfectant at 0.42 lb per gallon (50 grams per liter), Bactericidal according to the current AOAC Use-Dilution Test Method modified in the presence of 400 ppm hard water plus 5% organic serum against:

[Bacteria:]
*Pseudomonas aeruginosa* (Pseudomonas) (ATCC# 15442)
*Staphylococcus aureus* (Staph) (ATCC# 6538)
*Salmonella enterica* (Salmonella) (ATCC# 10708)



## SANITIZING OF INANIMATE SURFACES

Sterilex Ultra Powder eliminates 99.9% of the following bacteria in 5 minutes according to the Standard Test Method for Efficacy of Sanitizers Recommended for Inanimate Non-Food Contact Surfaces:

*Enterobacter aerogenese* (ATCC 13048)
*Staphylococcus aureus* (ATCC 6538)
*Escherichia coli* (ATCC 11229)
*Listeria monocytogenes* (ATCC 49594)

**Sterilex Ultra Powder** is for use on washable hard, nonporous surfaces in: hospitals, medical and dental offices, nursing homes, health care facilities, ultrasonic baths (ultrasonic cleaning units), federally inspected food processing facilities, federally inspected meat and poultry plants, wineries, breweries, beverage manufacturing facilities, dairy farms, swine farms, poultry and turkey farms, farm premises, hatcheries, refrigerated trucks, kennels, pet animal quarters, zoos, pet shops, animal laboratories, veterinary facilities, animal care facilities, transportation terminals, hotels and motels, factories, business and office buildings, barber shops, salons, boats, ships, campers, trailers, mobile homes, homes, kitchens, bathrooms, household areas, cars, buses, trains, taxis, airplanes, restaurants, bars, cafeterias, institutional kitchens, food preparation and storage areas, convenience stores, food storage areas, public rest rooms, institutions, schools and colleges, athletic facilities, locker rooms, dressing rooms, shower and bath areas, and exercise equipment.

**Sterilex Ultra Powder** is for use on the following washable hard, nonporous surfaces:

Medical machines (x-ray, MRIs, CAT scanners), noncritical medical devices and equipment surfaces (that do not penetrate the body or contact the human bloodstream or mucous membranes);

Steam sterilizer water reservoirs, steam sterilizer water reservoir tubing;

Water reservoir tanks, water reservoir pipes, tanks, and piping systems used in food processing;

Floors, walls, countertops, stovetops, sinks, appliances, refrigerators, plastic and other nonporous cutting boards and chopping blocks; coolers, ice chests; non residential refrigerator bins for meat, fruit, vegetable and egg; food processing equipment (k-pac equipment, injectors, slicers, knives, steel mesh gloves, deboners, saws, grinders, cutters, racks, dairy equipment, interlocking belts, outside surfaces of kitchen equipment, beer fermentation and holding tanks, brewery pasteurizers, wine fermentation tanks, beverage dispensing equipment, beverage transfer lines, bottling or premix dispensing equipment), appliances exterior, refrigerators exterior;

Drinking water coolers, ice making machines, transfer line tubing, water lines, watering systems, farm animal nipple drinkers;

Cabinets, highchairs, garbage cans, garbage storage areas, refrigerated storage and display equipment, tables, picnic tables, outdoor furniture, chairs, desks, telephones, doorknobs, shower stalls, tubs and glazed tiles, whirlpool bathtubs, bathtubs, sinks, urinals, exterior toilet bowl surfaces, other bathroom fixtures;

Kennel runs, cages, waterers and feeders, automatic feeders, hauling equipment, dressing plants, loading equipment, farrowing barns and related areas (nursery blocks, creep areas), chutes, feed racks, mangers, troughs, fountains and waterers, forks, shovels, scrapers, barns, pens, stalls, facilities and fixtures occupied or traversed by animals, hatchery areas (egg receiving and holding, setter room, tray dumping, chick holding, processing and loading), trays, buggies, racks, egg flats, poultry buildings, ceilings, sidewalls and floors, drinkers and other poultry house related equipment;

Coils and drain pans of air conditioning and refrigeration equipment and heat pumps, conductive flooring;

Nonporous salon/barber tools and instruments (combs, brushes, scissors, blades, pedicure and manicure instruments, pedicure and manicure tubs);

Hard nonporous surfaces, listed on this label, that are made of metal, stainless steel, glazed porcelain, glazed ceramic, sealed stone, hard fiberglass, plastic (such as polystyrene, polypropylene), glazed porcelain tiling, enameled surfaces, finished/sealed and painted woodwork, finished floors, Formica®, vinyl and plastic upholstery.

## GENERAL CLEANING AND DISINFECTION:
APPLICATION INSTRUCTIONS:
Remove gross filth [soil] from all areas, articles and surfaces to be disinfected using a pre-clean, pre-flush, or pre-scrape and, if necessary, presoak. Mix 0.42 lbs Sterilex Ultra Powder per gallon of water [50 grams/liter]. Thoroughly wet surfaces by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. Allow surfaces to remain wet for at least 10 minutes. Do not breathe spray. Rinse all surfaces thoroughly with a potable water rinse.  Use within 24 hours after powder has been dissolved in water

PRECLEANING DIRECTIONS:
Although **Sterilex Ultra Powder** provides one-step cleaning and disinfection, precleaning may be desired for some surfaces in certain cases.
1) Prepare a precleaning solution by adding 0.01 - 0.21 lb. of **Sterilex Ultra Powder** to 1 gal. tap water [1-25 g of **Sterilex Ultra Powder** to 1 liter tap water] in an appropriate plastic container, depending on the level of gross filth to be precleaned.
2) Clean surfaces with precleaning solution by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, immersing, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping.
3) Rinse all surfaces thoroughly with a potable water rinse.

## SANITIZING DIRECTIONS FOR NON-FOOD CONTACT SURFACES
Add a solution of 0.93 ounces Sterilex Ultra Powder per gallon of water [7 grams/liter] (or equivalent use dilution) to sanitize hard, non-porous surfaces. Apply sanitizer use solution to pre-cleaned, hard, non-porous surfaces with a cloth, mop, sponge, sprayer, foaming or by immersion. For sprayer applications, use a coarse pump or trigger sprayer. Spray 6-9 inches [15-22 cm] from surface and rub with brush sponge or cloth.  Do not breathe spray. Treated surfaces must remain wet for 5 minutes, then wipe with sponge, mop or cloth or allow to air dry.  Use within 24 hours after powder has been dissolved in water.

[For food processing or other facilities that have installed entryway sanitizing systems.]

## ENTRYWAY SANITIZING SYSTEMS:
To prevent cross contamination of harmful organisms from area to area, set the entryway system to apply a solution of 0.93 ounces Sterilex Ultra Powder per gallon of water [7 grams/liter] (or equivalent use dilution).  The entire doorway path must be covered with the [spray] [foam] [footbath].  Ensure a continuous wet blanket of sanitizer solution is delivered to the [floor] [bath]. Use within 24 hours after powder has been dissolved in water.

## GLOVE DIP SANITIZING DIRECTIONS:
To prevent cross contamination into animal areas and the packaging and storage areas of food plants, dip pre-washed (plastic, latex or other synthetic rubber) non-porous gloved hands into a suitable clean container that contains enough freshly made sanitizing solution to cover the gloved area.  Do not let sanitizing solution come into contact with the exposed skin.  Make up the sanitizing solution by mixing 0.93 ounces  Sterilex Ultra Powder per gallon of water [7 grams/liter] (or equivalent use dilution).  Gloves must remain wet for 5 minutes.  Change the sanitizing solution in the bath daily.  **Do not let sanitizing solution come into contact with exposed skin.**

## GLOVE SPRAY SANITIZER DIRECTIONS:
Gloves must be sanitized before wearing. To prevent cross contamination from area to area in animals areas and the packaging and storage areas of food plants, spray pre-washed (plastic, latex or other synthetic rubber) gloves with enough freshly made sanitizing solution to cover the gloves. Do not let

sanitizing solution come into contact with the exposed skin. Make up the sanitizing solution by adding 0.93 ounces Sterilex Ultra Powder per gallon of water [7 grams/liter] (or equivalent use dilution). Apply use solution prior to [usage] [wearing], using a coarse spray device, completely covering all glove surfaces. After applying solution, allow gloves to remain wet for at least 5 minutes. Let surface air dry thoroughly before wearing gloves. NO POTABLE WATER RINSE IS ALLOWED. [Change the solution] [A Fresh solution must be prepared] [Prepare a fresh solution] at least daily or [more often if use solution] [when solution appears] becomes visibly [dirty] [soiled] [diluted].

## SANITIZATION OF HARD, NON-POROUS (INANIMATE) (ENVIRONMENTAL) SURFACES ON [(PERSONAL PROTECTIVE EQUIPMENT) (PPE)]:

[Add] [Mix] 0.93 ounces Sterilex Ultra Powder per gallon of water [7 grams/liter] (or equivalent use dilution). Gently mix for uniform solution. Apply solution to hard, non-porous [inanimate] [environmental] surfaces of the [Personal Protective Equipment] [PPE] with a brush, cloth, mop, sponge, auto scrubber, mechanical spray device, foam or by immersion. Thoroughly wet all surfaces to be sanitized. Treated surfaces must remain wet for five (5) minutes. Remove excess solution from equipment prior to storage. Change cloth, sponge or towels frequently to avoid redeposition of soil. [Change the solution] [A Fresh solution must be prepared] [Prepare a fresh solution] at least daily or [more often if use solution] [when solution appears] becomes visibly [dirty] [soiled] [diluted].

## SHOE FOAM DIRECTIONS:

Apply a foam layer that is approximately 0.5 to 2 inches [1.2 cm to 5 cm] thick at all entrances using a foam generating machine or aerator and a solution containing 0.93 ounces Sterilex Ultra Powder per gallon of water [7 grams/liter] (or equivalent use dilution). Scrape waterproof shoes and boots. Walk through foamed. Boots must remain wet for at least 5 minutes prior to entering area. Foamed entranceways must be washed and the foam replaced at least daily or when it foam/area appears dirty. Foam should be applied to entrances of buildings, hatcheries, production and packaging rooms to prevent cross contamination from area to area in the packaging and storage areas of food plants. Use within 24 hours after powder has been dissolved in water

## APPLICATION INSTRUCTIONS FOR USE AS A FLOOR SANITIZER:

After cleaning and sanitizing equipment, [apply] [sprinkle] [spread] Sterilex Ultra Powder evenly to the floor and drain surface, at a rate of 3.7 oz. [105 grams] per 100 square feet of floor surface containing 1.3 fl. oz. – 5.1 fl. oz. [38 ml – 150 ml] of processing water per square foot. Product may be re-applied as needed during the production process. Sterilex Ultra Powder does not become active until it comes in contact with moisture on the floor.

Sterilex Ultra Powder has been evaluated at a concentration that supports a dilution of 0.93 ounces/gallon [7 grams/liter] in the presence of 5% soil contamination and in waters up to 500ppm hardness (29.2 gpg calculated as CaCO3). Treated surfaces must remain wet for 5 minutes.

Sterilex Ultra Powder was evaluated using the Non-Food Contact Surface Sanitizer Test and was proven to be effective against the following organisms:

Staphylococcus aureus (ATCC 6538)          Enterobacter aerogenes (ATCC 13048)
Escherichia coli (ATCC 11229)               Listeria monocytogenes (ATCC 49594)

## DISINFECTION IN HOSPITALS, MEDICAL OFFICES, DENTAL OFFICES, DENTAL OPERATORIES, NURSING HOMES AND OTHER HUMAN HEALTH CARE FACILITIES:

NOTE:
This product is not to be used as a terminal sterilant/high level disinfectant on any surface or instrument that (1) is introduced directly into the human body, either into or in contact with the bloodstream or normally sterile areas of the body, or (2) contacts intact mucous membranes but which does not ordinarily penetrate the blood barrier or otherwise enter normally sterile areas of the body. This product may be used to pre-clean or decontaminate critical or semi-critical medical devices prior to sterilization or high-level disinfection.

**APPLICATION INSTRUCTIONS:**
1) Add 0.42 lb. of **Sterilex Ultra Powder** to 1 gal. tap water [50 g of **Sterilex Ultra Powder** to 1 liter tap water] in an appropriate plastic container and stir.  Be sure all powder is dissolved.
2) Thoroughly wet surfaces with use-solution by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping.
3) Allow surfaces to remain wet for at least 10 minutes
4) Rinse all surfaces thoroughly with a potable water rinse.
Use product within 24 hours after powder has been dissolved in water.

**INSTRUMENT PRE-SOAK:**
For use as an instrument pre-soak, prepare a solution by adding 0.42 lb. of **Sterilex Ultra Powder** to 1 gal. tap water [50 g of **Sterilex Ultra Powder** to 1 liter tap water]  in an appropriate plastic container and stir.  Immerse instruments completely and allow to soak for 10 minutes. Rinse all surfaces thoroughly with a potable water rinse. Instruments must undergo high-level disinfection or sterilization following pre-soak treatment.  Use product within 24 hours after powder has been dissolved in water.

**DISINFECTION IN ULTRASONIC BATHS:**

NOTE:
Use **Sterilex Ultra Powder** to disinfect hard nonporous non-critical objects compatible with Ultrasonic Cleaning Units.

**APPLICATION INSTRUCTIONS:**
1) Pre-clean heavily soiled objects following the PRECLEANING INSTRUCTIONS on this label.
2) Add 0.42 lb. of **Sterilex Ultra Powder** to 1 gal. tap water [50 g of **Sterilex Ultra Powder** to 1 liter tap water] in an appropriate plastic container and stir.
3) Pour fresh use-solution directly into bath chamber.
4) Place objects into unit and operate for a minimum of 10 minutes, according to the manufacturer's directions.
5) Remove objects and wash with sterile water (sterile water for injection) and allow to air dry.
6) Prepare fresh solution for each use.
Use product within 24 hours after powder has been dissolved in water.

**DISINFECTION OF FOOD PROCESSING EQUIPMENT AND HARD SURFACES IN FOOD PROCESSING FACILITIES, BREWERIES, WINERIES AND OTHER BEVERAGE MANUFACTURING FACILITIES, RESTAURANTS, BARS, CAFETERIAS, INSTITUTIONAL KITCHENS, CONVENIENCE STORES FOOD PREPARATION AREAS, FOOD STORAGE AREAS AND FOOD SERVICE AREAS:**

NOTE: Before use in federally inspected meat and poultry food processing plants and dairies, food products and packaging materials must be removed from the room or carefully protected. Follow all applicable local health and sanitation codes for sanitizing food processing equipment post-disinfection.

**APPLICATION INSTRUCTIONS FOR SURFACES:**
1) Remove gross food particles and soil from all articles using a pre-flush, or pre-scrape and, if necessary, presoak.
2) Add 0.42 lb. of **Sterilex Ultra Powder** to 1 gal. tap water [50 g of **Sterilex Ultra Powder** to 1 liter tap water] in an appropriate plastic container and stir.
3) Thoroughly wet surfaces with use-solution by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, immersing, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping.
4) Allow surfaces to remain wet for at least 10 minutes
5) Rinse all surfaces thoroughly with a potable water rinse.
Use product within 24 hours after powder has been dissolved in water.

**APPLICATION INSTRUCTIONS FOR TRANSFER LINES:**
1) Add 0.42 lb. of **Sterilex Ultra Powder** to 1 gal. tap water [50 g of **Sterilex Ultra Powder** to 1 liter tap

water] in an appropriate plastic container and stir.
2) Introduce use solution into transfer lines and tanks.
3) Soak or circulate use solution for at least 10 minutes.
4) Drain transfer lines.
5) Rinse all surfaces thoroughly with a potable water rinse.
Use product within 24 hours after powder has been dissolved in water.

PREPARATION OF NON-FOOD CONTACT SANITIZER USE SOLUTION:
For heavily soiled areas, a preliminary cleaning is required. [Add] [Mix] 0.93 ounces Sterilex Ultra Powder per gallon of water [7 grams/liter] (or equivalent use dilution). Apply sanitizer use solution to hard, nonporous [inanimate] [environmental] non-food contact surfaces with a brush, cloth, mop, sponge, auto scrubber, sprayer, coarse pump, foam or by immersion so as to thoroughly wet surface to be sanitized. For sprayer applications, spray 6-8 inches from surface. Do not breathe spray. Rub with brush, cloth, or sponge. Treated surfaces must remain wet for 5 minutes. [Rinse] [Wipe up excess liquid] [Allow to air dry]. Use product within 24 hours after powder has been dissolved in water.

[For food processing or other facilities that have installed entryway sanitizing systems.]

ENTRYWAY SANITIZING SYSTEMS:
To prevent cross contamination of harmful organisms from area to area, set the entryway system to apply a solution of 0.93 ounces Sterilex Ultra Powder per gallon of water (7 grams/liter) (or equivalent use dilution). The entire doorway path must be covered with the [spray] [foam] [footbath]. Ensure a continuous wet blanket of sanitizer solution is delivered to the [floor] [bath]. Use within 24 hours after powder has been dissolved in water.

**GLOVE DIP SANITIZING DIRECTIONS:**
To prevent cross contamination into animal areas and the packaging and storage areas of food plants, dip pre-washed (plastic, latex or other synthetic rubber) non-porous gloved hands into a suitable clean container that contains enough freshly made sanitizing solution to cover the gloved area. Do not let sanitizing solution come into contact with the exposed skin. Make up the sanitizing solution by mixing 0.93 ounces Sterilex Ultra Powder per gallon of water [7 grams/liter] (or equivalent use dilution). Gloves must remain wet for 5 minutes. Change the sanitizing solution in the bath daily. **Do not let sanitizing solution come into contact with exposed skin.**

**GLOVE SPRAY SANITIZER DIRECTIONS:**
Gloves must be sanitized before wearing. To prevent cross contamination from area to area in animals areas and the packaging and storage areas of food plants, spray pre-washed (plastic, latex or other synthetic rubber) gloves with enough freshly made sanitizing solution to cover the gloves. Do not let sanitizing solution come into contact with the exposed skin. Make up the sanitizing solution by adding 0.93 ounces Sterilex Ultra Powder per gallon of water (7 grams/liter) (or equivalent use dilution). Apply use solution prior to [usage] [wearing] using a coarse spray device, completely covering all glove surfaces. After applying solution, allow gloves to remain wet for at least five minutes. Let surface air dry thoroughly before wearing gloves. NO POTABLE WATER RINSE IS ALLOWED. [Change the solution] [A Fresh solution must be prepared] [Prepare a fresh solution] at least daily or [more often if use solution] [when solution appears] becomes visibly [dirty] [soiled] [diluted].

**SANITIZATION OF HARD, NON-POROUS [INANIMATE] [ENVIRONMENTAL] SURFACES ON [PERSONAL PROTECTIVE EQUIPMENT] [PPE]:**
(Add) (Mix) 0.93 ounces Sterilex Ultra Powder per gallon of water [7 grams/liter] (or equivalent use dilution). Gently mix for uniform solution. Apply solution to hard, non-porous [inanimate] [environmental] surfaces of the (Personal Protective Equipment) (PPE) with a brush, cloth, mop, sponge, auto scrubber, mechanical spray device, foam or by immersion. Thoroughly wet all surfaces to be sanitized. Treated surfaces must remain wet for five (5) minutes. Remove excess solution from equipment prior to storage. Change cloth, sponge or towels frequently to avoid redeposition of soil. [Change the solution] [A Fresh solution must be prepared] [Prepare a fresh solution] at least daily or [more often if use solution] [when solution appears] becomes visibly [dirty] [soiled] [diluted].

**SHOE FOAM DIRECTIONS:**
Apply a foam layer that is approximately 0.5 to 2 inches [1.2 cm to 5 cm] thick at all entrances using a foam generating machine or aerator and a solution containing 0.93 ounces Sterilex Ultra Powder per gallon of water [7 grams/liter] (or equivalent use dilution). Scrape waterproof shoes and boots. Walk through foamed. Boots must remain wet for at least 5 minutes prior to entering area. Foamed entranceways must be washed and the foam replaced at least daily or when it foam/area appears dirty. Foam should be applied to entrances of buildings, hatcheries, production and packaging rooms to prevent cross contamination from area to area in the packaging and storage areas of food plants.  Use within 24 hours after powder has been dissolved in water.

**APPLICATION INSTRUCTIONS FOR USE AS A FLOOR SANITIZER:**
After cleaning and sanitizing equipment, [apply] [sprinkle] [spread] Sterilex Ultra Powder evenly to the floor and drain surface, at a rate of 3.7 oz. (105 grams) per 100 square feet of floor surface containing 1.3 fl. oz. – 5.1 fl. oz. (38 ml – 150 ml) of processing water per square foot. Product may be re-applied as needed during the production process. Sterilex Ultra Powder does not become active until it comes in contact with moisture on the floor.

Sterilex Ultra Powder has been evaluated at a concentration that supports a dilution of 0.93 ounces/gallon [7 grams/liter] in the presence of 5% soil contamination and in waters up to 500ppm hardness (29.2 gpg calculated as CaCO3). Treated surfaces must remain wet for 5 minutes.

Sterilex Ultra Powder was evaluated using the Non-Food Contact Surface Sanitizer Test and was proven to be effective against the following organisms:

*Staphylococcus aureus* (ATCC 6538)          *Enterobacter aerogenes* (ATCC 13048)
*Escherichia coli* (ATCC 11229)               *Listeria monocytogenes* (ATCC 49594)

**DISINFECTION OF VETERINARY FACILITIES, ANIMAL CARE FACILITIES, ANIMAL LABORATORIES, ZOOS,  PET SHOPS, KENNELS AND ANIMAL QUARTERS, FARM AND DAIRY FARM PREMISES, POULTRY AND SWINE PREMISES, FARM AND DAIRY FARM PREMISE EQUIPMENT, POULTRY AND SWINE PREMISE EQUIPMENT AND HATCHERIES.**
1) Remove all animals and feed from premises, vehicles, and enclosures.
2) Remove all litter and manure from floors, walls and surfaces of barns, pens, stalls, chutes, and other facilities and fixtures occupied or traversed by animals.
3) Empty all troughs, racks, and other feeding and watering appliances.
4) Thoroughly clean all surfaces with soap or detergent and rinse with water or follow PRECLEANING INSTRUCTIONS on this label.
5) Saturate all surfaces with a solution prepared by adding 0.42 lb. of **Sterilex Ultra Powder** to 1 gal. tap water [50 g of **Sterilex Ultra Powder** to 1 liter tap water] in an appropriate plastic container and stirring.
6) Thoroughly wet surfaces with use-solution by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. The use-solution can be used to disinfect hatchers, setters, trays, racks, carts, sexing tables, delivery trucks and other hard surfaces in hatcheries. Immerse all halters, ropes, and other types of equipment used in handling and restraining animals, as well as forks, shovels, and scrapers used for removing litter and manure.
7) Allow surfaces to remain wet for at least 10 minutes
8) Rinse all surfaces thoroughly with a potable water rinse.
9) Ventilate buildings, cars, boats, and other closed spaces. Do not house livestock or employ equipment until treatment has been absorbed, set, or dried.
10) Thoroughly scrub all treated feed racks, mangers, troughs, automatic feeders, fountains, and waterers with soap or detergent, and rinse with potable water before reuse.
Use product within 24 hours after powder has been dissolved in water.

APPLICATION INSTRUCTIONS FOR TRANSFER LINES:
1) Add 0.42 lb. of **Sterilex Ultra Powder** to 1 gal. tap water [50 g of **Sterilex Ultra Powder** to 1 liter tap water]  in an appropriate plastic container and stir.

2) Introduce use solution into transfer lines and tanks for watering systems and nipple drinkers.
3) Soak or circulate use solution for at least 10 minutes.
4) Drain transfer lines and tanks.
5) Rinse all surfaces thoroughly with a potable water rinse.
Use product within 24 hours after powder has been dissolved in water.

PREPARATION OF NON-FOOD CONTACT SANITIZER USE SOLUTION:
For heavily soiled areas, a preliminary cleaning is required. [Add] [Mix] 0.93 ounces Sterilex Ultra Powder per gallon of water [7 grams/liter] (or equivalent use dilution). Apply sanitizer use solution to hard, nonporous [inanimate] [environmental] non-food contact surfaces with a brush, cloth, mop, sponge, auto scrubber, sprayer, coarse pump, foam or by immersion so as to thoroughly wet surface to be sanitized. For sprayer applications, spray 6-8 inches from surface. Do not breathe spray. Rub with brush, cloth, or sponge. Treated surfaces must remain wet for 5 minutes. [Rinse] [Wipe up excess liquid] [Allow to air dry]. Use product within 24 hours after powder has been dissolved in water.

**DISINFECTION IN REFRIGERATED TRUCKS AND OTHER VEHICLES, INSTITUTIONS, INDUSTRIAL FACILITIES, SCHOOLS, ATHLETIC FACILITIES, REST ROOMS, HOTELS, MOTELS, OFFICE BUILDINGS AND OTHER PUBLIC AREAS, AND HOUSEHOLDS:**

APPLICATION INSTRUCTIONS:
1) Add 0.42 lb. of **Sterilex Ultra Powder** to 1 gal. tap water [50 g of **Sterilex Ultra Powder** to 1 liter tap water] in an appropriate plastic container and stir.
2) Thoroughly wet surfaces with use-solution by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. Clean all areas of vehicles, including mats, crates, cabs and wheels.
3) Allow surfaces to remain wet for at least 10 minutes.
4) Rinse all surfaces thoroughly with a potable water rinse.
Use product within 24 hours after powder has been dissolved in water.

**DISINFECTION OF SALON (BARBER) INSTRUMENTS AND TOOLS:**

APPLICATION INSTRUCTIONS:
1) Add 0.42 lb. of **Sterilex Ultra Powder** to 1 gal. tap water [50 g of **Sterilex Ultra Powder** to 1 liter tap water] in an appropriate plastic container and stir.
2) Completely immerse combs, brushes, plastic rollers, manicure and other hard, nonporous salon instruments and tools for 10 minutes.
3) Allow surfaces to remain wet for at least 10 minutes.
4) Rinse all thoroughly with potable water and dry before use.
5) Fresh solution must be prepared daily or more often if solution becomes diluted or soiled.
Use product within 24 hours after powder has been dissolved in water.

NOTE:
Plastics may remain immersed until ready to use. Stainless steel shears and instruments must be removed after 10 minutes, rinsed, dried and kept in a clean, non-contaminated receptacle. Prolonged soaking may cause damage to metal instruments.

**PRECLEANING OF WHIRLPOOL BATH, SPA AND JACUZZI TUB SURFACES:**
Close the Whirlpool bath, Spa or Jacuzzi to bathers. Turn off/close all chemical treatment lines, sensors, chlorine (bromine) feeders and pH chemical adjusters. The amount of water to be treated equals the capacity in gallons of the Whirlpool batch, spa or Jacuzzi tub. Add 0.01 – 0.21 lbs. of **Sterilex Ultra Powder** in 1 gallon of water [1-25 g of **Sterilex Ultra Powder** to 1 liter water] to be treated. Briefly start the pump to circulate the solution. Turn off the pump. Wash down the sides, seat of the chair and any and all related equipment with a clean swab, sponge or brush. Drain solution from the unit and rinse cleaned surfaces and equipment with fresh water. Use product within 24 hours after powder has been dissolved in water.

**DISINFECTION OF WHIRLPOOL BATH, SPA AND JACUZZI TUB SURFACES:**
NOTE: During treatment bathers must not enter the whirlpool, spa and Jacuzzi tubs.
1. Turn off/close all chemical treatment lines, sensors, chlorine (bromine) feeders and pH chemical adjusters.
2. The amount of water to be treated equals the capacity in gallons of the Whirlpool bath, spa or Jacuzzi tub. Add 0.42 lbs of product per gallon of water [50 g of **Sterilex Ultra Powder** to 1 liter water] to be treated.
3. Begin circulation of the product to assure even distribution of the product through the piping systems. Circulate the product for at least 10 minutes after the product has been evenly distributed through the piping system.
4. Drain the entire system. Flush (rinse) the entire system by refilling the entire system with clean fresh water.
5. Rinse all cleaned surfaces with fresh water.
Use product within 24 hours after powder has been dissolved in water.

## PRECAUTIONARY STATEMENTS
### Hazard To Humans And Domestic Animals.
**DANGER.** Corrosive. Causes irreversible eye damage and skin burns. Harmful if swallowed or absorbed through skin. Wear protective eyewear (goggles and/or face shield), protective clothing and waterproof gloves. Wash thoroughly with soap and water after handling and before eating, drinking, chewing gum, using tobacco or using the toilet. Remove contaminated clothing and wash clothing before reuse.

WHEN POWDER IS DILUTED: Causes moderate eye irritation. Harmful if absorbed through skin or inhaled. Avoid breathing vapor. Avoid contact with eyes, skin or clothing. Wash thoroughly with soap and water after handling and before eating, drinking, chewing gum, using tobacco or using the toilet. Remove contaminated clothing and wash clothing before reuse

## FIRST AID
IF IN EYES: Hold eye open and rinse slowly and gently with water for 15-20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing. Call a poison control center or doctor for treatment advice.
IF ON SKIN: Take off contaminated clothing. Rinse skin immediately with plenty of water for 15-20 minutes. Call a poison control center or doctor for treatment advice.
IF SWALLOWED: Call a poison control center or doctor immediately for treatment advice. Have person sip a glass of water if able to swallow. Do not induce vomiting unless told to do so by a poison control center or doctor. Do not give anything by mouth to an unconscious person.
IF INHALED: Move person to fresh air. If person is not breathing, call 911 or an ambulance, then give artificial respiration, preferably by mouth-to-mouth, if possible. Call a poison control center or doctor for further treatment advice.
NOTE TO PHYSICIAN: Probable mucosal damage may contraindicate the use of gastric lavage.

## STORAGE AND DISPOSAL
**PESTICIDE STORAGE:** Keep out of children's reach. Store at room temperature out of direct sunlight. DO NOT store about 30°C (or 86°F).
**PESTICIDE DISPOSAL:** Pesticide wastes are acutely hazardous. Improper disposal of excess pesticide, spray mixture or rinsate is a violation of Federal Law. If these wastes cannot be disposed of by use according to label instructions, contact your State Pesticide or Environmental Control Agency, or the Hazardous Waste Representative at the nearest EPA Regional Office for guidance.
**CONTAINER DISPOSAL:**
[**(NOTE TO REVIEWER: The following language is for the nonrefillable 0.44-ounce (12.5-gram) packet only)** Nonrefillable container. Do not reuse or refill this container. Offer for recycling; if available or puncture and dispose of in a sanitary landfill, or by other procedures approved by state and local authorities. If rinsate cannot be used, follow pesticide disposal instructions. Completely empty packet into application equipment by shaking and tapping sides and bottom to loosen clinging particles. If not

emptied in this manner, the packet may be considered an acute hazardous waste and must be disposed in accordance with local, state and federal regulations. When completely empty discard packet in trash.]

[(**NOTE TO REVIEWER: The following language is for <u>nonrefillable</u> fiber drum with plastic liner bag containers having a capacity greater than 5 pounds**) Nonrefillable container. Do not reuse or refill this container. Offer for recycling, if available or puncture and dispose of in a sanitary landfill, or by other procedures approved by state and local authorities. ~~If rinsate cannot be used, follow pesticide disposal instructions.~~ Completely empty bag into application equipment by shaking and tapping sides and bottom to loosen clinging particles. If not emptied in this manner, the bag may be considered an acute hazardous waste and must be disposed in accordance with local, state and federal regulations. When completely empty, offer for recycling if available or dispose of bag in a sanitary landfill or by incineration, or, if allowed by state and local authorities, by burning. If burned, stay out of smoke.]

[(**NOTE TO REVIEWER: The following language is for <u>nonrefillable</u> rigid plastic containers having a capacity of 10 pounds or less**) ~~Nonrefillable container. Do not reuse or refill this container. Offer for recycling, if available or puncture and dispose of in a sanitary landfill, or by other procedures approved by state and local authorities. If rinsate cannot be used, follow pesticide disposal instructions. If not triple rinsed these containers are acute hazardous wastes and must be disposed in accordance with local, state and federal regulations.~~

<u>Nonrefillable container.</u> Triple rinse container (or equivalent) promptly after emptying. Triple rinse as follows: Fill the container ¼ full with water and recap. Shake for 10 seconds. Drain for 10 seconds after the flow begins to drip. Repeat this procedure two more times. Dispose of rinsate as pesticide waste. <u>Do not reuse or refill this container. Offer for recycling, if available or puncture and dispose of in a sanitary landfill, or by other procedures approved by state and local authorities. If rinsate cannot be used, follow pesticide disposal instructions. If not triple rinsed these containers are acute hazardous wastes and must be disposed in accordance with local, state and federal regulations.]</u>

[(**NOTE TO REVIEWER: The following language is optional for <u>nonrefillable</u> rigid plastic containers having a capacity of 10 pounds or less when "or pressure rinse" appears in the Container Disposal statement**) ~~Nonrefillable container. Do not reuse or refill this container. Offer for recycling, if available or puncture and dispose of in a sanitary landfill, or by other procedures approved by state and local authorities. If rinsate cannot be used, follow pesticide disposal instructions. If not triple rinsed these containers are acute hazardous wastes and must be disposed in accordance with local, state and federal regulations.~~

<u>Nonrefillable container.</u> Triple rinse or pressure rinse container (or equivalent) promptly after emptying. Pressure rinse as follows: Insert pressure rinsing nozzle in the side of the container, and rinse at about 40 PSI for at least 30 seconds. Drain for 10 seconds after the flow begins to drip. Dispose of rinsate as pesticide waste. <u>Do not reuse or refill this container. Offer for recycling, if available or puncture and dispose of in a sanitary landfill, or by other procedures approved by state and local authorities. If rinsate cannot be used, follow pesticide disposal instructions. If not triple rinsed these containers are acute hazardous wastes and must be disposed in accordance with local, state and federal regulations.]</u>



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
**WASHINGTON, D.C. 20460**

APR 25 2013

OFFICE OF
PREVENTION, PESTICIDES AND
TOXIC SUBSTANCES

Ms. Wendy McCombie
Lewis and Harrison
c/o Sterilex Corporation
122 C Street, N.W. Suite 505
Washington, D.C. 20001

Subject:  Sterilex Ultra Disinfectant Cleaner Solution 1
          EPA Registration Number 63761-8
          Your Amendment Dated December 4, 2012
          EPA Received Date December 6, 2012

The amendment referred to above, submitted in connection with registration under
section 3(c)(7)(A) of the Federal Insecticide, Fungicide, and Rodenticide Act, FIFRA, as
amended, to add use sites, directions for use, and additional labeling claims, is acceptable.

The submitted efficacy data (MRID No. 9010901) supports the use of the product,
Sterilex Ultra Disinfectant Cleaner Solution I ( when used in conjunction with combined
with  the Sterilex Activator Solution) with tap water, as a non-food contact sanitizer
against the following organisms on hard, non-porous surfaces for a 3 minute contact time:

Enterobacter aerogenes (ATCC 13048)
Staphylococcus aureus (ATCC 6538)

The proposed label claims that the product, Sterilex Ultra Disinfecting Cleaner Solution
1 when used in conjunction with the Sterilex Activator Solution, is an effective non-food
contact sanitizer against the following microorganisms on hard, non-porous surfaces for a
10 minute contact time in the presence of a 5% organic soil load :

Enterobacter aerogenes (ATCC 13048)
Staphylococcus aureus (ATCC 6538)

A stamped copy of the labeling is enclosed. Submit three (3) copies of your final printed
labeling before distributing or selling the product bearing the revised labeling.

Submit and/or cite all data required for registration /reregistration of your product under
FIFRA section 3(c)(5) when the Agency requires all registrants of similar products to
submit such data.

If the above conditions are not complied with, the registration will be subject to cancellation in accordance with FIFRA section 6(e). Your release for shipment of the product bearing the amended labeling constitutes acceptance of these conditions.

If you have any questions concerning this letter, please contact Karen M. Leavy-Munk at (703)-308-6237.

Sincerely,

Marshall Swindell
Product Manager 33
Regulatory Management Branch I
Antimicrobial Division(7510P)

# Sterilex Ultra Disinfectant Cleaner Solution 1

For disinfectant and public health use sites, this is part one of a two-part product and must be used with Sterilex Ultra Activator Solution.

For biocide and non-public health use sites, the use of Sterilex Ultra Activator Solution may not be required.

[(Based off of) (Based on) (Including) (Includes) (Using) patented PerQuat$^{TM}$ technology]

Please consult the directions for use for specific instructions.

One-Step Disinfectant – Cleaner

Sanitizer

Staphylocidal – Pseudomonacidal – Salmonellacidal – Listericidal – Virucidal – Fungistat/Mildewstat

Effective against mycotoxin-producing molds

Removes* Biofilm From Dental Unit Water Lines

*laboratory studies show >90% removal

Kills/inactivates:
- E. coli
- Avian Influenza
- Zygosaccharomyces bailii
- Aspergillus niger
- Enterobacter aerogenese

ACCEPTED
with COMMENTS
in EPA Letter Dated:
APR 2 5 2013

Under the federal insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No. 63761-8

Active Ingredients:

| Ingredient | % |
|---|---|
| n-Alkyl (C12 68%, C14 32%) dimethylethylbenzyl ammonium chloride | 3.00% |
| n-Alkyl (C14 60%, C16 30%, C12 5%, C18 5%) dimethylbenzyl ammonium chloride | 3.00% |
| Hydrogen peroxide | 6.30% |
| Inert Ingredients: | 87.70% |
| TOTAL: | 100.00% |

## KEEP OUT OF REACH OF CHILDREN
# DANGER
SEE SIDE PANEL FOR ADDITIONAL PRECAUTIONARY STATEMENTS

### FIRST AID

**IF IN EYES:** Hold eye open and rinse slowly and gently with water for 15 – 20 minutes. Remove contact lenses, if present, after the first 5 minutes, then continue rinsing eye.
**IF ON SKIN OR CLOTHING:** Take off contaminated clothing. Rinse skin immediately with plenty of water for 15 – 20 minutes.
**IF INHALED:** Move person to fresh air. If person is not breathing, call 911 or an ambulance, then give artificial respiration, preferably by mouth-to-mouth, if possible. Call a poison control center or doctor for further treatment advice.
**IF SWALLOWED:** Call a poison control center or doctor immediately for treatment advice. Have person sip a glass of water if able to swallow. Do not induce vomiting unless told to do so by the poison control center or doctor. Do not give anything by mouth to an unconscious person.

Call a Poison Control Center or doctor for treatment advice. Have the product container or label with you when calling a Poison Control Center or doctor or going for treatment.

**NOTE TO PHYSICIAN:** Probable mucosal damage may contraindicate the use of gastric lavage.

EPA Reg. No. 63761-8

EPA Est. No. 4875-NJ-001
EPA Est. No. 44636-CA-001
EPA Est. No. 21737-MN-01
EPA Est. No. 62788-AL-01
EPA Est. No. 60156-IL-001
EPA Est. No. 56485-PA-001
EPA Est. No. 085684-AL-001
EPA Est. No. 12487-OH-1
EPA Est. No. 65072-CO-001
EPA Est. No. 65072-IL-001
EPA Est. No. 65072-OH-005
EPA Est. No. 65072-OH-006
EPA Est. No. 65072-PA-002
EPA Est. No. 65072-WA-001
EPA Est. No. 1270-GA-1
EPA Est. No. 1270-TX-1
EPA Est. No. 40849-GA-1

*ACCEPTED*
*with COMMENTS*
*in EPA Letter Dated:*

*APR 2 5 2013*
*Under the Federal Insecticide,*
*Fungicide, and Rodenticide Act as*
*amended, for the pesticide,*
*registered under EPA Reg. No. 63761-8*

Net Contents {1, 2.5, 5, 15, 30, 55, 275, 305} Gallons*(NOTE TO REVIEWER – this may be printed on container itself)*

[Lot Number:_____][Batch Number:_____]*(NOTE TO REVIEWER – this may be printed on container itself)*

Manufactured by
Sterilex Corporation
111 Lake Front Drive
Hunt Valley, MD 21015
phone 443-541-8800 or 1-800-511-1659, fax  443-541-8803

## PRECAUTIONARY STATEMENTS
## HAZARDS TO HUMANS AND DOMESTIC ANIMALS
**DANGER**:  Corrosive.  Causes irreversible eye damage and skin burns.  May be fatal if inhaled.   Harmful if swallowed or absorbed through skin.  Do not get in eyes, on skin or on clothing.  Do not breathe vapor or spray mist.  Wear goggles and/or face shield, protective clothing and rubber gloves when handling.  Wash thoroughly with soap and water after handling and before eating, drinking, chewing gum using tobacco or using the toilet.  Remove contaminated clothing and wash clothing before reuse.  Prolonged or frequently repeated skin contact may cause allergic reactions in some individuals.

## ENVIRONMENTAL HAZARDS

This pesticide is toxic to fish.  Do not discharge effluent containing this product into lakes, streams, ponds, estuaries, oceans or other waters unless in accordance with the requirements of a National Pollutant Discharge Elimination System (NPDES) permit and the permitting authority has been notified in writing prior to diswmcharge. Do not discharge effluent containing this product to sewer systems without previously notifying the local sewage treatment plant authority.  For guidance, contact your State Water Board or Regional Office of the EPA.

## PHYSICAL AND CHEMICAL HAZARDS

When exposed to fire, **Sterilex Ultra Disinfectant Cleaner Solution 1** may release oxygen and oxides of carbon and/or nitrogen.

## STORAGE AND DISPOSAL

Do not contaminate water, food, or feed by storage or disposal.
**PESTICIDE STORAGE:** Keep product in closed original container when not in use.  Store in a cool area away from potential sources of heat, open flames, sunlight or other chemicals.  Store product below 90°F.
**PESTICIDE DISPOSAL:** Pesticide wastes are acutely hazardous.  Improper disposal of excess pesticide, spray or mixture or rinsate is a violation of Federal Law.  If these wastes cannot be disposed of by use according to label instructions, contact your State Pesticide or Environmental Control Agency, or the Hazardous Waste representative at the nearest EPA Regional Office for guidance.

**CONTAINER DISPOSAL:** Nonrefillable container. Do not reuse or refill this container. Offer for recycling, if available or puncture and dispose of in a sanitary landfill, or by other procedures approved by state and local authorities. If rinsate cannot be used, follow pesticide disposal instructions. If not triple rinsed these containers are acute hazardous wastes and must be disposed in accordance with local, state and federal regulations. Triple rinse [or pressure rinse] container (or equivalent) promptly after emptying.

[(*NOTE TO REVIEWER: The following language is for containers having a capacity of 5 gallons or less*) Triple rinse as follows: Empty the remaining contents into application equipment or a mix tank and drain for 10 seconds after the flow begins to drip. Fill the container ¼ full with water and recap. Shake for 10 seconds. Pour rinsate into application equipment or mix tank or store rinsate for later use or disposal. Drain for 10 seconds after the flow begins to drip. Repeat this procedure two more times.]

[(*NOTE TO REVIEWER: The following language is optional for containers having a capacity of 5 gallons or less when "or pressure rinse" appears in the above Container Disposal statement*) Pressure rinse as follows: Empty the remaining contents into application equipment or a mix tank and continue to drain for 10 seconds after the flow begins to drip. Hold container upside down over application equipment or mix tank or collect rinsate for later use or disposal. Insert pressure rinsing nozzle in the side of the container, and rinse at about 40 PSI for at least 30 seconds. Drain for 10 seconds after the flow begins to drip.]

[(*NOTE TO REVIEWER: The following language is for containers having a capacity greater than 5 gallons*) Triple rinse as follows: Empty the remaining contents into application equipment or a mix tank. Fill the container ¼ full with water. Replace and tighten closures. Tip container on its side and roll it back and forth, ensuring at least one complete revolution, for 30 seconds. Stand the container on its end and tip it back and forth several times. Turn the container over onto its other end and tip it back and forth several times. Empty the rinsate into application equipment or a mix tank or store rinsate for later use or disposal. Repeat this procedure two more times.]

[(*NOTE TO REVIEWER: The following language is optional for containers having a capacity greater than 5 gallons when "or pressure rinse" appears in the above Container Disposal statement*) Pressure rinse as follows: Empty the remaining contents into application equipment or a mix tank and continue to drain for 10 seconds after the flow begins to drip. Hold container upside down over application equipment or mix tank or collect rinsate for later use or disposal. Insert pressure rinsing nozzle in the side of the container, and rinse at about 40 PSI for at least 30 seconds. Drain for 10 seconds after the flow begins to drip.]

## DIRECTIONS FOR USE

It is a violation of Federal Law to use this product in a manner inconsistent with its labeling.

For disinfectant and public health use sites, this is part one of a two-part product and must be used with Sterilex Ultra Activator Solution.

For biocide and non-public health use sites, the use of Sterilex Ultra Activator Solution may not be required.

Please consult the directions for use for specific instructions.

ACCEPTED
with COMMENTS
in EPA Letter Dated:

APR 2 5 2013

Under the Federal Insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No. 63761-8

## DISINFECTION

**Sterilex Ultra Disinfectant Cleaner Solution 1**, when mixed with Sterilex Ultra Activator Solution, is a one-step, hospital-use disinfectant at 12.8 fl. oz. (each, Solution 1 & Solution 2) per gallon of water (1:1:10), Bactericidal according to the current AOAC Use-Dilution Test Method modified in the presence of 400 ppm hard water plus 5% organic serum against:

*Pseudomonas aeruginosa (Pseudomonas) (ATCC# 15442)*
*Staphylococcus aureus (Staph) (ATCC# 6538)*
*Staphylococcus aureus – Methicillin Resistant (ATCC#33591) (MRSA)*
*Salmonella enterica (Salmonella) (ATCC# 10708)*
*Escherichia coli O157:H7 (ATCC# 35150)*
*Listeria monocytogenes (ATCC# 19111)*

## SPOILAGE ORGANISM

**Sterilex Ultra Disinfectant Cleaner Solution 1**, when mixed with Sterilex Ultra Activator Solution kills *Zygosaccharomyces bailii* on hard, inanimate surfaces in one step at 4 fl. oz. (each, Solution 1 & Solution 2) per gallon of water (1:1:32), according to the current AOAC Use-Dilution Test Method modified in the presence of 400 ppm hard water plus 5% organic serum. Apply as directed under disinfection.

## VIRUS
**Sterilex Ultra Disinfectant Cleaner Solution 1,** when mixed with Sterilex Ultra Activator Solution is effective against Avian Influenza A (H3N2: Avian Reassortant) on hard, inanimate surfaces in one step at 2 fl. oz. (each, Solution 1 & Solution 2) per gallon of water (1:1:64), with a 5 minute contact time in the presence of 400 ppm hard water and organic soil.  Apply as directed under disinfection.

## FUNGISTAT/MILDEWSTAT
**Sterilex Ultra Disinfectant Cleaner Solution 1,** when mixed with Sterilex Ultra Activator Solution controls the growth of mold and mildew organisms (Aspergillus niger, ATCC#16404) and the odors they cause on hard, non-porous surfaces in one step at 12.8 fl. oz. (each, Solution 1 & Solution 2) per gallon of water (1:1:10) according to the current AOAC Use-Dilution Test Method modified in the presence of 400 ppm hard water plus 5% organic serum. Apply as directed under disinfection.

## SANITIZING OF INANIMATE SURFACES
Sterilex Ultra Disinfectant Cleaner Solution 1, when mixed with Sterilex Ultra Activator Solution,   reduces the following bacteria by 99.9% in 3 minutes according to the Standard Test Method for Efficacy of Sanitizers Recommended for Inanimate Non-Food Contact Surfaces:

*Enterobacter aerogenese (ATCC 13048)*
*Staphylococcus aureus (ATCC 6538)*

**Sterilex Ultra Disinfectant Cleaner Solution 1,** when mixed with Sterilex Ultra Activator Solution, is for use on washable hard, nonporous surfaces in: hospitals, medical and dental offices, nursing homes, health care facilities, ultrasonic baths (ultrasonic cleaning units), federally inspected food processing facilities, federally inspected meat and poultry plants, wineries, breweries, beverage manufacturing facilities, dairy farms, swine farms, poultry and turkey farms, farm premises, hatcheries, refrigerated trucks, kennels, pet animal quarters, zoos, pet shops, animal laboratories, veterinary facilities, animal care facilities, transportation terminals, hotels and motels, factories, business and office buildings, barber shops, salons, boats, ships, campers, trailers, mobile homes, homes, kitchens, bathrooms, household areas, cars, buses, trains, taxis, airplanes, restaurants, bars, cafeterias, institutional kitchens, food preparation and storage areas, convenience stores, food storage areas, public rest rooms, institutions, schools and colleges, athletic facilities, sports facilities,gym rooms, locker rooms, dressing rooms, shower and bath areas, exercise equipment, large, inflatable, non-porous plastic and rubber structures (animals, promotional items, moonwalk, slides, obstacle course play equipment, exercise equipment and wrestling mats).

**Sterilex Ultra Disinfectant Cleaner Solution 1,** when mixed with Sterilex Ultra Activator Solution, is for use on the following washable hard, nonporous surfaces:

Medical machines (x-ray, MRIs, CAT scanners), noncritical medical devices and equipment surfaces that do not penetrate the body or contact the human bloodstream or mucous membranes);

Steam sterilizer water reservoirs, steam sterilizer water reservoir tubing;

Water reservoir tanks, water reservoir pipes, tanks, and piping systems used in food processing;

Floors, walls, countertops, stovetops, sinks, appliances, refrigerators (exteriors), plastic and other nonporous cutting boards and chopping blocks; coolers, ice chests; nonresidential refrigerator bins (exteriors) for meat, fruit, vegetable and egg; food processing equipment (k-pac equipment, injectors, slicers, knives, steel mesh gloves, deboners, saws, grinders, cutters, racks, dairy equipment, interlocking belts, outside surfaces of kitchen equipment, beer fermentation and holding tanks, brewery pasteurizers, wine fermentation tanks, beverage dispensing equipment, beverage transfer lines, bottling or premix dispensing equipment);

Drinking water coolers, ice making machines, transfer line tubing, water lines, watering systems, farm animal nipple drinkers;

Cabinets, highchairs, garbage cans, garbage storage areas, refrigerated storage and display equipment (exteriors), tables, picnic tables (non-wooden and finished/sealed or painted), outdoor furniture, chairs, desks, telephones, doorknobs, shower stalls, tubs and glazed tiles, whirlpool bathtubs, bathtubs, sinks, urinals, exterior toilet bowl surfaces, other bathroom fixtures;

ACCEPTED
with COMMENTS
in EPA Letter Dated

APR 25 2013

Under the Federal Insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No. 63761-

Kennel runs, cages, waterers and feeders, automatic feeders, hauling equipment, dressing plants, loading equipment, farrowing barns and related areas (nursery blocks, creep areas), chutes, feed racks, mangers, troughs, fountains and waterers, forks, shovels, scrapers, barns, pens, stalls, facilities and fixtures occupied or traversed by animals, hatchery areas (egg receiving and holding, setter room, tray dumping, chick holding, processing and loading), trays, buggies, racks, egg flats, poultry buildings, ceilings, sidewalls and floors, drinkers and other poultry house related equipment;

Coils and drain pans of air conditioning and refrigeration equipment and heat pumps, conductive flooring;

Nonporous salon/barber tools and instruments (combs, brushes, scissors, blades, pedicure and manicure instruments, pedicure and manicure tubs);

Hard nonporous surfaces, listed on this label, that are made of metal, stainless steel, glazed porcelain, glazed ceramic, sealed stone, hard fiberglass (bathtubs, tubs, shower stalls, and sinks), plastic (such as polystyrene, polypropylene), glazed porcelain tiling, enameled surfaces, finished/sealed and painted woodwork, finished floors, Formica®, vinyl and plastic upholstery.

**Sterilex Ultra Disinfectant Cleaner Solution 1**, when mixed with Sterilex Ultra Activator Solution, removes biofilm from dental unit water lines (laboratory studies show >90% removal).

Cross-contamination is a significant housekeeping concern. **Sterilex Ultra Disinfectant Cleaner Solution 1**, when mixed with Sterilex Ultra Activator Solution, has been formulated to reduce cross-contamination in households, hospitals, schools, industrial settings and institutions.

**Sterilex Ultra Disinfectant Cleaner Solution 1**, when mixed with Sterilex Ultra Activator Solution, is recommended for use in federally inspected meat and poultry plants and as a disinfectant in dressing plants.

**Sterilex Ultra Disinfectant Cleaner Solution 1**, when mixed with Sterilex Ultra Activator Solution, provides optimal non-acid cleaning performance.

Both effective and economical, **Sterilex Ultra Disinfectant Cleaner Solution 1**, when mixed with Sterilex Ultra Activator Solution, is a heavy-duty product that disinfects, cleans and deodorizes all in one labor-saving step.

Formulated for effective poultry premise sanitation

Formulated for effective swine premise sanitation

Formulated for effective farm premise use

Heavy duty bathroom cleaner, mildewstat, and deodorizer

ACCEPTED
with COMMENTS
in EPA Letter Dated
APR 25 2013

Under the Federal Insecticide, Fungicide, and Rodenticide Act as amended, for the pesticide, registered under EPA Reg. No. 63761-8

Quickly removes soap scum from shower tile, fiberglass, chrome and glass, toilet bowls, sinks, tubs and spas.

**Sterilex Ultra Disinfectant Cleaner Solution 1**, when mixed with Sterilex Ultra Activator Solution, kills household germs in ten minutes; effective against harmful Pseudomonas aeruginosa (pseudomonas), Staphylococcus aureus (staph) and Streptococcus pyogenes (strep), while effectively controlling mold and mildew.

**Sterilex Ultra Disinfectant Cleaner Solution 1**, when mixed with Sterilex Ultra Activator Solution, cleans, disinfects and deodorizes surfaces by killing odor-causing microorganisms and preventing [inhibiting][controlling] the growth of mold and mildew.

**Sterilex Ultra Disinfectant Cleaner Solution 1**, when mixed with Sterilex Ultra Activator Solution, inhibits the growth of mold and mildew, leaving bathrooms and kitchens clean and fresh smelling.

**Sterilex Ultra Disinfectant Cleaner Solution 1**, when mixed with Sterilex Ultra Activator Solution, eliminates odors caused by bacteria, mildew, and non-fresh foods.

**Sterilex Ultra Disinfectant Cleaner Solution 1**, when mixed with Sterilex Ultra Activator Solution, controls mold and mildew on large, inflatable, non-porous plastic and rubber structures (animals, promotional items, moonwalk, slides, obstacle course play equipment, exercise equipment and wrestling mats).

**Sterilex Ultra Disinfectant Cleaner Solution 1**, when mixed with Sterilex Ultra Activator Solution, cleans, disinfects and deodorizes surfaces in locker rooms, gym rooms and sports facilities by killing odor-causing microorganisms and preventing [inhibiting] [controlling] the growth of mold and mildew.

Removes* biofilm from dental unit water lines

   *laboratory studies show >90% removal

Prevents and suppresses formation of biofilm in dental unit water lines

Kills biofilm bacteria

Maintains dental unit water line effluent water <500 cfu/ml

ACCEPTED
with COMMENTS
in EPA Letter Dated:

APR 2 5 2013

Under the Federal Insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No. 63761-8

**GENERAL CLEANING AND DISINFECTION:**

APPLICATION INSTRUCTIONS:
Remove gross filth [soil] from all areas, articles and surfaces to be disinfected using a pre-clean, pre-flush, or pre-scrape and, if necessary, presoak. Mix 12.8 ounces [378.5 ml] of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 12.8 ounces [378.5 ml] of Sterilex Ultra Activator Solution to 1 gal. [3.78 L] of water. Thoroughly wet surfaces by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. Allow surfaces to remain wet for at least 10 minutes. Do not breathe spray. Rinse all surfaces thoroughly with a potable water rinse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

PRECLEANING INSTRUCTIONS (OPTIONAL STEP):
Although **Sterilex Ultra Disinfectant Cleaner Solution 1** provides one-step cleaning and disinfection, precleaning may be desired for some areas, articles and surfaces in certain cases. Prepare a precleaning solution by adding 1 - 6 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and an equivalent amount of Sterilex Ultra Activator Solution to 1 gal. hot tap water in an appropriate plastic container, depending on the level of gross filth [soil] to be precleaned. Clean surfaces with precleaning solution by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, immersing, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. Rinse all surfaces thoroughly with a potable water rinse.

**GENERAL CLEANING AND DISINFECTION OF POTABLE WATER, FOUNTAIN DRINK OR BEVERAGE PREPARATION, STORAGE, TRANSFER AND DISPENSING EQUIPMENT:**

Confirm compatibility of Storage, Transfer and Dispensing equipment before use of this product.

Prepare enough solution to complete fill storage, transfer and dispensing equipment by adding 12.8 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 12.8 fl. oz. of Sterilex Ultra Activator Solution to 1 gal. tap water in an appropriate container and stir. Completely fill storage, transfer and dispensing equipment with the prepared solution. Allow the Sterilex Ultra mixture to remain in contact with the surfaces of the storage, transfer and dispensing equipment for at least 10 minutes. Drain storage, transfer and dispensing equipment. Rinse storage, transfer and dispensing equipment with potable water.

PRECLEANING INSTRUCTIONS (OPTIONAL STEP):
Although **Sterilex Ultra Disinfectant Cleaner Solution 1** provides one-step cleaning and disinfection, precleaning may be desired for some areas, articles and surfaces in certain cases. Prepare a precleaning solution by adding 1 - 6 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and an equivalent amount of Sterilex Ultra Activator Solution to 1 gal. hot tap water in an appropriate plastic container, depending on the level of gross filth [soil] to be precleaned. Clean surfaces with precleaning solution by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, immersing, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. Rinse all surfaces thoroughly with a potable water rinse.

**Directions for Fogging:** Used in dairies, beverage, hatcheries, farm premises, trucks and food processing plants.

**NOTE:** Food products and packaging material must be removed from the room or carefully protected prior to fogging. Clean area to be fogged. The area must be vacated of all personnel during fogging and for a minimum of 2 hours after fogging. All food contact surfaces must be thoroughly rinsed prior to reuse with potable water.

Fog desired areas using 1 gallon [3.78 L] per 4000 cubic feet [113.26 cubic metres] of room area with a solution containing 2 fl. oz. [59 mL] Sterilex Ultra Disinfectant Cleaner Solution 1 and 2 fl. oz. [59 mL] Sterilex Ultra Activator Solution to 1 gallon [3.78 L] of water (or equivalent use dilution). Vacate the area of all personnel during fogging and for a minimum of 2 hours after fogging and a minimum of 4 air exchanges (ACH) per hour in the facility. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

**NOTE:** The fog generated is irritating to the eyes, skin and mucous membranes. No one is allowed to enter the room or building within two hours of the actual fogging under any circumstances. If the room or building must be entered, then the individuals must wear a self-contained respirator approved by NIOSH/MSHA, goggles, long sleeves and long pants.

**All surfaces must be cleaned and disinfected in accordance with label directions prior to fogging. Fogging is an adjunct or supplement to normal cleaning and disinfection procedures and practices.**

SANITIZING DIRECTIONS FOR NON-FOOD CONTACT SURFACES:
Add 2 fl. oz. [59 mL] of Sterilex Ultra Disinfectant Cleaner Solution 1 and 2 fl. oz. [59 mL] of Sterilex Ultra Activator Solution to 1 gallon [3.78 L] of water (or equivalent use dilution) to sanitize hard, non-porous surfaces. Apply sanitizer use solution to pre-cleaned, hard, non-porous surfaces with a cloth, mop, sponge, sprayer, foaming or by immersion. For sprayer applications, use a coarse pump or trigger sprayer. Spray 6-9 inches [15-22 cm] from surface and rub with brush sponge or cloth. Do not breathe spray. Treated surfaces must remain wet for 3 minutes, then wipe with sponge, mop or cloth or allow to air dry.Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

(For food processing or other facilities that have installed entryway sanitizing systems)
**ENTRYWAY SANITIZING SYSTEMS:**
Set the entryway system to apply 2 fl. oz. [59 mL] of Sterilex Ultra Disinfectant Cleaner Solution 1 and 2 fl. oz. [59 mL] of Sterilex Ultra Activator Solution per 1 gallon [3.78 L] of water. The entire doorway path must be covered with the [spray] [foam] [footbath]. Ensure a continuous wet blanket of sanitizer solution is delivered to the [floor] [bath].

**GLOVE DIP SANITIZING DIRECTIONS:**
For animal areas and the packaging and storage areas of food plants, dip pre-washed (plastic, latex or other synthetic rubber) non-porous gloved hands into a suitable clean container that contains enough freshly made sanitizing solution to cover the gloved area. Do not let sanitizing solution come into contact with the exposed skin. Make up the sanitizing solution by mixing 2 fl. oz. [59 mL] of Sterilex Ultra Disinfectant Cleaner Solution 1 and 2 fl. oz. [59 mL] of Sterilex Ultra Activator Solution per 1 gallon [3.78 L] of water (or equivalent use dilution). Gloves must remain wet for 3 minutes. Change the sanitizing solution in the bath daily. **Do not let sanitizing solution come into contact with exposed skin.**

**GLOVE SPRAY SANITIZER DIRECTIONS:**
Gloves must be sanitized before wearing. For animals areas and the packaging and storage areas of food plants, spray pre-washed (plastic, latex or other synthetic rubber) gloves with enough freshly made sanitizing solution to cover the gloves. Do not let sanitizing solution come into contact with the exposed skin. Make up the sanitizing solution by adding 2 fl. oz. [59 mL] of Sterilex Ultra Disinfectant Cleaner Solution 1 and 2 fl. oz. [59 mL] of Sterilex Ultra Activator Solution per 1 gallon [3.78 L] of water (or equivalent use dilution). Apply use solution prior to [usage] [wearing] using a coarse spray device, completely covering all glove surfaces. After applying solution, allow gloves to remain wet for at least three minutes. Let surface air dry thoroughly before wearing gloves. NO POTABLE WATER RINSE IS ALLOWED. [Change the solution] [A Fresh solution must be prepared] [Prepare a fresh solution] at least daily or [more often if use solution] [when solution appears] becomes visibly [dirty] [soiled] [diluted].

**SANITIZATION OF HARD, NON-POROUS [INANIMATE] [ENVIRONMENTAL] SURFACES ON [PERSONAL PROTECTIVE EQUIPMENT] [PPE]:**
[Add] [Mix] 2 fl. oz. [59 mL] of Sterilex Ultra Disinfectant Cleaner Solution 1 and 2 fl. oz. [59 mL] of Sterilex Ultra Activator Solution per 1 gallon [3.78 L] of water (or equivalent use dilution). Gently mix for uniform solution. Apply solution to hard, non-porous [inanimate] [environmental] surfaces of the [Personal Protective Equipment] [PPE] with a brush, cloth, mop, sponge, auto scrubber, mechanical spray device, foam or by immersion. Thoroughly wet all surfaces to be sanitized. Treated surfaces must remain wet for three (3) minutes. Remove excess solution from equipment prior to storage. Change cloth, sponge ortowels frequently to avoid redeposition of soil. [Change the solution] [A Fresh solution must be prepared] [Prepare a fresh solution] at least daily or [more often if use solution] [when solution appears] becomes visibly [dirty] [soiled] [diluted].

**SHOE FOAM DIRECTIONS:**
Apply a foam layer that is approximately 0.5 to 2 inches [1.2 cm to 5 cm] thick at all entrances using a foam generating machine or aerator and a solution containing 2 fl. oz. [59 mL] of Sterilex Ultra Disinfectant Cleaner Solution 1 and 2 fl. oz. [59 mL] of Sterilex Ultra Activator Solution per gallon of water. Scrape waterproof shoes and boots. Walk through foamed. Boots must remain wet for at least 3 minutes prior to entering area. Foamed entranceways must be washed and the foam replaced at least daily or when it foam/area appears dirty. Apply foam to entrances of buildings, hatcheries, production and packaging rooms to prevent cross contamination from area to area in the packaging and storage areas of food plants.

**GENERAL CLEANING AND DISINFECTION (IN HOUSEHOLDS, ATHLETIC FACILITIES, REST ROOMS, VEHICLES, SCHOOLS/COLLEGES, PLAY AREAS, HOTELS/MOTELS, INSTITUTIONS):**

APPLICATION INSTRUCTIONS:
Remove gross filth [soil] from all areas, articles and surfaces to be disinfected using a pre-clean, pre-flush, or pre-scrape and, if necessary, presoak. Add 12.8 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 12.8 fl. oz. of Sterilex Ultra Activator Solution to 1 gal. hot tap water in an appropriate plastic container and stir. Thoroughly wet surfaces with use-solution by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. Allow surfaces to remain wet for at least 10 minutes. Rinse all surfaces thoroughly with a potable water rinse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

PRECLEANING INSTRUCTIONS (OPTIONAL STEP):
Although **Sterilex Ultra Disinfectant Cleaner Solution 1** provides one-step cleaning and disinfection, precleaning may be desired for some areas, articles and surfaces in certain cases.
Prepare a precleaning solution by adding 3 - 6 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** andan equivalent amount ofSterilex Ultra Activator Solution to 1 gal. hot tap water in an appropriate plastic container, depending on the level of gross filth [soil] to be precleaned. Clean surfaces with precleaning solution by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, immersing, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. Rinse all surfaces thoroughly with a potable water rinse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

PREPARATION OF NON-FOOD CONTACT SANITIZER USE SOLUTION:
For heavily soiled areas, a preliminary cleaning is required. [Add] [Mix] 2 fl. oz. [59 mL] of Sterilex Ultra Disinfectant Cleaner Solution 1 and 2 fl. oz. [59 mL] of Sterilex Ultra Activator Solution per 1 gallon [3.78 L] of water (or equivalent use dilution). Apply sanitizer use solution to hard, nonporous [inanimate] [environmental] non-food contact surfaces with a brush, cloth, mop, sponge, auto scrubber, sprayer, coarse pump, foam, circulation or by immersion so as to thoroughly wet surface to be sanitized. For sprayer applications, spray 6-8 inches from surface. Do not breathe spray. Rub with brush, cloth, sponge, mop or cloth or allow to air dry. Treated surfaces must remain wet for 3 minutes. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

**DISINFECTION IN HOSPITALS, MEDICAL OFFICES, DENTAL OFFICES, DENTAL OPERATORIES, NURSING HOMES AND OTHER HUMAN HEALTH CARE FACILITIES:**

NOTE:
This product is not to be used as a terminal sterilant/high level disinfectant on any surface or instrument that (1) is introduced directly into the human body, either into or in contact with the bloodstream or normally sterile areas of

ACCEPTED
with COMMENTS
in EPA Letter Dated:

Under the Federal Insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No.
6 3761-8

EPA Reg. No. 63761-8/Revised April 23, 2013 Revision 637618-04232013
[NOTE TO REVIEWER: Bracketed text denotes alternate or optional language]

MASTER - Page 8 of 18

the body, or (2) contacts intact mucous membranes but which does not ordinarily penetrate the blood barrier or otherwise enter normally sterile areas of the body. This product may be used to pre-clean or decontaminate critical or semi-critical medical devices prior to sterilization or high-level disinfection.

APPLICATION INSTRUCTIONS:
Add 12.8 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 12.8 fl. oz. of Sterilex Ultra Activator Solution to 1 gal. tap water in an appropriate plastic container and stir. Thoroughly wet surfaces with use-solution by pouring, wiping, brushing, scrubbing, foaming spraying with a coarse trigger sprayer, sponging, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. Allow surfaces to remain wet for at least 10 minutes. Rinse all surfaces thoroughly with a potable water rinse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

PRECLEANING INSTRUCTIONS (OPTIONAL STEP):
Although **Sterilex Ultra Disinfectant Cleaner Solution 1** provides one-step cleaning and disinfection, precleaning may be desired for some surfaces in certain cases.
Prepare a precleaning solution by adding 3 - 6 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** andan equivalent amount ofSterilex Ultra Activator Solution to 1 gal. hot tap water in an appropriate plastic container, depending on the level of gross filth to be precleaned. Clean surfaces with precleaning solution by pouring, wiping, brushing, scrubbing, spraying with a coarse trigger sprayer, foaming, sponging, immersing, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. Rinse all surfaces thoroughly with a potable water rinse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

INSTRUMENT PRE-SOAK:
For use as an instrument pre-soak, prepare a solution by adding 12.8 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 12.8 fl. oz. of Sterilex Ultra Activator Solution to 1 gal. tap water in an appropriate plastic container and stir. Immerse instruments completely and allow to soak for 10 minutes. Rinse all surfaces thoroughly with a potable water rinse. Instruments must undergo high-level disinfection or sterilization following pre-soak treatment. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

PREPARATION OF NON-FOOD CONTACT SANITIZER USE SOLUTION:
For heavily soiled areas, a preliminary cleaning is required. [Add] [Mix] 2 fl. oz. [59 mL] of Sterilex Ultra Disinfectant Cleaner Solution 1 and 2 fl. oz. [59 mL] of Sterilex Ultra Activator Solution per 1 gallon [3.78 L] of water (or equivalent use dilution). Apply sanitizer use solution to hard, nonporous [inanimate] [environmental] non-food contact surfaces with a brush, cloth, mop, sponge, auto scrubber, sprayer, coarse pump, foam, circulation or by immersion so as to thoroughly wet surface to be sanitized. For sprayer applications, spray 6-8 inches from surface. Do not breathe spray. Rub with brush, cloth, sponge, mop or cloth or allow to air dry. Treated surfaces must remain wet for 3 minutes. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

**DISINFECTION IN ULTRASONIC BATHS:**

NOTE:
Use **Sterilex Ultra Disinfectant Cleaner Solution 1** to disinfect hard nonporous non-critical objects compatible with Ultrasonic Cleaning Units.

APPLICATION INSTRUCTIONS:
Pre-clean heavily soiled objects following the PRECLEANING INSTRUCTIONS below. Add 12.8 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 12.8 fl. oz. of Sterilex Ultra Activator Solution to 1 gal. tap water in an appropriate plastic container and stir. Pour fresh use-solution directly into bath chamber. Place objects into unit and operate for a minimum of 10 minutes, according to the manufacturer's directions. Remove objects and wash with sterile water (sterile water for injection) or allow to air dry. Prepare fresh solution for each use. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

PRECLEANING INSTRUCTIONS (OPTIONAL STEP):
Although **Sterilex Ultra Disinfectant Cleaner Solution 1** provides one-step cleaning and disinfection, precleaning may be desired for some surfaces in certain cases.
Prepare a precleaning solution by adding 3 - 6 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** andan equivalent amount ofSterilex Ultra Activator Solution to 1 gal. hot tap water in an appropriate plastic container, depending on the level of gross filth to be precleaned. Clean surfaces with precleaning solution by pouring, wiping,

ACCEPTED
with COMMENTS
in EPA Letter Dated:
APR 2 5 2013
Under the Federal Insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No.
63761-8

brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, immersing, pumping it through the system, or drawing it through the system. Before disinfecting rinse all surfaces thoroughly with a potable water rinse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

### DISINFECTION OF WHIRLPOOL BATHTUBS, JACUZZIS, SPAS, POOLS, AND FOOTBATHS

After using unit, drain and fill with a use solution of 12.8 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 12.8 fl. oz. of Sterilex Ultra Activator Solution per 1 gal. tap water to just cover the intake valve.  Start the pump to circulate the solution.  Wash down the unit sides, seat of the chair lift, and any related equipment with a clean swab, brush or sponge.  Treated surfaces must remain wet for a minimum of 10 minutes.  After the unit has been thoroughly disinfected, drain the solution from the unit and rinse disinfected surfaces with fresh water.  Repeat for heavily soiled units.

**FOR PRECLEANING OF WHIRLPOOL BATHTUBS, JACUZZIS, SPAS, POOLS, AND FOOTBATHS** circulate a solution of 0.5 fl. oz. Sterilex Ultra Disinfectant Cleaner Solution 1 and 0.5 fl. oz. of Sterilex Ultra Activator Solution per 1 gal. tap water through tub, spa, pool, or bath and associated piping and filters at a temperature ≥ 90°F. Drain tub, spa, pool, or bath and rinse with water.

### DISINFECTION OF FOOD PROCESSING EQUIPMENT AND HARD SURFACES IN FOOD PROCESSING FACILITIES, BREWERIES, WINERIES AND OTHER BEVERAGE MANUFACTURING FACILITIES, RESTAURANTS, BARS, CAFETERIAS, INSTITUTIONAL KITCHENS, CONVENIENCE STORES FOOD PREPARATION AREAS, FOOD STORAGE AREAS AND FOOD SERVICE AREAS:

NOTE:
Before use in federally inspected meat and poultry food processing plants and dairies, food products and packaging materials must be removed from the room or carefully protected. Follow all applicable local health and sanitation codes for sanitizing food processing equipment post-disinfection.

APPLICATION INSTRUCTIONS FOR SURFACES:
Remove gross food particles and soil from all articles using a pre-flush, or pre-scrape and, if necessary, presoak. Add 12.8 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 12.8 fl. oz. of Sterilex Ultra Activator Solution to 1 gal. tap water in an appropriate plastic container and stir. Thoroughly wet surfaces with use-solution by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, immersing, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. Allow surfaces to remain wet for at least 10 minutes. Rinse all surfaces thoroughly with a potable water rinse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

PRECLEANING INSTRUCTIONS (OPTIONAL STEP):
Although **Sterilex Ultra Disinfectant Cleaner Solution 1** provides one-step cleaning and disinfection, precleaning may be desired for some surfaces in certain cases.
Prepare a precleaning solution by adding 3 - 6 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** andan equivalent amount ofSterilex Ultra Activator Solution to 1 gal. hot tap water in an appropriate plastic container, depending on the level of gross filth to be precleaned. Clean surfaces with precleaning solution to by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, immersing, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. Before disinfecting rinse all surfaces thoroughly with a potable water rinse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

ENTRYWAY DISINFECTION SYSTEMS
Set the system to deliver 12.8 fl. oz. of Sterilex Ultra Disinfectant Cleaner Solution 1 and 12.8 fl. oz. of Sterilex Ultra Activator Solution per gallon of water.  The [spray] [foam] [footbath] should cover the entire path of the doorway. Set the system so that a continuous wet blanket of disinfectant solution is delivered to the [floor] [bath]. After use, all surfaces in the area must be thoroughly rinsed with potable water.

APPLICATION INSTRUCTIONS FOR TRANSFER LINES:
Add 12.8 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 12.8 fl. oz. of Sterilex Ultra Activator Solution to 1 gal. tap water in an appropriate plastic container and stir. Introduce use solution into transfer lines and tanks. Soak or circulate use solution for at least 10 minutes. Drain transfer lines. Rinse all surfaces thoroughly with a potable water rinse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

EPA Reg. No. 63761-8/Revised April 23, 2013 Revision 637618-04232013
[NOTE TO REVIEWER: Bracketed text denotes alternate or optional language]

ACCEPTED
with COMMENTS
in EPA Letter Dated

APR 2 5 2013

Under the Federal Insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No. 6376 1 - 8

## PREPARATION OF NON-FOOD CONTACT SANITIZER USE SOLUTION:

For heavily soiled areas, a preliminary cleaning is required. [Add] [Mix] 2 fl. oz. [59 mL] of Sterilex Ultra Disinfectant Cleaner Solution 1 and 2 fl. oz. [59 mL] of Sterilex Ultra Activator Solution per 1 gallon [3.78 L] of water (or equivalent use dilution). Apply sanitizer use solution to hard, nonporous [inanimate] [environmental] non-food contact surfaces with a brush, cloth, mop, sponge, auto scrubber, sprayer, coarse pump, foam, circulation or by immersion so as to thoroughly wet surface to be sanitized. For sprayer applications, spray 6-8 inches from surface. Do not breathe spray. Rub with brush, cloth, sponge, mop or cloth or allow to air dry. Treated surfaces must remain wet for 3 minutes. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

## DISINFECTION OF VETERINARY FACILITIES, ANIMAL CARE FACILITIES, ANIMAL LABORATORIES, ZOOS, PET SHOPS, KENNELS AND ANIMAL QUARTERS, FARM AND DAIRY FARM PREMISES, SWINE PREMISES, FARM AND DAIRY FARM PREMISE EQUIPMENT, SWINE PREMISE EQUIPMENT.

Remove all animals and feed from premises, vehicles, and enclosures. Remove all litter and manure from floors, walls and surfaces of barns, pens, stalls, chutes, and other facilities and fixtures occupied or traversed by animals. Empty all troughs, racks, and other feeding and watering appliances. Thoroughly clean all surfaces with soap or detergent and rinse with water or follow PRECLEANING INSTRUCTIONS below. Saturate all surfaces with a solution prepared by adding 12.8 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 12.8 fl. oz. of Sterilex Ultra Activator Solution to 1 gal. tap water in an appropriate plastic container and stirring. Thoroughly wet surfaces with use-solution by pouring, wiping, brushing, scrubbing, foaming spraying with a coarse trigger sprayer, sponging, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. Immerse all halters, ropes, and other types of equipment used in handling and restraining animals, as well as forks, shovels, and scrapers used for removing litter and manure. Allow surfaces to remain wet for at least 10 minutes. Rinse all surfaces thoroughly with a potable water rinse. Ventilate buildings, cars, boats, and other closed spaces. Do not house livestock or employ equipment until treatment has been absorbed, set, or dried. Thoroughly scrub all treated feed racks, mangers, troughs, automatic feeders, fountains, and waterers with soap or detergent, and rinse with potable water before reuse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

## APPLICATION INSTRUCTIONS FOR TRANSFER LINES:

Add 12.8 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 12.8 fl. oz. of Sterilex Ultra Activator Solution to 1 gal. tap water in an appropriate plastic container and stir. Introduce use solution into transfer lines and tanks for watering systems and nipple drinkers. Soak or circulate use solution for at least 10 minutes.
Drain transfer lines and tanks.  Rinse all surfaces thoroughly with a potable water rinse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

## PRECLEANING INSTRUCTIONS (OPTIONAL STEP):

Although **Sterilex Ultra Disinfectant Cleaner Solution 1** provides one-step cleaning and disinfection, precleaning may be desired for some surfaces in certain cases.
Prepare a precleaning solution by adding 3 - 6 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and an equivalent amount ofSterilex Ultra Activator Solution to 1 gal. hot tap water in an appropriate plastic container, depending on the level of gross filth to be precleaned. Clean surfaces with precleaning solution to by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, immersing, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. Before disinfecting rinse all surfaces thoroughly with a potable water rinse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

## PREPARATION OF NON-FOOD CONTACT SANITIZER USE SOLUTION:

For heavily soiled areas, a preliminary cleaning is required. [Add] [Mix] 2 fl. oz. [59 mL] of Sterilex Ultra Disinfectant Cleaner Solution 1 and 2 fl. oz. [59 mL] of Sterilex Ultra Activator Solution per 1 gallon [3.78 L] of water (or equivalent use dilution). Apply sanitizer use solution to hard, nonporous [inanimate] [environmental] non-food contact surfaces with a brush, cloth, mop, sponge, auto scrubber, sprayer, coarse pump, foam, circulation or by immersion so as to thoroughly wet surface to be sanitized. For sprayer applications, spray 6-8 inches from surface. Do not breathe spray. Rub with brush, cloth, sponge, mop or cloth or allow to air dry. Treated surfaces must remain wet for 3 minutes. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

## DISINFECTION OF POULTRY HOUSE PREMISES, POULTRY HOUSE EQUIPMENT AND HATCHERIES

ACCEPTED
with COMMENTS
in EPA Letter Dated:
SEP 2 2 2013
Under the Federal Insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No.
63761-8

MASTER Page 13 of 38

Remove all poultry and feeds from premises, trucks, coops, and crates. Remove all litter and droppings from floors, walls and surfaces of facilities occupied or traversed by poultry. Empty all troughs, racks, and other feeding and watering appliances. Thoroughly clean all surfaces with soap or detergent and rinse with water or follow PRECLEANING INSTRUCTIONS below. Saturate all surfaces with a solution prepared by adding 12.8 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 12.8 fl. oz. of Sterilex Ultra Activator Solution to 1 gal. tap water in an appropriate plastic container and stirring. Thoroughly wet surfaces with use-solution by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. The use-solution can be used to disinfect hatchers, setters, trays, racks, carts, sexing tables, delivery trucks and other hard surfaces in hatcheries. Immerse all halters, ropes, and other types of equipment used in handling and restraining animals, as well as forks, shovels, and scrapers used for removing litter and manure. Allow surfaces to remain wet for at least 10 minutes. Ventilate buildings, coops, and other closed spaces. Do not house poultry or employ equipment until treatment has been absorbed, set, or dried. Thoroughly scrub treated feed racks, troughs, automatic feeders, fountains, and waterers with soap or detergent, and rinse with potable water before reuse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

APPLICATION INSTRUCTIONS FOR TRANSFER LINES:
Add 12.8 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 12.8 fl. oz. of Sterilex Ultra Activator Solution to 1 gal. tap water in an appropriate plastic container and stir. Introduce use solution into transfer lines and tanks for watering systems and nipple drinkers. Soak or circulate use solution for at least 10 minutes.  Drain transfer lines and tanks. Rinse all surfaces thoroughly with a potable water rinse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

PRECLEANING INSTRUCTIONS (OPTIONAL STEP):
Although **Sterilex Ultra Disinfectant Cleaner Solution 1** provides one-step cleaning and disinfection, precleaning may be desired for some surfaces in certain cases.
1) Prepare a precleaning solution by adding 3 - 6 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and an equivalent amount of Sterilex Ultra Activator Solution to 1 gal. hot tap water in an appropriate plastic container, depending on the level of gross filth to be precleaned.
2) Clean surfaces with precleaning solution to by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, immersing, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping.
3) Before disinfecting rinse all surfaces thoroughly with a potable water rinse.
Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

PREPARATION OF NON-FOOD CONTACT SANITIZER USE SOLUTION:
For heavily soiled areas, a preliminary cleaning is required. [Add] [Mix] 2 fl. oz. [59 mL] of Sterilex Ultra Disinfectant Cleaner Solution 1 and 2 fl. oz. [59 mL] of Sterilex Ultra Activator Solution per 1 gallon [3.78 L] of water (or equivalent use dilution). Apply sanitizer use solution to hard, nonporous [inanimate] [environmental] non-food contact surfaces with a brush, cloth, mop, sponge, auto scrubber, sprayer, coarse pump, foam, circulation or by immersion so as to thoroughly wet surface to be sanitized. For sprayer applications, spray 6-8 inches from surface. Do not breathe spray. Rub with brush, cloth, sponge, mop or cloth or allow to air dry. Treated surfaces must remain wet for 3 minutes. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

**DISINFECTION IN REFRIGERATED TRUCKS AND OTHER VEHICLES, INSTITUTIONS, INDUSTRIAL FACILITIES, SCHOOLS, ATHLETIC FACILITIES, REST ROOMS, HOTELS, MOTELS, OFFICE BUILDINGS AND OTHER PUBLIC AREAS, AND HOUSEHOLDS:**

APPLICATION INSTRUCTIONS:
Add 12.8 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 12.8 fl. oz. of Sterilex Ultra Activator Solution to 1 gal. tap water in an appropriate plastic container and stir. Thoroughly wet surfaces with use-solution by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. Clean all areas of vehicles, including mats, crates, cabs and wheels. Allow surfaces to remain wet for at least 10 minutes. Rinse all surfaces thoroughly with a potable water rinse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

PRECLEANING INSTRUCTIONS (OPTIONAL STEP):

APR 2 5 2013

Under the Federal Insecticide, Fungicide, and Rodenticide Act as amended, for the pesticide, registered under EPA Reg. No. 63761-8

EPA Reg. No. 63761-8/Revised April 23, 2013 Revision 637618-04232013
[NOTE TO REVIEWER: Bracketed text denotes alternate or optional language]

MASTER - Page 12 of 18

Although **Sterilex Ultra Disinfectant Cleaner Solution 1** provides one-step cleaning and disinfection, precleaning may be desired for some surfaces in certain cases.

Prepare a precleaning solution by adding 3 - 6 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** andan equivalent amount of Sterilex Ultra Activator Solution to 1 gal. hot tap water in an appropriate plastic container, depending on the level of gross filth to be precleaned. Clean surfaces with precleaning solution to by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging, immersing, using a clean in place (CIP) system, pumping it through the system, drawing it through the system or mopping. Before disinfecting rinse all surfaces thoroughly with a potable water rinse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

## PREPARATION OF NON-FOOD CONTACT SANITIZER USE SOLUTION:

For heavily soiled areas, a preliminary cleaning is required. [Add] [Mix] 2 fl. oz. [59 mL] of Sterilex Ultra Disinfectant Cleaner Solution 1 and 2 fl. oz. [59 mL] of Sterilex Ultra Activator Solution per 1 gallon [3.78 L] of water (or equivalent use dilution). Apply sanitizer use solution to hard, nonporous [inanimate] [environmental] non-food contact surfaces with a brush, cloth, mop, sponge, auto scrubber, sprayer, coarse pump, foam, circulation or by immersion so as to thoroughly wet surface to be sanitized. For sprayer applications, spray 6-8 inches from surface. Do not breathe spray. Rub with brush, cloth, sponge, mop or cloth or allow to air dry. Treated surfaces must remain wet for 3 minutes. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

## DISINFECTION OF SALON (BARBER) INSTRUMENTS AND TOOLS:

APPLICATION INSTRUCTIONS:
1) Add 12.8 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 12.8 fl. oz. of Sterilex Ultra Activator Solution to 1 gal. tap water in an appropriate plastic container and stir.
2) Completely immerse combs, brushes, rollers, manicure and other hard, nonporous salon instruments and tools for 10 minutes.
3) Allow surfaces to remain wet for at least 10 minutes.
4) Rinse all thoroughly with potable water and dry before use.
5) Prepare fresh solution daily or more often if solution becomes diluted or soiled.
Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

NOTE:
Plastics may remain immersed until ready to use. Stainless steel shears and instruments must be removed after 10 minutes, rinsed, dried and kept in a clean, non-contaminated receptacle. Prolonged soaking may cause damage to metal instruments.

PRECLEANING INSTRUCTIONS (OPTIONAL STEP):
Although **Sterilex Ultra Disinfectant Cleaner Solution 1** provides one-step cleaning and disinfection, precleaning heavily soiled instruments and tools may be desired for some surfaces in certain cases.

Prepare a precleaning solution by adding 3 - 6 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and an equivalent amount of Sterilex Ultra Activator Solution to 1 gal. hot tap water in an appropriate plastic container, depending on the level of gross filth to be precleaned. Clean surfaces with precleaning solution to by pouring, wiping, brushing, scrubbing, foaming, spraying with a coarse trigger sprayer, sponging or immersing. Before disinfecting rinse all surfaces thoroughly with a potable water rinse. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

## WATER AND SMOKE DAMAGE REMEDIATION AGAINST ODOR-CAUSING BACTERIA AND FUNGI IN HOSPITAL, INSTITUTIONAL AND INDUSTRIAL AREAS:

**Sterilex Ultra Disinfectant Cleaner Solution 1**, when mixed with Sterilex Ultra Activator Solution, is for use in water and smoke damage remediation to control odor causing bacteria and fungi on porous and semi-porous materials such as subflooring, drywall, lumber (trim and frame), tackless strip and paneling.

REMEDIATION PROCESS FOR SEWER BACKUP AND RIVER FLOODING:
Mix12.8 fl. oz. (each, Solution 1 & Solution 2) per gallon of water, allowing for the dilution by absorbed water within the affected materials. Remove gross filth, heavy soil and non-salvageable materials. Saturate all affected materials

directly with a sprayer using a coarse spray tip before and after cleaning and extraction. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

REMEDIATION PROCESS FOR POROUS MATERIALS SUCH AS SUBFLOORING, DRYWALL, LUMBER (TRIM AND FRAME), TACKLESS STRIP AND PANELING:
If water damage is from a clean source, extract excess water from affected materials. Mix 12.8 fl. oz. (each, Solution 1 & Solution 2) per gallon of water, allowing for the dilution by absorbed water within the affected materials. Remove gross filth, heavy soil and non-salvageable materials.  Saturate all affected materials directly with a sprayer using a coarse spray tip. Roll, brush or agitate use solution into affected materials and allow affected materials to remain saturated for ten minutes. Follow with a thorough extraction of the affected materials to remove excess moisture. Dry affected materials rapidly and thoroughly. Use product within 24 hours of mixing Sterilex Ultra Disinfectant Cleaner and Activator Solution.

REMEDIATION PROCESS FOR SMOKE DAMAGE AGAINST ODOR CAUSING BACTERIA AND FUNGI IN HOSPITAL, INSTITUTIONAL AND INDUSTRIAL AREAS SUCH AS MOTELS, HOTELS, NURSING HOMES, AND SCHOOLS:
Follow applicable instructions outlined in the preceding sections for water damage remediation. Saturate affected materials with the use solution with enough product to remain wet for 10 minutes. Use proper ventilation during treatment of affected materials.


**DISINFECTION OF DENTAL UNIT WATER LINES:**

IMPORTANT:
Always use Sterilex Ultra Disinfectant Cleaner **Solution 1** with Sterilex Ultra Activator Solution.

This product is to be used in conjunction with regular testing of dental unit water.

Consult the manufacturer of the dental unit before use of this product about compatibility of **Sterilex Ultra Disinfectant Cleaner Solution** 1 with the dental unit.

INITIAL START-UP TREATMENT:
Treat the Dental Unit Water Lines (DUWL) for three consecutive nights starting on Monday.

ROUTINE TREATMENT:
Treat DUWL one night/week (Monday-Thursday recommended) after Initial Start-up treatment.

Note: If two or more weekly treatments are skipped, repeat initial start-up treatment.

ACCEPTED
with COMMENTS
in EPA Letter Dated:
APR 2 5 2013

Under the Federal Insecticide,
Fungicide, and Rodenticide Act as
amended, for the pesticide,
registered under EPA Reg. No. 6376

HOW TO APPLY STERILEX ULTRA DISINFECTANT CLEANER SOLUTION 1 WITH STERILEX ULTRA ACTIVATOR SOLUTION:
1) Add 1 ounce of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 1 ounce of Sterilex Ultra Activator Solution and 10 ounces of water in a measuring cup or other empty container and stir. Pour appropriate amount of the combined mixture into an empty external dental unit water bottle. Do not use PET bottles (See note below).  After Sterilex Ultra Disinfectant Cleaner Solution 1 and Sterilex Ultra Activator Solution have been mixed together use within 24 hours.
2) Run Sterilex Ultra Solution through the system until the mixture appears at the end of the air/water syringes and handpiece lines.  Always remove the handpiece. It may be advisable to remove coupler depending on the type of coupler. Contact manufacturer for specific recommendations.
3) Allow the Sterilex Ultra mixture to sit in the unit overnight (Place the ends of water lines into a sink or cuspidor in case any pink mixture drips overnight).
4) At the beginning of the next workday, discard any remaining Sterilex Ultra mixture.  Rinse the external water bottle with water.
5) Fill the external water bottle with water. Flush each line (air/water syringe, handpiece lines) until the bottle is empty.

Note: Do Not Use Thin Walled Polyethylene Terephthalate (PET) Bottles.  We Recommend Either A High Density Polyethylene Bottle With A Minimum Thickness Of 0.08 Inches Or A High/Low Density Polyethylene Blend With A Minimum Thickness Of 0.14 Inches.

17/20

For the biocide and non-public use sites below, the use of Sterilex Ultra Activator Solution is not required. Sterilex Ultra Activator Solution may be used as an adjuvant for Sterilex Ultra Disinfectant Cleaner Solution 1 in biocide and non-public use sites to adjust pH, inhibit corrosion and enhance cleaning.

Penetrates and Removes Biofilm and other Organic Contaminants

For use as a Bactericide, Slimicide, Mildewstat and Algicide [in Recirculating Cooling Water Systems,] [in Brewery Pasteurizing Systems,] [in Air Washers,] [in Water-Jet Looms,] [Tanks and Piping used to store and convey Industrial Process Water or Aqueous Mixtures not related to food processing,] [Deionizer Water Supply Systems not used in food processing, for human drinking water or in dental lines,] [in Drains,] [in Chair Side Evacuator Traps and Pump Filter Traps].

Controls Mold and Mildew

RECIRCULATING COOLING WATER SYSTEMS, INCLUDING COOLING TOWERS, EVAPORATIVE CONDENSERS, DAIRY SWEET WATER SYSTEMS AND BREWERY PASTEURIZERS. *Effectively removes and controls biofilm and other organic contaminants in commercial and industrial cooling towers: influent water systems such as flow-through filters; and heat exchange water systems. (**Not for Use in California**)*

DOSAGE RATES.  **Initial Dose for badly fouled systems:**   Add 1 to 4 gal. (1000-4000 ppm) **Sterilex Ultra Disinfectant Cleaner Solution 1** per 1000 gallons of water in the system.  If cleaning is desired or if the pH of the system is below 8, optionally add simultaneously Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**.  Repeat until control is evident.
**Routine Dose, when microbial control is evident:** Subsequent slug additions of 5 oz. to 64 fl. oz. (40-500 ppm) **Sterilex Ultra Disinfectant Cleaner Solution 1** per 1000 gallons of water (and if cleaning is desired or the pH of the system is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**) are employed every 2 to 5 days or as needed.  The frequency of addition depends on the relative amount of bleed-off, the quality of the makeup water and rate of inflow of airborne or other contaminants.  Make slug additions in the sump of water cooling towers.
**Continuous Dosage:** For continuous, or semi-continuous, low level dosage of Sterilex Ultra Disinfectant Cleaner Solution 1, add 1 oz. to 20 oz. (8-165 ppm) Sterilex Ultra Disinfectant Cleaner Solution 1 per 1000 gallons of water (and if cleaning is desired or the pH of the system is below 8, Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**).

**PULP AND PAPER MILLS.** *For use only in the production of pulp and paper that will not come in contact with food. Effectively removes and controls biofilm and other organic contaminants in pulp and paper mill fresh and seawater influent, water systems, wastewater treatment systems, non-potable water systems, and other process water.* **(Not for Use in California)**
DOSAGE RATES.  **Initial Dose for badly fouled systems:**   Add 3 to 16 gal. (3100-16150 ppm) of **Sterilex Ultra Disinfectant Cleaner Solution 1** per 1000 gallons of water in the system.  If cleaning is desired or if the pH of the system is below 8, optionally add simultaneously Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of Sterilex Ultra Disinfectant Cleaner Solution 1.  If necessary, apply a solution containing 0.4 to 2 **oz. Sterilex Ultra Disinfectant Cleaner Solution 1** per gallon of water (and if cleaning is desired or if the pH of the system is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of Sterilex Ultra Disinfectant Cleaner Solution 1) onto interior surfaces of the system that are not continuously submerged.
**Routine Dose, when microbial control is evident:** Subsequent slug additions of 8 to 50 oz. (65-408 ppm) **Sterilex Ultra Disinfectant Cleaner Solution 1** per 1000 gallons of water (and if cleaning is desired or if the pH of the system is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**) are employed every 1 to 5 days as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.
**Continuous Dosage:** For continuous low level dosage of Sterilex Ultra Disinfectant Cleaner Solution 1, add 1 oz. to 20 oz. (8-165 ppm) Sterilex Ultra Disinfectant Cleaner Solution 1 per 1000 gallons of water (and if cleaning is desired or the pH of the system is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**).

ACCEPTED
with COMMENTS
in EPA Letter Dated:
**APR 2 5 2013**

EPA Reg. No. 63761-8/Revised April 23, 2013 Revision 637618-04232013
[NOTE TO REVIEWER: Bracketed text denotes alternate or optional language]

Under the Federal Insecticide, Fungicide, and Rodenticide Act as amended, for the pesticide registered under EPA Reg. No. 63761-8

MASTER - Page 15 of 18

**AIR WASHERS.** For use only in industrial air washing systems that maintain effective mist eliminating components. Effectively removes and controls biofilm and other organic contaminants in Industrial Water Scrubbing Systems.

**(Not for Use in California)**

DOSAGE RATES. <u>Initial Dose for badly fouled systems:</u> Add 3 to 16 gal. (3100-16150 ppm) of **Sterilex Ultra Disinfectant Cleaner Solution 1** per 1000 gallons of water in the system. If cleaning is desired or if the pH of the system is below 8, optionally add simultaneously Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**. If necessary, apply a solution containing 0.4 to 2 fl. oz. Sterilex **Ultra Disinfectant Cleaner Solution 1** (and if cleaning is desired or the pH of the system is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**) per gallon of water onto interior surfaces of the system that are not continuously submerged. Repeat until control is evident.

<u>Routine Dose, when microbial control is evident:</u> Subsequent slug additions of 28 to 128 fl. oz. (225-1000 ppm) **Sterilex Ultra Disinfectant Cleaner Solution 1** per 1000 gallons of water and if cleaning is desired or the pH of the system is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1** are employed every 1 to 5 days or as needed. The frequency of addition depends on the relative amount of bleed-off, the quality of the makeup water and rate of inflow of airborne or other contaminants. Make slug additions in the sump of Industrial Water Scrubbing Systems.

**DYE MACHINES.** Effectively removes and controls biofilm and other organic contaminants in Textile Dyeing Machines.

**(Not for Use in California)**

DOSAGE RATES. Add 16 to 40 gal. (16150-38500 ppm) of **Sterilex Ultra Disinfectant Cleaner Solution 1** per 1000 gallons of water in a dye storage tank. If cleaning is desired or the pH of the mixture is below 8, optionally add simultaneously Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of Sterilex **Ultra Disinfectant Cleaner Solution 1**. Circulate the mixture from the dye storage tank through the dye machine and all associated piping and other dye storage tanks. If necessary, apply a solution containing 2 to 5 fl. oz. Sterilex Ultra Disinfectant Cleaner Solution 1 (and if cleaning is desired or the pH of the mixture is below 8, Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**) per gallon of water onto surfaces of the system that are not continuously submerged.

**WATER-JET LOOMS.** Effectively removes and controls biofilm and other organic contaminants in Water-Jet Looms.

**(Not for Use in California)**

DOSAGE RATES. <u>Initial Dose for badly fouled systems:</u> Prepare a mixture of 2 to 5 fl. oz. of Sterilex **Ultra Disinfectant Cleaner Solution 1** per gallon of water. If cleaning is desired or if the pH of the mixture is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**. Pump the mixture through the Water-Jet Loom and all associated piping. If necessary, apply a solution containing 2 to 5 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** (and if cleaning is desired or the pH of the system is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**) per gallon of water onto surfaces of the system that are not continuously submerged.

<u>Subsequent Dose, when microbial control is evident:</u> Subsequent slug additions of 5 to 25 fl. oz. (40-203 ppm) **Sterilex Ultra Disinfectant Cleaner Solution 1** (and if cleaning is desired or the pH of the mixture is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**) per 1000 gallons of daily water use are employed every 1 to 5 days or as needed. The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

**TANKS, SUMPS, AND OTHER HOLDING VESSELS, PIPING AND INDUSTRIAL EQUIPMENT USED TO STORE AND CONVEY INDUSTRIAL OR COMMERCIAL PROCESS WATER OR AQUEOUS MIXTURES.** Do Not **Use in equipment that will contact food.** Effectively removes and controls biofilm and other organic contaminants in Tanks, Piping and Industrial Equipment used to store and convey Industrial Process Water or Aqueous Mixtures

**(Not for Use in California)**

DOSAGE RATES. **Dose for badly fouled systems:** Fill equipment as completely as possible with a solution of 8 to 80 gal. (8215-70000 ppm) of Sterilex **Ultra Disinfectant Cleaner Solution 1**. If cleaning is desired or the pH of the mixture is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**) per 1000 gallons of system capacity. Circulate for at least 4 hours

EPA Reg. No. 63761-8/Revised April 23, 2013 Revision 637618-04232013
*[NOTE TO REVIEWER: Bracketed text denotes alternate or optional language]*

MASTERS Page 16 of 18

and then drain system.  Rinse system with 6 volumes of water.  If necessary, apply a solution containing 1 to 10 fl. oz. **Sterilex Ultra Disinfectant Cleaner Solution 1** (and if cleaning is desired or the pH of the mixture is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**) per gallon onto surfaces of the equipment that are not submerged.

<u>Subsequent Dose, when microbial control is evident:</u>  Subsequent slug additions of 5 to 25 fl. oz. (40-203 ppm) **Sterilex Ultra Disinfectant Cleaner Solution 1** (and if cleaning is desired or the pH of the mixture is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**) per 1000 gallons of daily water use are employed every 1 to 5 days or as needed.  The frequency of addition depends on the quality of the makeup water and rate of inflow of airborne or other contaminants.

**DEIONIZED WATER SUPPLY SYSTEMS NOT USED IN FOOD PROCESSING, FOR HUMAN DRINKING WATER OR DENTAL LINES.** Effectively removes and controls biofilm and other organic contaminants in Tanks, Filters and Piping used to store and convey Deionizer Water.
**(Not for Use in California)**
DOSAGE RATES.  Add .3 to 16 gal. (3100-16150 ppm) of **Sterilex Ultra Disinfectant Cleaner Solution 1** and if cleaning is desired or the pH of the mixture is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**  per 1000 gallons of system capacity.  Circulate for at least one hour and then drain system.  Rinse system with 6 volumes of water.  If necessary, apply a solution containing 0.4 to 2 fl. oz. **Sterilex Ultra Disinfectant Cleaner Solution 1** (and if cleaning is desired or the pH of the system is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**) per gallon onto surfaces of the equipment are not submerged.

Controls Slime Forming Bacteria and Biofouling

*Penetrates and Removes Biofilm and Other Organic Contaminants.  Use as a Bactericide, Stimicide, Mildewstat, and Algicide in:*

**DRAINS.**  Effectively removes and controls plugging and odors caused by accumulation of biofilm and other organic contaminants in drains.  Prevents stoppage and odors. **(Not for Use in California)**
DOSAGE RATES.  <u>Initial Dose for badly fouled systems.</u>  This product can be poured, foamed, wiped, brushed, applied using a clean in place CIP system, pumping it through the system or mopping. Apply from 6 fl. oz to 15 fl. oz **Sterilex Ultra Disinfectant Cleaner Solution 1** per gallon of water to drain. Repeat until control is evident. Optionally, pour from 1 fl. oz. **Sterilex Ultra Disinfectant Cleaner Solution 1** around or into one-inch diameter or smaller drains up to 90 fl. oz.  **Sterilex Ultra Disinfectant Cleaner Solution 1** around or into three-inch diameter drains.  If cleaning is desired, add simultaneously Sterilex Ultra Activator Solution at the same volume as **Sterilex Ultra Disinfectant Cleaner Solution 1** (1 – 90 fl. oz). For foam cleaning, add 6-15 oz. **Sterilex Ultra Disinfectant Cleaner Solution 1** and an equal amount of Sterilex Ultra Activator Solution per gallon of water to a foaming device and foam the mixture into the drain.
<u>Subsequent Dose:</u>  When microbial control is evident, subsequent additions of 1-6 fl. oz. **Sterilex Ultra Disinfectant Cleaner Solution 1** per gallon of water are employed every 7 days or as needed.  This product can be poured, foamed, wiped, brushed, applied using a clean in place CIP system, pumping it through the system or mopping. If cleaning is desired, add simultaneously Sterilex Ultra Activator Solution at the same volume as **Sterilex Ultra Disinfectant Cleaner Solution 1** (1 – 6 fl. oz) per gallon of water. Optionally, subsequent additions of 1 – 6 fl. oz. **Sterilex Ultra Disinfectant Cleaner Solution 1** into one-inch diameter or smaller drains up to 6 fl. oz. **Sterilex Ultra Disinfectant Cleaner Solution 1** into three-inch diameter drains, are employed every 7 days or as needed.  If cleaning is desired, add simultaneously Sterilex Ultra Activator Solution at the same volume as **Sterilex Ultra Disinfectant Cleaner Solution 1** (1 – 6 fl. oz.). For foam cleaning, add 1 – 6 oz. **Sterilex Ultra Disinfectant Cleaner Solution 1** and an equal amount of Sterilex Ultra Activator Solution per gallon of water to a foaming device and foam the mixture into the drain.

**CHAIR SIDE EVACUATOR TRAPS AND PUMP FILTER TRAPS.**  Effectively removes and controls plugging and odors caused by accumulation of biofilm in chair side evacuator traps and pump filter traps.  Prevents stoppage and odor. **(Not for Use in California)**
DOSAGE RATES.  <u>Initial Dose for badly fouled systems.</u>  Mix 10 fl. oz. of **Sterilex Ultra Disinfectant Cleaner Solution 1** and 10 fl. oz. of Sterilex Ultra Activator Solution into one gallon of hot water at the end of the working day.  Draw all of the solution into the trap and allow to stand overnight.  Repeat until control is evident.

**Subsequent Dose:** When microbial control is evident, subsequent slug additions of 1.5 - 2 fl. oz. **Sterilex Ultra Disinfectant Cleaner Solution 1** and 1.5 - 2 fl. oz of Sterilex Ultra Activator Solution mixed into one gallon of hot water are employed every 7 days or as needed.

FOR PRECLEANING OF WHIRLPOOL BATHTUBS circulate a solution of 0.5 fl. oz. Sterilex Ultra Disinfectant Cleaner Solution 1 and 0.5 fl. oz. of Sterilex Ultra Activator Solution per 1 gal. tap water through tub and associated piping and filters at a temperature ≥ 90°F.

**WHIRLPOOL BATHTUB, JACUZZI, SPA, POOL, AND FOOTBATH WATER SYSTEMS.** Effectively removes and controls biofilm and other organic contaminants in whirlpool bathtub, Jacuzzi, spa, pool, and footbath water systems. **(Not for Use in California)**

DOSAGE RATES.  Initial Dose for badly fouled systems.  After using unit, drain and fill with a use solution of 4 to 80 gal. (4108-70000 ppm) of **Sterilex Ultra Disinfectant Cleaner Solution 1** (and if cleaning is desired or the pH of the mixture is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**) per 1000 gallons of system capacity to just cover the intake valve. Start the pump to circulate the solution.  Circulate for at least 1 hour and then drain system.  Rinse system with 6 volumes of water.  If necessary, apply a solution containing 1 to 10 fl. oz. **Sterilex Ultra Disinfectant Cleaner Solution 1** (and if cleaning is desired or the pH of the mixture is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**) per gallon onto surfaces of the equipment that are not submerged.

Subsequent Dose, when microbial control is evident  After using unit, drain and fill with a use solution of 5 to 25 fl. oz. (40 - 203 ppm)  of **Sterilex Ultra Disinfectant Cleaner Solution 1** (and if cleaning is desired or the pH of the mixture is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**) per 1000 gallons of system capacity to just cover the intake valve.  Start the pump to circulate the solution.  Circulate for at least 1 hour and then drain system.  Rinse system with 6 volumes of water.  If necessary, apply a solution containing 1 to 10 fl. oz. **Sterilex Ultra Disinfectant Cleaner Solution 1** (and if cleaning is desired or the pH of the mixture is below 8, optionally add Sterilex Ultra Activator Solution at the rate of 1 to 3 times the volume of **Sterilex Ultra Disinfectant Cleaner Solution 1**) per gallon onto surfaces of the equipment that are not submerged.

ACCEPTED
with COMMENTS
in EPA Letter Dated:
APR 2 5 2013

Under the Federal Insecticide,
Fungicide, and Rodenticide Act, as
amended, for the pesticide,
registered under EPA Reg. No. 63761-8