UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 12-cv-24408-CMA

TAB LANKFORD, et al.,

Plaintiffs,

vs.

CARNIVAL CORP., d/b/a
CARNIVAL CRUISE LINES, INC.

Defendant.

_____/

## PLAINTIFF'S NOTICE OF PRODUCTION OF MATERIALS RECEIVED FROM SUBPOENA OF SOLSTAS LABS

Plaintiff, by and through undersigned counsel, hereby files its Notice of Production of Materials Received from Subpoena of Solstas Labs and hereby gives notice that copies of such materials are being delivered via CD to Defendant's counsel by regular mail.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email on this 3rd day of September, 2014 to counsels indicated on the attached Service List.

BILLERA LAW, PLLC.
2201 N.W. Corporate Blvd.
Suite 103
Boca Raton, FL 33431
Telephone: 561-218-4639
Fax: 561-826-7847

By: /S/ JOHN F. BILLERA, ESQ.
JOHN F. BILLERA, ESQ.
Florida Bar No.: 869041

## SERVICE LIST

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Alexander R. Nemajovsky, Esq.
PHILLIPS & NEMAJOVSKY, PC
532 Pine Avenue
Albany, GA 31702
Tel:   229-439-9100
Fax:   229-439-0048
Alex@pnpclaw.com

Alan S. Neufeld, Esq.
NEUFELD, KLEINBERG & PINKIERT, PA
2641 NE 207th Street
Aventura, Fl 33180
Tel:   305-931-6666
Fax:   305-931-7848
Aneufeld@nkplaw.com

Philip D. Parrish, Esq.
PHILIP D. PARRISH, PA
7301 SW 57th Court, Suite 430
Miami, Fl 33143
Tel: 305-670-5550
Fax: 305-670-5552
phil@parrishappeals.com

Sean Michael Cleary, Esq
SEAN M. CLEARY LAW OFFICES
19 W Flagler Street, Suite 618
Miami, FL 33130
Tel: 305-416-9805
Fax: 305-416-9807
sean@clearypa.com

Richard Lara, Esq
MASE, LARA, EVERSOLE, P.A.
2601 South Bayshore Drive, Suite 800

Miami, FL 33133
Tel: (305) 377-3770
Fax: (305) 377-0080
rlara@mletrial.com