UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-24408-CIV-ALTONAGA/O'Sullivan

**TAB LANKFORD**, *et al.*,

    Plaintiff,
vs.

**CARNIVAL CORP.**,

    Defendant.
_____/

## ORDER STRIKING DISCOVERY NOTICES

THIS CAUSE came before the Court *sua sponte*. On September 3, 2014, Plaintiffs filed a Notice of Production of Materials Received from Subpoena of Solstas Labs [ECF No. 296], and Defendant filed a Notice of Production of Materials Received from Subpoena of Solstas Labs [ECF No. 295] ("Notices"). Pursuant to Local Rule 26.1(b), discovery responses and notices "must not be filed with the Court or the Clerk of the Court, nor proof of service thereof, until they are used in the proceeding or the court orders filing." The Notices have not been used in the proceeding, nor has the Court ordered their filing. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Notices **[ECF Nos. 295 and 296] are STRICKEN**.

**DONE AND ORDERED** in Miami, Florida, this 8th day of September, 2014.

                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc: counsel of record