# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO. 12-24408-CIV-ALTONAGA/O'Sullivan

**TAB LANKFORD**, *et al.*,

      Plaintiffs,

v.

**CARNIVAL CORPORATION**,

      Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court upon the parties' Joint Stipulation for Final Order of Dismissal [ECF No. 353], filed on December 3, 2014.  The Court, having reviewed the Joint Stipulation for Final Order of Dismissal and being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled cause is dismissed with prejudice, each party to bear its own attorneys' fees and costs.  The Court retains jurisdiction to enforce the settlement agreement or to determine outstanding liens.

**DONE AND ORDERED** in Miami, Florida, this 4th day of December, 2014.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

copies furnished to:
counsel of record